# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VENUS FASHION, INC.,

    Plaintiff,

v.

CONTEXTLOGIC INC., and
WISH, INC.,

    Defendants.

Civil Action No.:
Honorable:

_____/

**Declaration Of Robin Sheffler In Support Of Plaintiff's Application For Preliminary Injunction And Memorandum Of Law In Support Thereof**

    I, Robin Sheffler, declare and state as follows:

1. I am the Controller for Venus Fashion, Inc. I submit this Declaration, which is filed in support of Plaintiff's Application for Entry of Preliminary Injunction. I am personally knowledgeable of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2. Venus began in 1982, in a college dorm room, as a company creating competition bodysuits.

3. Since that time, Venus has grown and is now a highly successful designer and creator of women's' clothing and swimwear.

4. Venus is headquartered in the Jacksonville, Florida, where Venus's products are also designed and developed. Venus employs over 650 employees in the State of Florida.

5. Venus sells its products online, at www.venus.com, and in a catalog sent to Venus subscribers.

6. In order to market and promote its products, Venus spends significant time and money to create photographic images of its products (the "Images"), such as the Images included below:



7. These Images are posted on Venus's website and included in its catalog.

8. Venus also takes intellectual property seriously and copyrights all of the Images that it includes on its website or in its catalogs.

9. Venus is, and at all times relevant hereto has been, the owner and/or exclusive licensee of all rights in and to the federal Copyright "Venus" registration number TX 8-161-774, registered February 23, 2016, and TXu 1-987-646, registered April 14, 2016 (the "Venus Copyrights"). True and correct copies of the Certificates of Registration and samples are attached, hereto, as Exhibit A.

10. Defendants do not have, nor have they ever had, the right or authority to use the works protected by the Venus Copyrights for any purpose.

11. Venus staff, at my direction, reviewed the Wish website from July 6 - 8, 2016, and identified approximately 100 photographs that appeared to be identical, substantially

{38689635;2}                                    2

identical or derivatives of the Venus copyrighted Images used to sell Defendants' goods. Venus staff, once again at my direction and under my guidance, created a document that includes the images captured from the wish.com website on those dates next to the corresponding images in the Venus Copyrights and indicating which Venus Copyright they correspond to. A true and accurate copy of the document with the comparison is included as Exhibit B.

12. Below are several comparisons of the Venus Image with the Wish photographs:



13. Venus also maintains a website at https://www.facebook.com/VENUS/. Visitors to the website may post comments and leave reviews. At my direction and under my guidance, Venus staff reviewed this Facebook page on June 8, 2016, for instances where visitors commented on any confusion between Venus and Wish or other Chinese manufacturers. These comments were collected and included in a summary document. Exhibit C is a true and accurate copy of that summary and lists the name of the author of the post or comment, the date and time of the comment and the comment or post itself. The comments from the Facebook website include the following:

- "Venus is legit. I'm certain you have them confused with some of the foreign companies like Wish, Modlily, Wedress. This is a good company with quality clothing. I've never had any complaints."

- "You have them mixed up with the Chinese knockoff companies. The clothes are not near the quality and they steal all of Venus' images so you think you are getting the same. They definitely are very bad knockoffs. Venus is a great company to order from, I have a ton of their products!"

- "I was wondering if they are one of those Chinese companies. I see they are solely out of Florida but that can be faked. What didn't you like about them?"

- "Sharon Morgan, those other sites using Venus' model pics are the ones you should question. They aren't giving you the same quality and selling some cheaper made version for pennies, aren't true to fit, and while you wait on your $9 for months & months. I've used Venus for years and years. Never an issue with product, delivery, customer service, or a return. Too high? I have seen the same clothes for less on all those fake Chinese sites like Rosegal, Nastydress, Wish, etc. Not the same, even though the pic is the same - runs super small and inferior quality. Everything I have bought from Venus is higher quality than I expected when I got it, and fits true to size."

14. Venus first learned of Wish's use of the photographs in March 2016.

{38689635;2}                                    4

15. On or about March 21, 2016, I directed my assistant, Janice Kirschwing, to send an email to the email address Brand-Protection@Wish.com, notifying Wish that its website had photographs which appeared to be identical to one of Venus's copyrighted images and identifying the copyright registration number TX0008161774. Elisa Brydum from Wish responded. There were several emails exchanged with Ms. Brydum between March 21, 2016, and March 30, 2016, repeatedly requesting that Wish remove Venus's copyrighted images. Exhibit D is a true and accurate copy of this correspondence.

[Intentionally Left Blank—Signature Page Follows]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corrected. Executed this \_\_\_14th\_\_\_ day of July 2016, at Jacksonville, Florida.

_____
Robin Sheffler