# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VENUS FASHION, INC.,

    Plaintiff,

v.

CONTEXTLOGIC, INC.,
and
WISH, INC.

    Defendants.

Civil Action No.:
Honorable:

---

**Declaration Of Aaron Charfoos In Support Of Plaintiff's Application For Preliminary Injunction And Memorandum Of Law In Support Thereof**

I, Aaron Charfoos, declare and state as follows:

1. I am an attorney with the law firm of Dykema Gossett PLLC, 10. S. Wacker Dr., Suite 2300, Chicago, Illinois, and I am counsel of record for Plaintiff Venus Fashion, Inc. I submit this Declaration, which is filed in support of Plaintiff's Application for Entry of Preliminary Injunction. I am personally knowledgeable of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2. Wish provides an online and mobile shopping marketplace. Exhibit E is a true and accurate copy of the wish.com website visited on July 12, 2016.

3. Merchants and users can access Wish through the internet at www.wish.com or by using an Apple or Android mobile application. Exhibit F is a true and accurate copy of the https://merchant.wish.com/login website last visited on July 12, 2016.

4. Upon information and belief, in addition to displaying the photographs on its website, Wish also uses the photographs in various promotional material including in emails directly sent to customers or potential customers, banner ads, Facebook listings, other social media outlets and on its logon screen.

5. Upon information and belief, reproduced below is a true and accurate copy of a promotional email sent by Wish:



6. Reproduced below is a true and accurate copy of the wish.com login screen:

2



7.  Attached as Exhibit G is a true an accurate copy of the June 1, 2016, letter from myself to Wish (email addresses elisa@wish.com and brand-protection@wish.com).

8.  Attached as Exhibit H is a true and accurate copy of the June 1, 2016, through June 3, 2016, correspondence between myself and Wish's Elisa Brydum.

9.  Attached as Exhibit I is a true and accurate copy of the Godaddy.com help page, "Move a domain to another GoDaddy account" (https://www.godaddy.com/help/move-a-domain-to-another-godaddy-account-822) last visited on July 12, 2016.

4815-3623-4292.1
ID\CHARFOOS, AARON - 106704\000094

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corrected. Executed this ___14th___ day of July 2016, at Chicago, Illinois.

*Aaron Charfoos*

Aaron Charfoos

4