# EXHIBIT A
# (Part 1 of 7)

VENUS

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-161-774**

**Effective Date of Registration:**
February 23, 2016

## Title

**Title of Work:** Venus
**Volume***:* A
**Number**: 1015
**Date on Copies**: 2015

## Completion/Publication

**Date of 1st Publication:** September 29, 2015

## Author

- **Author:** Venus Fashion, Inc.
  **Author Created:** COLLECTIVE WORK
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Venus Fashion, Inc.
11711 Marco Beach Drive, Jacksonville, Fl, 32224

## Certification

**Name:** Todd Durden

Page 1 of 1







FREE
SHIPPING
on orders over $100
See page 50 for details

DRESS
YOURSELF
IN
*Beautiful*

STANDOUT
SWEATERS
& BOOTS
———
STARTING
AT $22

SEE THIS COVER ITEM ON P. 3   |   FALL FAVORITES STARTING ON P. 52





VENUS

BLACK

BK black

SL silver

HEEL

# RSVP READY FOR *Fall*

**A. Illusion hem maxi dress**
An irresistible illusion maxi dress is sure to make you look and feel like royalty. Invisible back zip. 41" in length from natural waist. Poly/spandex with nylon trim and poly/spandex lining. Hand wash. Imported. Color: BK (black). Sizes: 2-16.
**Z58757 $119**

**B. Strappy heel**
The height of sexy is at your feet in a strappy heel designed for attention. Double buckle side entry. 4½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full sizes: 6-11.
**Y32902 $39**

**FREE** SHIPPING *on Orders Over $100. See Page 50 for Details.*

ISS 16F    1 800 366 7946 | VENUS.COM    3

# VENUS

VENUS.com





VENUS



**BLACK**

BK black

SL silver

**HEEL**

# RSVP READY FOR *Fall*

**A. Illusion hem maxi dress**
An irresistible illusion maxi dress is sure to make you look and feel like royalty. Invisible back zip. 41" in length from natural waist. Poly/spandex with nylon trim and poly/spandex lining. Hand wash. Imported. Color: BK (black). Sizes: 2-16.
**Z58757  $119**

**B. Strappy heel**
The height of sexy is at your feet in a strappy heel designed for attention. Double buckle side entry. 4½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full sizes: 6-11.
**Y32902  $39**

**FREE** SHIPPING *on Orders Over $100. See Page 50 for Details.*



VENUS

**BK** black
**WH** white

BODYSUIT

D E F

G F

H D I F

$49
MAXI SKIRT

$69
DRESS

*Sale* $32

BK black
NU nude

SANDAL

**C. Tuxedo dress**
A special evening awaits you with a gown like this. Mesh cami attached. Invisible side zip. Layered surplice hem. 42" in length from natural waist. Poly/viscose/elastane with poly mesh and trim. Imported. Colors: BK (black), BLBK (blue & black). Sizes: 2-16.
Z49713  orig. $79  SALE $69

**D. Halter bodysuit**
A great one-stop look for layering or wearing as a solo piece. Ruched at side seam. Snap closure. Self tie at neck. Thong back. Poly/spandex with poly lining. Imported. Colors: BK (black), WH (white). Sizes: XS-XL.
Y44002  $29

**E. Floral circle maxi skirt**
Beautiful, flowing maxi skirt completes your maxi collection for fall. Print may vary slightly. Invisible back zip with hook and eye closure. Elastic waist at back. 40" in length. Poly. Imported. Color: BKRD (black & red). Sizes: XS-XL.
Y52518  $49

**F. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
Y42572  $39

**G. Gold detailed long dress**
Sensual cut outs at the waist is revealing yet refined. 41" in length from natural waist. Poly/elastane. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Z58774  $69

**H. Tonal lucite necklace**
Five rich jewel toned lucite pieces linked together creates a luxe effect. Lobster clasp closure. 2½" extender. Colors: BL (blue), PU (purple).
Y39987  $26

**I. Lace print maxi skirt**
Dark lace motifs create a date-ready skirt, just add the top! 47" in length. Nylon/spandex with poly/spandex knit and poly lining. Hand wash. Imported. Color: BKPU (black & purple). Sizes: XS-XL.
Y52517  orig. $39  SALE $32



$^{\$}39$

**DRESS**

A
B

# VENUS

**A. Off the shoulder lace dress**
An off the shoulder design gives an update to this classic lace dress. 26" in length from natural waist. Poly/spandex. Imported. Color: RD (red). Sizes: XS-XL.
**Y58565  $39**

**B. Strappy heel**
The height of sexy is at your feet in a strappy heel designed for attention. Double buckle side entry. 4½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full sizes: 6-11.
**Y32902  $39**

**C. Back detail lace dress**
Lace is everywhere this season, so this dress with a beautiful back necklace is necessary! Removable back necklace. Scallop hem. 19" in length from natural waist. Poly. Imported. Color: BKCR (black & cream). Sizes: 2-16.
**J68701  orig. $49  SALE $39**

**D. Illusion lace dress**
It's no illusion, you looking beautiful in this dress! 19" in length from natural waist. Poly with poly lining and nylon lace. Imported. Color: BEBK (beige & black). Sizes: 2-16.
**Z58518  orig. $52  SALE $39**



C

*Sale* $^{\$}39$



*Sale* $^{\$}39$

D







VENUS

BK
black

WH
white

BODYSUIT

E
F
B

G
H
B

I
J

**E. Halter bodysuit**
A great one-stop look for layering or wearing as a solo piece. Ruched at side seam. Snap closure. Self tie at neck. Thong back. Poly/spandex with poly lining. Imported. Colors: BK (black), WH (white). Sizes: XS-XL.
Y44002  $29

**F. Lace detail midi skirt**
Let luxurious lace peak through the side of this midi skirt and you will be elegant as ever! 32" in length. Poly/spandex with poly trim. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
Y52527  $39

**G. Jeweled statement necklace**
Everyone needs a bib necklace like this! Lobster clasp closure. 2½" extender. Color: BKMU (black multi).
Y45850  $19

**H. Floral lace dress**
The night is young and so are you in this floral lace dress! 41" in length from natural waist. 21" slit. Polyamide with poly lining. Imported. Color: BKIV (black & ivory). Sizes: XS-XL.
Z58534  $74

**I. Lace mini dress**
Love the lace you're in! Revealing lace makes you ready for the night. Open back detail with tie at top. Invisible back zip. 17" in length from natural waist. Poly/spandex. Hand wash or dry clean. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Y58551  $52

**J. Embellished evening sandal**
Show off your pedicure with beautiful, rhinestones and glass stone sandals. Zip back closure. 3½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full and half sizes: 6-9,10.
Y52592  $49



B

J

THE SHOE
BOUTIQUE

For more styles
visit Venus.com

1.800.366.xxxx | VENUS.COM

SS16P

9

# VENUS

$**36**
**TOP**



A



B



*Sale* $**26**

C

## IT'S ALL IN THE *Details*

**A. Faux leather peplum top**
Pretty with a peplum hem and daring in faux leather! Rayon/nylon/spandex with polyurethane trim. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
**Z54511  $36**

**B. Embellished snake print top**
Slither into this snake-print design accented with embellished strap across the bust. Rayon. Hand wash. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
**Y54550  $39**

**C. Tear drop cut out top**
Embellished detail around the neck enrich this creative cut out top. Button closure at back neck. Poly/rayon/spandex. Hand wash. Imported. Color: HEOA (heathered oatmeal). Sizes: XS-XL.
**Y54710  orig. $39  SALE $26**



# VENUS

$39
TOP





**D. Embellished neckline top**
Bead details bedecks this stylish top. Embellishment at front only. ¾ length sleeves. Rayon/spandex. Hand wash. Imported. Color: BKMU (black multi). Sizes: XS-XL.
**Y54529  $39**

**E. Cowl neck sparkle top**
You'll be the sparkle in their eye with this Lurex® top. ¾ length sleeves. Nylon/Lurex®/spandex. Hand wash. Made in USA. Color: BKSL (black & silver). Sizes: XS-XL.
**Y54549  $39**

**F. Lace inset printed top**
Reveal the inner diva in you with an all over print. Poly/spandex. Hand wash. Made in USA or imported. Color: BKMU (black multi). Sizes: XS-XL.
**Y54511  $39**



VENUS



**HBRD** red
**OL** olive
**WH** white

A B C

TANK

$39 LEGGING

BLACK

BK black
SL silver

SANDAL

**BK** black
**BOOR** burnt orange
**DLGR** olive
**GNSN** light brown

D E F

TOP

$26 TOP

BK black
SL silver

HEEL

D G F

$39 LEGGING



H

**A. Ruffle front tank**
Feel free to be as feminine as you want to be. Sheer ruffled overlay with knit body. Racerback. Cotton/poly/viscose/spandex. Hand wash. Imported. Colors: HBRD (red), OL (olive), WH (white). Sizes: XS-XL.
**Y46026  $36**

**B. Lace legging**
Let us do the leg work for you and your style will be achieved! Elastic at waist. Lace and sequins with stretch lining. 29" inseam. Nylon/poly/spandex. Hand wash. Imported. Colors: BK (black), SL (silver). Sizes: XS-XL.
**Y51525  $39**

**C. Embellished evening sandal**
Show off your pedicure with beautiful, rhinestones and glass stone sandals. Zip back closure. 3½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full and half sizes: 6-9,10.
**Y52592  $49**

**D. Ruched top**
Dynamic details will keep you noticed in the stunning design of this top. Deconstructed hems. Viscose/elastane. Imported. Colors: BK (black), BOOR (burnt orange), DLGR (olive), GNSN (light brown).
Sizes: XS-XL.
**Z24153  $26**

**E. Jeweled detail legging**
Just a touch of glimmer and you'll be on your way! Elastic waist. 29" inseam. Poly/spandex. Hand wash. Made in USA. Color: BK (black). Sizes: XS-XL.
**Y51529  $52**

**F. Strappy heel**
The height of sexy is at your feet in a strappy heel designed for attention. Double buckle side entry. 4½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full sizes: 6-11.
**Y32902  $39**

**G. Caviar beaded legging**
Caviar beading makes for dressy leggings perfect or the season! 29" inseam. Poly/spandex with poly/spandex trim. Hand wash. Imported. Color: BKMU (black multi). Sizes: XS-XL.
**Y41706  $39**





VENUS



## $\mathcal{Sequins}$ OF EVENTS

**H. Plunge backless bra**
A strapless, backless bra that not only provides great support, but a sexy lift and shape. Nylon/spandex. Imported. Color: NU (nude).
Sizes: A-D.
**Y55511  $34**

**I. Low V sequin dress**
A deep V-neck with wire ensures shape while sequins guarantee glamour. ¾ length sleeves. Exposed back zip. 18" in length from natural waist. Poly/spandex. Hand wash. Imported. Color: BS (blush). Sizes: XS-XL.
**Y48803  $79**

**J. Two tone sequin dress**
High low hem and V-neck sets the night off right! 18" in length from natural waist. Poly. Hand wash. Imported. Color: BSBL (dark blue).
Sizes: 2-16.
**Z59539  $79**

**K. V-neck sequin dress**
All over sequins will keep your sexy-smart shine divine! Exposed gold back zip. Hook and eye at surplice neckline. 18" in length from natural waist. Poly/spandex. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
**Y38701  $79**







VENUS

A B C

RED

$39
MAXI SKIRT

D E F

$36
MIDI

BK
black

WH
white

TOP

D G C

# FAUX LEATHER & LUXE LACE FOR THE SEASON

**A. Long sleeve seamless top**
Deceptively simple, decidedly sensual. Scoop neck. Long sleeves. Nylon/spandex. Imported. Colors: BK (black), CRIM (red). Sizes: XS-XL.
**Z44531 $19**

**B. Print maxi skirt**
Neutral tones and medallion flower print make this maxi easy to pair with. Faux leather detail at waist with side ruching. Two side slits. Print may vary slightly. 39" in length. Poly/spandex. Hand wash. Made in USA. Color: BKMU (black multi). Sizes: XS-XL.
**Y52503 $39**

**C. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
**Y42572 $39**

**D. Seamless mock neck top**
A mock neck features slim shape and can be paired with anything! Nylon/spandex. Imported. Colors: BK (black), WH (white). Sizes: S/M-M/L.
**Z54049 $14**

**E. Faux leather and lace midi**
A sweet harmony of edge and elegance with luxe leather and lace. 31" in length. Nylon/spandex with poly/spandex trim. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
**Y52536 $36**

**F. Strappy heel**
The height of sexy is at your feet in a strappy heel designed for attention. Double buckle side entry. 4½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full sizes: 6-11.
**Y32902 $39**

**G. Embellished leopard midi**
An anything but basic skirt with a faux leather wide elastic waistband. Side ruching at skirt. 33½" in length. Poly/spandex. Hand wash. Imported. Color: TAMU (tan multi). Sizes: XS-XL.
**Y52514 $44**



H
F

VENUS



I
C

A

$39 DRESS



J
K

**H. Lace trim dress**
Form fitting lace trim dress is all you need for a night out! 23" in length from natural waist. Polyurethane. Hand wash. Imported. Color: BK (black). Sizes: 2-16.
**Z59532  $59**

**I. Lace detailed dress**
You'll be excited to dress up with this lace detailed dress! Exposed back zip. 23" in length from natural waist. Polyurethane with poly/spandex knit and poly mesh and lining. Hand wash. Imported. Color: BKMU (black multi). Sizes: XS-XL.
**Y58581  $39**

**J. Lace detailed dress**
Black side paneling slims while alluring lace draws you in. ¾ length sleeves. 23" in length from natural waist. Poly/rayon/spandex with poly/polyurethane faux fur and poly lining. Imported. Color: BKMU (black multi). Sizes: XS-XL.
**Y58523  $42**

**K. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
**Z12983  $39**



C

$51...



F

1.800.966.8346  |  VENUS.COM



K

THE SHOE BOUTIQUE
*For more styles visit Venus.com*

# VENUS



*Sale*
$39

A

B
C

BK
black

TA
tan

HEEL

**A. Long lace dress**
Make every moment breathtaking in the formal grace of elegant lace. Structured hem and train. Scalloped neckline and sleeves. Button closure at back keyhole. Invisible back zip. 42" in length from natural waist. Nylon/viscose with poly/elastane lining and nylon/elastane lace. Imported. Color: BKMU (black multi). Sizes: 0-16.
Z39513  **$119**

**B. Printed maxi dress**
Your curves are waiting to be hugged by this dress! Print placement may vary. 41" in length from natural waist. Viscose/elastane. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Z58552  orig. $49  SALE $39

**C. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
Z12983  **$39**

**D. Back detail surplice blouse**
Floral crochet design accents the back of this surplice blouse. Poly with PVC/poly trim. Hand wash. Imported. Color: BU (burgundy). Sizes: XS-XL.
Y56701  **$36**

**E. Lace inset long sleeve top**
Lace is a detail you have to have this season! Rayon/spandex with nylon/elastane trim. Hand wash. Made in USA. Color: BKMU (black multi). Sizes: XS-XL.
Y54543  **$34**

**F. Collared animal print top**
An animal print favorite with surplice neckline and shirttail hem. Poly. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Y56503  **$39**

**G. Zipper detail peplum top**
The perfect peplum top is a stylish investment. Sheer sleeves. Poly/spandex. Made in USA. Color: WH (white). Sizes: XS-XL.
Y54523  **$36**



VENUS

D



$34
TOP

E



F



$36
TOP

G





VENUS



**$79**
MAXI DRESS

**RED**

**A. Illusion sparkle maxi dress**
Your beauty is no illusion! 41" in length from natural waist. 24" slit. Poly/elastane. Hand wash. Imported. Color: CVBK (black). Sizes: XS-XL.
**Z58594  $79**

**B. Embellished evening sandal**
Show off your pedicure with beautiful, rhinestones and glass stone sandals. Zip back closure. 3½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full and half sizes: 6-9,10.
**Y52592  $49**

**C. Evening maxi dress**
Lining beneath this maxi dress creates a sheer illusion and a flared skirt hem creates a beautiful shape. 41" in length from natural waist. Poly. Imported. Colors: BK (black), RD (red). Sizes: XS-XL.
**J68700  $67**

**D. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
**Y42572  $39**

**E. Lace maxi dress**
Slip into sexy lace and make a stunning statement. ¾" length sleeves. V-neck at front and back. 41" in length from natural waist. 21" slit. Nylon with poly lining. Imported. Color: BKTA (black & tan). Sizes: 2-16.
**Z58592  $79**

**F. Halter bodysuit**
A great one-stop look for layering or wearing as a solo piece. Ruched at side seam. Snap closure. Self tie at neck. Thong back. Poly/spandex with poly lining. Imported. Colors: BK (black), WH (white). Sizes: XS-XL.
**Y44002  $29**

**G. Lace floral print maxi**
The prettiest floral arrangement you ever did see! 46" in length. Poly/spandex with poly/spandex knit and poly lining. Hand wash. Imported. Color: GYBK (grey & black). Sizes: XS-XL.
**Y52519  orig. $39  SALE $29**



VENUS

| BK black |
| WH white |
| BODYSUIT |

F G H

F I D

J D

$49
MAXI SKIRT

*Sale* $29



**H. Strappy heel**
The height of sexy is at your feet in a strappy heel designed for attention. Double buckle side entry. 4½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full sizes: 6-11.
**Y32902  $39**

**I. Lace detail maxi skirt**
Make a dramatic statement with sheer fabric, and studs on a tulip hem. Elastic at waist. 42" in length. Poly/spandex. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
**Y52526  $49**

**J. Sequin long dress**
Sequins paired with a maxi length creates a winning combo for the evening. 41" in length from natural waist. Poly with poly lining. Dry clean only. Imported. Color: IVMU (ivory multi). Sizes: XS-XL.
**Y58510  $89**



B



D    H



THE SHOE BOUTIQUE

*For more styles visit Venus.com*

SS16P

1.800.396.7946   |   VENUS.COM

18

# VENUS

$44 DRESS



SANDAL

HEEL

**A. Sequin sheer dress**
Your evening includes sparkles! Invisible back zip. Elbow length sleeves. 20" in length from natural waist. Poly with poly lining. Hand wash. Imported. Color: GLMT (gold metallic). Sizes: XS-XL.
**Z58753 $89**

**B. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
**Y42572 $39**

**C. Lace detailed dress**
Gain instant style with this one-piece dress that looks like two, perfect for those last minute reservations! Keyhole at back with button closure at neck. 26" in length from natural waist. Poly/spandex. Made in USA. Color: IV (ivory). Sizes: XS-XL.
**Y58526 $52**

**D. Sparkle fringe dress**
Statement-marking silver lurex and fringe commands the room when you walk in. 20" in length from natural waist. Acetate/metallic with poly lining. Hand wash. Made in USA. Color: MVMU (mauve multi). Sizes: XS-XL.
**Y58540 $44**

**E. Strappy heel**
The height of sexy is at your feet in a strappy heel designed for attention. Double buckle side entry. 4½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full sizes: 6-11.
**Y32902 $39**

**F. Dip dye fringe dress**
Overlay of shimmering, ombre fringe and knotted details at neckline give this dress the edge you need. Ombre placement may vary. 17" in length from natural waist. Poly/spandex with poly/spandex lining. Dry clean only. Imported. Color: BKMU (black multi). Sizes: XS-XL.
**Y58580 $89**

**G. Metallic Hold U In dress**
Bandage style will have you runway ready. V-neck. Invisible back zip. 24" in length from natural waist. Rayon/nylon/spandex. Hand wash. Imported. Color: GL (gold). Sizes: XS-XL.
**Y48776  orig. $89 SALE $69**

**H. Hold U In fringe dress**
You're in shape and red carpet ready in this stunning bandage style dress. V-neck. Layered fringe at hem. Exposed back zip. 18" in length from natural waist. Viscose/nylon with poly trim. Imported. Colors: ARTA (tan), BK (black), FSRD (fuchsia). Sizes: 2-16.
**Z48563  orig. $89 SALE $72**



VENUS

Dressed to

*Perfection*

$59 DRESS

F

Sale $69

G

ARTA tan

BK black

FSRD fuchsia

DRESS

H E

SS16P

1.800.366.7946  |  VENUS.COM

20

1.800.366.7946  |  VENUS.COM  17



A
B
C

**HOLD U IN**

| | |
|---|---|
| **BK** black | |
| **DW** dark wash | |
| **INBL** blue | |
| **OPGY** grey | |
| **WH** white | |
| JEGGING | |



VENUS

D E

GREY



$36 TOP

F G C

| | |
|---|---|
| **BKDE** black denim | **LW** light wash |
| **BRDE** brown denim | **OLNT** olive |
| **COBA** cobalt blue | **RD** red |
| **DSRS** dusty rose | **STNE** stone |
| **DW** dark wash | **WH** white |
| **GM** gunmetal | **WTWH** winter white |
| **IN** indigo blue | **ZIRD** wine |
| | DENIM |

THE SHOE BOUTIQUE
*For more styles visit Venus.com*

C

E

**A. Lace coat**
Printed lace coat detailed with faux leather lapel and two front pockets. Four snap closures at waist. Lined. Nylon/poly. Dry clean. Imported. Color: BKTA (black & tan). Sizes: 2-16.
**Z53505 $84**

**B. Slimming stretch jegging**
Drop a full size! Perfect custom fit with shape recovery technology. Flexible control panel smoothes and slims tummy, thighs and derrière. 29" inseam. Dark wash and blue: cotton/poly/spandex. All others: rayon/nylon/spandex. Imported. Colors: BK (black), DW (dark wash), INBL (blue), OPGY (grey), WH (white). Sizes: XS-XL.
**Y41015 $59**



# VENUS

$29 SWEATER

H



$42 SWEATER

I



J

**C. Front ruched boot**
The little black boot that takes you through the season in high style. Side zip entry. 4½" heel with 1½" hidden platform. Polyurethane. Imported. Color: BK (black). Full and half sizes: 5½–9,10.
**Y42569  orig. $69  SALE $59**

**D. Studded shoulder jumpsuit**
You're the only one to watch in a jumpsuit like this! Side pockets. 31" inseam. Poly/elastane. Imported. Colors: BK (black), DRIZ (grey). Sizes: XS-XL.
**Z51601 $42**

**E. Strappy heel**
The height of sexy is at your feet in a strappy heel designed for attention. Double buckle side entry. 4½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full sizes: 6-11.
**Y32902 $39**

**F. Jeweled shark bite hem top**
Jeweled inset leaves just enough glam for the evening. ¾ length sleeves. Solid back. Rayon/spandex. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
**Y54532 $36**

**G. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105 $29**

**H. Lurex® tunic sweater**
Metallic decorates the trim of this off the shoulder sweater giving you that shimmer for the night. Zip details at shoulders. Rayon/nylon/metallic. Imported. Color: BKMU (black multi). Sizes: XS-XL.
**Y57512 $29**

**I. Studded detail sweater**
A sweater studded to perfection! Two front pockets. Gold studs at front only. Poly/acrylic. Hand wash. Imported. Color: OWMU (off white multi). Sizes: XS-XL.
**Z57591 $42**

**J. Jeweled cold shoulder top**
Let jewels peek through a low cowl neck to enhance your beauty. Jewels only at cowl neck insert. Poly/spandex. Hand wash. Made in USA. Color: BLMU (blue multi). Sizes: XS-XL.
**Y54516 $39**



VENUS

BK black

WH white

BODYSUIT

A
B
C
D

E

$39

MAXI SKIRT

**A. Jeweled statement necklace**
Everyone needs a bib necklace like this! Lobster clasp closure. 2½" extender. Color: BKMU (black multi).
Y45850  $19

**B. Halter bodysuit**
A great one-stop look for layering or wearing as a solo piece. Ruched at side seam. Snap closure. Self tie at neck. Thong back. Poly/spandex with poly lining. Imported. Colors: BK (black), WH (white). Sizes: XS-XL.
Y44002  $29

**C. Lace detail maxi skirt**
Achieve maximum interest with a lace detailed maxi skirt. Elastic at waist. 40" in length. Poly/spandex. Imported. Color: BKNU (black & nude). Sizes: XS-XL.
Y52530  $39

**D. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
Y42572  $39

F

BK black

NU nude

SANDAL

# VENUS



$^{\$}$32
**BLOUSE**

G



I



$^{\$}$36
**TOP**

H

**E. Lace detail dress**
This classic long sleeve dress has sheer lace insert at yoke and shoulders. 19" in length from natural waist. Viscose/poly/elastane. Imported. Color: IVBK (ivory & black). Sizes: XS-XL.
**J58527  $32**

**F. Scallop deep V-neck dress**
An understated, textured fabric design gives classy a whole new meaning. Invisible back zip. 20" in length from natural waist. Poly/cotton/Lurex®. Hand wash. Imported. Color: DRKG (dark green). Sizes: 2-16.
**Y59004  $46**

**G. Lace detail blouse**
The flawless vision of you in lace continues to thrive this season. Front keyhole. Poly with viscose/cotton/polyamide lace. Imported. Color: BK (black). Sizes: XS-XL.
**Z46505  $32**

**H. Lace applique top**
Sport the preppy look this season! Poly/spandex. Imported. Color: BKWH (black/white). Sizes: XS-XL.
**Y54548  $36**

**I. Short lace dress**
Lace lends just the right amount of feminine vintage vibes. Elbow length sleeves. High low hem. 26" in length from natural waist. Polyamide with poly lining. Imported. Color: BU (burgundy). Sizes: 2-16.
**Z58599  $89**



VENUS

A
B
C

D
E

F
G
H

$**29**
LEGGING

BK
black

BKMU
black multi

NV
navy

LEGGING







C

E

H

## THE SHOE BOUTIQUE
SS16P
*For more styles visit Venus.com*

**A. Cut out mesh detail top**
A suggestive cut out and intriguing mesh puts sexy in a class all by itself for this top! Poly/elastane with nylon/elastane mesh. Made in USA or imported. Color: BK (black). Sizes: XS-XL.
Y34730  orig. $29  **SALE $22**

**B. Print fashion legging**
Leggings that make you walk the walk! Elastic at waist. Lined. 29" inseam. Poly/nylon/spandex. Imported. Colors: BK (black), BKMU (black multi), NV (navy). Sizes: XS-XL.
Y51702  **$29**

**C. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
Z12983  $39

**D. Beaded mini dress**
An elegant expression with an emphasis on glamorous beaded cuffs. 18" in length from natural waist. Poly/spandex with poly lining. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
Y58517  $42

**E. Embellished evening sandal**
Show off your pedicure with beautiful, rhinestones and glass stone sandals. Zip back closure. 3½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full and half sizes: 6-9,10.
Y52592  $49

**F. Studded cut out blouse**
Feminine studs, a sexy cut out, and black trim will make this blouse a spectacular statement. Balloon sleeves. Exposed front zip. Poly. Imported. Color: OWBK (off white & black). Sizes: XS-XL.
Y36706  $32

**G. Faux leather legging**
Get caught up in this alluring style. Flat front with side zip. 28" inseam. Poly with poly/spandex lining. Imported. Color: BK (black). Sizes: 2-16.
Z9136  $44

**H. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 5½-9,10.
Z0286  $44

**I. Embellished V-neck top**
This top takes you straight to chic! Embellishment at front only. All over print. Print may vary. Poly/spandex. Hand wash. Imported. Color: BLMU (blue multi). Sizes: XS-XL.
Y54702  $39

**J. Jeweled sleeve sweater**
Sleeves draped in jewels give an artful touch to this sweater. Turtleneck. Cotton/viscose/poly. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Y47772  $34

**K. Studded dress**
Star studded sophistication will be your destination in this edgy dress. Elbow length sleeves. Solid back. 19" in length from natural waist. Viscose/poly/ elastane. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Z38629  orig. $49  SALE $36

**L. Beaded sweater dress**
Say hello to the evening with a pattern of beads on this turtleneck sweater dress. 17" in length from natural waist. Rayon/poly. Imported. Color: BK (black). Sizes: XS-XL.
Y58532  $44











$36 **TOP**

**A**

**VENUS**



**B**

$34 **TOP**



E F G

| | |
|---|---|
| **BKDE** black denim | |
| **BRDE** brown denim | |
| **COBA** cobalt blue | |
| **DSRS** dusty rose | |
| **DW** dark wash | |
| **GM** gunmetal | |
| **IN** indigo blue | |
| **LW** light wash | |
| **OLNT** olive | |
| **RD** red | |
| **STNE** stone | |
| **WH** white | |
| **WTWH** winter white | |
| **ZIRD** wine | |
| DENIM | |

**BK** black

**CA** camel

BOOT



**C**



**DARK GREY**

**D**

**A. Lace neckline top**
Interesting touches such as a lace neckline and sparkling accents make this long sleeve top one to keep! Viscose/elastane. Imported. Color: BK (black). Sizes: XS-XL.
**Z54701  $36**

**B. Jeweled neckline top**
A detailed neckline makes this polished top yours! ¾ length sleeves. Rayon/spandex. Hand wash. Imported. Color: GY (grey). Sizes: XS-XL.
**Y54546  $36**

**C. Layered fringe top**
Oh-so chic fringe has multiple layers on this top! Fringe is all the way around. Poly. Imported. Color: BK (black). Sizes: 2-16.
**Z56709  $39**

**D. Knot front top**
Knotted to perfection! Elbow length sleeves. Rayon/spandex. Hand wash. Made in USA. Colors: CHAR (dark grey), TL (teal). Sizes: XS-XL.
**Z9095  $29**



VENUS





**E. Printed quarter sleeve top**
Multi print and knotted draping at bust gives them
something to talk about! Elbow length sleeves. Print
placement may vary. Rayon. Hand wash. Made in
USA. Color: GYMU (grey multi). Sizes: XS-XL.
**Y54520 $34**

**F. Color skinny denim**
Jeans in many colors for any occasion. Jeweled
button closure and rivets. 31" inseam. Cotton/poly/
spandex. Imported. Colors: BKDE (black denim),
BRDE (brown denim), COBA (cobalt blue), DSRS
(dusty rose), DW (dark wash), GM (gunmetal), IN
(indigo blue), LW (light wash), OLNT (olive), RD (red),
STNE (stone), WH (white), WTWH (winter white), ZIRD
(wine). Sizes: 2-16.
**Z21105 $29**

**G. Detail over the knee boot**
Give average the boot in this long and lean look!
Gold hardware buckle and detail at back of heel.
Side zip entry. 4½" heel with ½" platform. Synthetic
suede/polyurethane. Imported. Colors: BK (black),
CA (camel). Full and half sizes: 6-9,10.
**Y42928 $89**

**H. Cold shoulder flutter top**
Less can be more. You'll glide with sheer grace and a
flirtatious feel. Slit ruffle for flirty shoulder detail. Ruffle
drapes front and back. Poly with rayon/spandex lining.
Hand wash. Made in USA. Colors: BK (black), BOBY
(berry), BRTW (white), CO (coral), COBA (cobalt blue),
MT (mint), PU (purple), RD (red). Sizes: XS-XL.
**Z24170 $36**

**I. Sequin front jean**
Add your favorite jean to the glam mix. Sequins at front
only. 31" inseam. Cotton/poly/spandex. Imported.
Color: BK (black). Sizes: 2-16.
**Y31501 $42**

**J. Trim detail dress**
Black and silver middle design dress will be one of
your favorites! Invisible back zip. 20" in length from
natural waist. Poly/viscose/elastane. Imported.
Color: BK (black). Sizes: 2-16.
**Z58711 $52**

**K. Strappy heel**
The height of sexy is at your feet in a strappy heel
designed for attention. Double buckle side entry.
4½" heel. Polyurethane. Imported. Colors: BK (black),
SL (silver). Full sizes: 6-11.
**Y32902 $39**

**L. Sequin detailed dress**
A twenties inspired dress destined to leave a lasting
impression. 18" in length from natural waist. Poly.
Imported. Color: BK (black). Sizes: 2-16.
**J69702 $69**

**M. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant
pairing! Gold hardware at back of heel. Buckle
closure at ankle strap. 4½" heel. Polyurethane.
Imported. Colors: BK (black), NU (nude).
Full and half sizes: 6-9,10.
**Y42572 $39**

# VENUS



A
B

BK black
TA tan

HEEL



C
D

BK black
SL silver

HEEL



$42 DRESS

E
B

## BONJOUR TO *Black,* THE LITTLE BLACK DRESS

**A. Faux leather lace dress**
Unlock the edgier lady in you with faux leather and lace. Invisible back zip. 23" in length from natural waist. Viscose/polyurethane with poly trim. Hand wash or dry clean. Imported. Color: BK (black). Sizes: 2-16.
**Y59002  $59**

**B. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
**Z12983  $39**

**C. Leopard printed dress**
Go wild over a little bit of leopard! Keyhole at back. Two button closure at neck. 26" in length from natural waist. Poly/elastane with poly lining. Imported. Color: BK (black). Sizes: XS-XL.
**Z58620  $44**

# VENUS





$^{\$}44$ DRESS

G



BK black

OLNT olive

DRESS

H
I

$^{\$}39$ DRESS

**D. Strappy heel**
The height of sexy is at your feet in a strappy heel designed for attention. Double buckle side entry. 4½" heel. Polyurethane. Imported. Colors: BK (black), SL (silver). Full sizes: 6-11.
**Y32902 $39**

**E. Lace detail dress**
Laced in details, this dress has a modern twist. 26" in length from natural waist. 10½" slit. Poly/elastane. Imported. Color: BK (black). Sizes: XS-XL.
**Z58566 $42**

**F. Lace illusion dress**
A stunning lace design meets faux leather at the waist for an adorable skirt look. Long sleeves. Invisible back zip. Lace trim pattern on skirt may vary. 17" in length from natural waist. Nylon with poly/spandex lining and polyurethane trim. Hand wash. Imported. Color: BKCA (black & camel). Sizes: 2-16.
**Z59709 $59**

**G. Faux leather skirt dress**
Your little black dress got revamped with a unique hem and it says sexy! 22" in length from natural waist. Poly/spandex with poly/spandex lining and polyurethane trim. Hand wash. Imported. Color: BK (black). Sizes: 2-16.
**Z58563 $44**

**H. Cold shoulder dress**
Your skin is playing peek-a-boo with cold shoulders and a V-neck! 18" in length from natural waist. Poly/spandex. Made in USA. Colors: BK (black), OLNT (olive). Sizes: XS-XL.
**Y48792 $39**

**I. Strappy detail bra**
Perfect for those revealing dresses and tops you have. Padded push up cups. Adjustable shoulder straps for a perfect fit. Hook and eye closure at back. Nylon/spandex. Hand wash. Imported. Color: BK (black). Sizes: 34-38,B; 32-38,C; 32-38,D; 36-38,DD.
**Y45501 $39**



VENUS

A
B

C
D
B

E





F

Sale $32

BK
black

NU
nude

SANDAL

**A. Gold detailed slit dress**
Dress up in this gold detailed dress and be confident in the night. Invisible back zip. 26" in length from natural waist. 12½" slit. Nylon/poly/spandex with poly lining. Hand wash. Imported. Color: NVMU (navy multi). Sizes: XS-XL.
Y58568  $46

**B. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude).
Full and half sizes: 6-9,10.
Y42572  $39

**C. Jeweled statement necklace**
Everyone needs a bib necklace like this! Lobster clasp closure. 2½" extender. Color: BKMU (black multi).
Y45850  $19

**D. Liquid metallic maxi dress**
You are the glimmering, gold goddess for the evening. Mesh detail under bust. Invisible back zip. 41" in length from natural waist. Poly/elastane. Imported. Color: GLMT (gold metallic). Sizes: 2-16.
Z58702  $89

**E. Lace Hold U In dress**
A sophisticated kind of pretty with bandage style to Hold U In. 20" in length from natural waist. Viscose/nylon with nylon/elastane lace and poly lining. Imported. Color: LURK (light grey). Sizes: XS-XL.
Z58508  $79

**F. Tri color sweater dress**
For the sake of style - try a sweater dress! Scoop neck. 20" in length from natural waist. Viscose/poly/metallic. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
Z58555  orig. $42  SALE $32

**G. Detailed neckline dress**
Beaded neckline offers the luxurious look you have been looking for. 19" in length from natural waist. Viscose/polyamide. Imported. Color: GY (grey). Sizes: XS-XL.
J58534  $39

**H. Jeweled cold shoulder top**
A plunging neckline adorned with jewels is ready for any occasion. ¾ length sleeves. Embellishment at front only. Poly/spandex. Hand wash. Made in USA. Color: BKMU (black multi). Sizes: XS-XL.
Y54708  orig. $39  SALE $29

**I. Textured sweater dress**
It's all about texture! Scoop neck. Elbow length sleeves. 21" in length from natural waist. Viscose/nylon. Imported. Color: BRTW (white). Sizes: XS-XL.
Z58045  orig. $59  SALE $46

**J. Mixed media surplice top**
A stunning, draped design just for you! Viscose/elastane. Imported. Color: BYWI (dark wine). Sizes: XS-XL.
Z54719  $34



VENUS

$39 DRESS

G

Sale $29

H

I

$34 TOP

J

SS16P          1.800.366.7946  |  VENUS.COM



VENUS



$42 DRESS

**A. Floral dress**
Pop of bright florals grace the sides and sleeves of this dress lending color while a dark background states a romantic edge. 20" in length from natural waist. Poly/elastane. Imported. Color: BKMU (black multi). Sizes: 2-16.
Z58736  $39

**B. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
Z12983  $39

**C. Printed detail dress**
You will be a class act in this timeless piece. 26" in length from natural waist. Poly/rayon/spandex with rayon/spandex knit and poly lining. Imported. Color: RD (red). Sizes: XS-XL.
Y58582  $42

**D. Stud detail dress**
A body-hugging, look-at-me dress with studded trim. Elbow length sleeves. 26" in length from natural waist. Poly/elastane. Imported. Colors: JTST (black), LRED (red). Sizes: XS-XL.
Z58554  $42



E $39 DRESS

VENUS



| | |
|---|---|
| **BK** black | |
| **BOBY** berry | |
| **BRTW** white | |
| **CO** coral | |
| **COBA** cobalt blue | |
| **MT** mint | |
| **PU** purple | |
| **RD** red | |

H

$36 TOP



| | |
|---|---|
| **BBFS** red | |
| **BK** black | |
| **VRGR** teal | |

TOP

G

F G

**E. Printed mini dress**
Dynamic and colorful pattern will grab desired attention! 20" in length from natural waist. Poly/spandex. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Y58583 **$39**

**F. Surplice top**
You'll be simply irresistible in this sultry surplice top. Side ruching. ¾ length sleeves. Viscose/elastane. Imported. Colors: BBFS (red), BK (black), VRGR (teal). Sizes: XS-XL.
Z34034 **$32**

**G. Strappy detail bra**
Perfect for those revealing dresses and tops you have. Padded push up cups. Adjustable shoulder straps for a perfect fit. Hook and eye closure at back. Nylon/spandex. Hand wash. Imported. Color: BK (black). Sizes: 34-38,B; 32-38,C; 32-38,D; 36-38,DD.
Y45501 **$39**

**H. Cold shoulder flutter top**
Less can be more. You'll glide with sheer grace and a flirtatious feel. Slit ruffle for flirty shoulder detail. Ruffle drapes front and back. Poly with rayon/spandex lining. Hand wash. Made in USA. Colors: BK (black), BOBY (berry), BRTW (white), CO (coral), COBA (cobalt blue), MT (mint), PU (purple), RD (red). Sizes: XS-XL.
Z24170 **$36**

VENUS



A
B

BLACK

C
D



E
D

$\$42$
DRESS

BK
black

NU
nude

SANDAL

BK
black

TA
tan

HEEL

**A. Surplice ruched dress**
Figure flattering ruching brings life to this dress! ¾ length sleeves. Flounce hem. 23" in length from natural waist. Poly/spandex. Hand wash. Imported. Colors: BK (black), WI (wine). Sizes: XS-XL.
Y58522 $39

**B. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
Y42572 $39

**C. Houndstooth sheath dress**
A dapper all-over houndstooth dress checks this classic pattern off your list! ¾ length sleeves. 20" in length from natural waist. Viscose/poly/elastane. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
Z58605 $44

**D. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
Z12983 $39

**E. Medallion print dress**
Fun geometric shapes are integrated into this medallion print with a tasteful silhouette. Slit opening at back. 23" in length from natural waist. Viscose/elastane. Imported. Color: FSMU (fuchsia multi). Sizes: XS-XL.
Z58635 $42

**F. Ruched detail turtleneck**
A figure-fitting basic turtleneck for everyday this season. Viscose/elastane. Imported. Colors: BK (black), PU (purple). Sizes: XS-XL.
J57573 $19



$^{\$}19$
**TURTLENECK**

F

BLACK

# VENUS

**G. Mixed media draped top**
Show them beautiful in a top like this! Woven back. Viscose/spandex with poly trim. Hand wash or dry clean. Imported. Color: VI (violet). Sizes: XS-XL.
**Y54531  $34**

**H. Long ruffle back blazer**
The blazer that says feminine authority with one button closure and welt pockets at front. High low hem. Poly/viscose/elastane. Imported. Colors: CTGP (wine), IGGY (dark grey). Sizes: 2-16.
**Z53518  $59**

**I. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
**Z54061  $14**

**J. Slimming stretch jegging**
Drop a full size! Perfect custom fit with shape recovery technology. Flexible control panel smoothes and slims tummy, thighs and derrière. 29" inseam. Dark wash and blue: cotton/poly/spandex. All others: rayon/nylon/spandex. Imported. Colors: BK (black), DW (dark wash), INBL (blue), OPGY (grey), WH (white). Sizes: XS-XL.
**Y41015  $59**

H I J D



| BK black |
| NU nude |
| WH white |

CAMI

HOLD U IN

| BK black |
| DW dark wash |
| INBL blue |
| OPGY grey |
| WH white |

JEGGING

$^{\$}34$
**TOP**

G





WINE



VENUS

*Sale* $34

*Sale* $29

A
B

C

D

**A. Multi colored leopard dress**
Embrace the leopard print this season, in a multitude of hues! Turtleneck. Print placement may vary. 24" in length from natural waist. Poly/elastane. Imported. Color: BRMU (brown multi). Sizes: XS-XL.
**Y58525  orig. $39  SALE $34**

**B. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
**Z12983  $39**

BK
black

TA
tan

HEEL

SS16P

# VENUS



DARK GREEN

E



BE beige

BK black

WH white

F



BK black

CRIM red

TOP

G
H

$49
JUMPSUIT

I J
H

BK black

NU nude

SANDAL

**C. Gold detail dress**
A beautiful belt and cut out sleeves complete this gold detailed dress. ¾ length sleeves. 20" in length from natural waist. Viscose/elastane. Imported. Color: BK (black). Sizes: XS-XL.
**Y58562  orig. $39  SALE $29**

**D. Leopard printed dress**
Front pockets and trendy leopard print make this style a weekend-worthy look. 17" in length from natural waist. Poly/spandex with poly lining. Imported. Color: BRMU (brown multi). Sizes: XS-XL.
**Y58566  $39**

**E. Drape and back detail top**
Trendy details such as open back with straps define this top. Scoop neck. ¾ length sleeves. Poly/elastane with poly lining. Imported. Colors: EVGR (dark green), RHRB (wine). Sizes: XS-XL.
**Y54705  $32**

**F. Venus cupid bra**
A strapless, backless bra that not only provides great support, but a sexy lift and shape. The Venus cupid bra has underwires and molded cups. Oversized tabs allow for secure, reliable and comfortable backless, strapless support. Can be used up to 50 times. Nylon/poly with silicone adhesive. Imported. Colors: BE (beige), BK (black), WH (white). Sizes: A-D.
**VL120  $29**

**G. Back detailed jumpsuit**
Easy all-in-one dressing with added back details! Adjustable waist with tie. Blouson at waist. 28" inseam. Poly/spandex. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
**Y51612  $49**

**H. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½–9,10.
**Y42572  $39**

**I. Long sleeve seamless top**
Deceptively simple, decidedly sensual. Scoop neck. Long sleeves. Nylon/spandex. Imported. Colors: BK (black), CRIM (red). Sizes: XS-XL.
**Z44531  $19**

**J. Embellished snake midi**
Make a python your go to pattern this season. Ruching at wide elastic waistband. Embellishment at front waistband. 25" in length. Poly/spandex. Hand wash. Made in USA. Color: BL (blue). Sizes: XS-XL.
**Y52521  $39**





VENUS

Sale $36



A
B

C

D
E

BK black
TA tan
HEEL

BK black
NU nude
SANDAL

**A. Python midi dress**
Sleek python print delivers a statement-making dress. Print placement may vary. 26" in length from natural waist. Poly/spandex. Imported. Color: BRMU (brown multi). Sizes: XS-XL.
**Y58560  $39**

**B. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
**Z12983  $39**

**C. Faux leather insert dress**
Draped and designed just for you! Surplice neck. 18" in length from natural waist at shortest point. Viscose/elastane with poly/elastane trim and poly lining. Imported. Color: BK (black). Sizes: XS-XL.
**Z58701  orig. $44  SALE $36**

**D. Printed maxi dress**
Your evening awaits with a maxi dress like this! 41" in length from natural waist. Poly/spandex. Hand wash. Imported. Color: BRMU (brown multi). Sizes: XS-XL.
**Y58538  $44**

**E. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 6-9,10.
**Y42572  $39**

**F. Scalloped lace shaping cami**
Lovely lace in a scalloped pattern not only looks gorgeous but helps contour in all the right places. Nylon/spandex. Hand wash. Imported. Color: NUBK (nude & black). Sizes: XS-XL.
**Y55529  $42**

F





**OFF WHITE**

G

# VENUS

$ **19**
BLOUSE

H

*Sale* $**26**





*Sale* $**36**

I

**G. Lace back surplice top**
Make them look back! Surplice neckline. Layered look at front only. Lace T-back. Rayon/elastane. Hand wash. Made in USA. Colors: BK (black), OW (off white). Sizes: XS-XL.
**Y54011  orig. $34  SALE $26**

**H. Button detail blouse**
A timeless classic with two buttons that makes for a keyhole at the chest. Viscose/elastane. Imported. Color: HC (honeycomb). Sizes: XS-XL.
**J54557  $19**

**I. Pleated semi-sheer blouse**
Lightweight and beautiful, perfect for evenings outside. Cami not included. Button front closure. Gather at sleeves for a blouson effect. Poly. Imported. Color: WH (white). Sizes: 2-16.
**J4621  orig. $42  SALE $36**

**J. Draped surplice top**
Evoke effortless style with this surplice top. Rayon/spandex. Imported. Colors: DPCB (teal), QTSH (dark grey). Sizes: XS-XL.
**Y54551  $32**

**DARK GREY**

J





VENUS





Sale $39

BK
black

NU
nude

SANDAL

**A. Jeweled collar coat**
Your days will no longer be dreary when you shine like this! Embellishment at collar and along front button closure. Poly/wool with poly lining. Hand wash. Imported. Color: BK (black). Sizes: 2-16.
Z53703  $89

**B. Faux leather legging**
Get caught up in this alluring style. Flat front with side zip. 28" inseam. Poly with poly/spandex lining. Imported. Color: BK (black). Sizes: 2-16.
Z9136  $44

**C. Embellished boot**
Finish off your glitz and glam look with pointed-toe boots featuring inner zip closure. 4½" heel. Poly/cotton with poly lining and a rubber sole. Made in USA. Color: BK (black). Full sizes: 6-10.
Y52573  $99



C

**D. Python print jumpsuit**
Bring your wardrobe to the wild side with a python print jumpsuit. Belt included. 31" inseam. Poly/spandex. Imported. Color: BRMU (brown multi). Sizes: XS-XL.
Y51613  $49

**E. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
Y42572  $39

**F. Pleated bustier jumpsuit**
A flattering fit thanks to the fitted bustier top and slight wide-leg. 31" inseam. Poly/polyurethane with poly/elastane pants and poly lining. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
Y51608  orig. $49  SALE $39

**G. Printed dress with necklace**
Accessories are a must! Dress is complete with a beautiful geometric necklace. 18" in length from natural waist. Poly/rayon/spandex. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Y58577  $42

**H. Color block sheath dress**
Your look is complete with contrasting neutral colors and a deep V-neck. 21" in length from natural waist. Poly. Imported. Color: TPBK (taupe & black). Sizes: 2-16.
J59515  $49

**I. Contrast trim dress**
Marled trim dress features an attached bolero. 19" in length from natural waist. Acrylic. Imported. Color: BKGY (black & grey). Sizes: XS-XL.
J58536  orig. $29  SALE $24

**J. Zipper belted dress**
Convert this mod dress from all business to sexy play in a quick zip! Gold zipper at front and pockets. Front pleats. Attached belt. 22" in length from natural waist. Viscose/poly/elastane. Imported. Color: BKMU (black multi). Sizes: 2-16.
Z28392  orig. $49  SALE $42

# VENUS









VENUS



A
B
C
D

HOLD
U
IN

| | |
|---|---|
| BK | black |
| DW | dark wash |
| INBL | blue |
| OPGY | grey |
| WH | white |

JEGGING



E
F
G

| | |
|---|---|
| BK | black |

CAMI

| | |
|---|---|
| LK | black |
| NU | nude |
| WH | white |

| | |
|---|---|
| BK | black |
| BOOR | burnt orange |
| DLGR | olive |
| GNSN | light brown |

TOP

| | |
|---|---|
| DRBK | dark red & black |
| NVBK | navy & black |
| OWBK | off white & black |

LEGGING

| | |
|---|---|
| BK | black |
| TA | tan |

HEEL

**A. Faux leather flare jacket**
The balance between edge and feminine have been intertwined with pleats, chains and faux leather. Chain link details at chest, waist and sleeves. Zip with hook and eye closure. Lined. Poly. Hand wash. Imported. Color: BK (black). Sizes: 2-16.
Z53712  **$99**

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54061  **$14**

**C. Slimming stretch jegging**
Drop a full size! Perfect custom fit with shape recovery technology. Flexible control panel smoothes and slims tummy, thighs and derrière. 29" inseam. Dark wash and blue: cotton/poly/spandex. All others: rayon/nylon/spandex. Imported. Colors: BK (black), DW (dark wash), INBL (blue), OPGY (grey), WH (white). Sizes: XS-XL.
Y41015  **$59**

**D. Front ruched boot**
The little black boot that takes you through the season in high style. Side zip entry. 4½" heel with 1½" hidden platform. Polyurethane. Imported. Color: BK (black). Full and half sizes: 5½-9,10.
Y42569  orig. $69  **SALE $59**



$42 DRESS



Sale $29

VENUS



WINE

$59 JACKET



**E. Ruched top**
Dynamic details will keep you noticed in the stunning design of this top. Deconstructed hems. Viscose/elastane. Imported. Colors: BK (black), BOOR (burnt orange), DLGR (olive), GNSN (light brown). Sizes: XS-XL.
Z24153  $26

**F. Faux leather insert legging**
Lust over leather leggings this season! Elastic waist. Faux leather details at front and back. 29" inseam. Rayon/nylon/spandex with polyurethane trim. Hand wash. Imported. Colors: DRBK (dark red & black), NVBK (navy & black), OWBK (off white & black). Sizes: 2-16.
Z51708  $39

**G. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
Z12983  $39

**H. Zip front sweater dress**
A quick and easy zip is all you'll need for your hot sweater dress look. Double zip at front. 18" in length from natural waist. Poly/spandex/metallic. Hand wash. Imported. Color: BKSL (black & silver). Sizes: XS-XL.
Y38719  $42

**I. Ruched dress**
The night is calling! Intriguing silhouette with keyhole at back. 18" at shortest point. 27" in length from natural waist. Viscose/elastane. Imported. Color: BK (black). Sizes: XS-XL.
Z58121  orig. $39  SALE $29

**J. Textured detail dress**
A structured shape and contrasting lines point you to this dress! ¾ length sleeves. Invisible back zip. 21" in length from natural waist. Poly/elastane. Imported. Colors: PU (purple), WI (wine). Sizes: 2-16.
Z58718  $49

**K. Faux leather detail jacket**
Leather-inspired jacket and structured form lends an edge. Zip front closure. Lined. Poly/elastane. Imported. Color: BK (black). Sizes: 2-16.
Z53523  $59



VENUS

*Style that Works*

BKIR navy
CDWH off white
GY grey
DRESS

A B

BK black
WH white
BODYSUIT

C D E

HOLD U IN

$36 SKIRT

BK black
BKIR navy
CHGY charcoal grey
RIRD red
SKIRT

BK black
TA tan
HEEL

BK black
NU nude
SANDAL



**F**

**A. Coat dress**
Let your vision of style redefine the timeless, but still so sexy, coat dress. Double-breasted button up front. Shoulder pads. Front flap pockets. Elbow length sleeves. 18" in length from natural waist. Poly/viscose/elastane with poly lining. Imported. Colors: BKIR (navy), CDWH (off white), GY (grey). Sizes: 2-16.
Z39528  orig. $49  SALE $39

**B. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
Z12983  $39

**C. Knit shirt bodysuit**
There's a wardrobe full of options for this crisp and clean bodysuit. Front pleated detail. Tabbed long sleeves. Snap closure. Thong. Viscose/elastane. Imported. Colors: BK (black), WH (white). Sizes: XS-XL.
Z44001  $34

**D. Hold U In pencil skirt**
The perfect shape is your line of business. Three panel front detail creates a high waist that controls, smooths and slims your tummy. 30" in length. Poly/rayon/elastane with polyamide/elastane lining. Made in USA. Colors: BK (black), BKIR (navy), CHGY (charcoal grey), RIRD (red). Sizes: 2-16.
Y42702  $36

**E. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
Y42572  $39

**F. Contrast print dress**
An American classic with a modern shape makes you the one to watch. Long sleeves. Gold embellishment at neck. Invisible back zip. 24" in length from natural waist. Poly/viscose/elastane. Imported. Color: BKWH (black & white). Sizes: 2-16.
J4666  $59

**G. Plaid print surplice top**
We are mad for plaid, you should be too. Poly/spandex. Imported. Color: RDMU (red multi). Sizes: XS-XL.
Z44540  $32

**H. Printed houndstooth dress**
Slimming skirt with trending printed houndstooth dress is perfect for the office. Side invisible zip. Belt included. 26" in length from natural waist. Poly/rayon/spandex. Hand wash. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Y58571  $49



$**32**
TOP

**G**



**H**
**B**

$**49**
DRESS







**A. Printed dress**
Whether for work or play, this is a form-flattering silhouette that you can't pass up! Tulip hem. 31" in length from natural waist. Poly/spandex. Hand wash. Made in USA. Color: BLMU (blue multi). Sizes: XS-XL.
Y58556 **$46**

**B. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 6-9,10.
Y42572 **$39**

**C. Faux leather detailed dress**
Faux leather inserts at tummy and shoulders offer the edge needed to a simple dress. 20" in length from natural waist. Poly/spandex. Hand wash or dry clean. Imported. Color: WIBK (wine & black). Sizes: XS-XL.
Y58520 orig. **$49** SALE **$42**

**D. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
Z12983 **$39**    SS16P

**E. Knit shirt bodysuit**
There's a wardrobe full of options for this crisp and clean bodysuit. Front pleated detail. Tabbed long sleeves. Snap closure. Thong. Viscose/elastane. Imported. Colors: BK (black), WH (white). Sizes: XS-XL.
Z44001 **$34**

**F. Hold U In pull on pant**
Style with the added bonus of shape! Elastic at waist. Hold U In pant has flexible control panel that smooths and slims the tummy. Boot cut. 33' inseam. Rayon/nylon/spandex with nylon/spandex lining. Made in USA. Color: BK (black). Sizes: XS-XL.
Y51522 **$44**

**G. Houndstooth skirt dress**
Dynamic design on the bottom half of this dress creates an effortless ensemble. 18" in length from natural waist. Poly/elastane. Imported. Color: BKWH (black & white). Sizes: XS-XL.
Z58708 **$42**

**H. Pearl and chain necklace**
Beautiful pearls with a hint of edge. Lobster clasp closure. 2½" extender. Color: GLMU (gold multi).
Y65988 **$29**

**I. Flounce skirt dress**
A fitted silhouette ends with a flirty flounce hem for the perfect shape. ¾ length sleeves. 20" in length from natural waist. Poly/elastane. Imported. Color: RMRD (dark red). Sizes: XS-XL.
Z58617 **$39**

**J. Cold shoulder V-neck top**
Cold shoulders get the looks this season, don't miss out! Viscose. Imported. Colors: BK (black), CRDR (dark red), EVGR (dark green). Sizes: XS-XL.
Z54531 orig. **$32** SALE **$27**

**K. V-neck blouse**
Pair with jeans and have an adorable ensemble! Viscose. Imported. Color: BYWH (berry & white). Sizes: 2-16.
J56524 **$16**



G



$^\$$**39**

DRESS

H



BK
black

CRDR
dark red

EVGR
dark green

J

Sale
$^\$$**27**



$^\$$**16**

BLOUSE

K



$79 COAT

**JEGGING**

| BK black |
| DW dark wash |
| INBL blue |
| OPGY grey |
| WH white |

HOLD U IN

**BOOT**

| BK black |
| BR brown |

**DENIM**

| BKDE black denim |
| BRDE brown denim |
| COBA cobalt blue |
| DSRS dusty rose |
| DW dark wash |
| GM gunmetal |
| IN indigo blue |
| LW light wash |
| OLNT olive |
| RD red |
| STNE stone |
| WH white |
| WTWH winter white |
| ZIRD wine |

**BOOT**

| BK black |
| CA camel |

**A. Plaid duster coat**
Your classic palette for the season! Double breasted closure. Two front flap pockets with button closure. Lined at body only. Poly with poly lining. Hand wash. Imported. Color: BKWH (black & white). Sizes: XS-XL.
**Y53515  $89**

**B. Slimming stretch jegging**
Drop a full size! Perfect custom fit with shape recovery technology. Flexible control panel smoothes and slims tummy, thighs and derrière. 29" inseam. Dark wash and blue: cotton/poly/spandex. All others: rayon/nylon/spandex. Imported. Colors: BK (black), DW (dark wash), INBL (blue), OPGY (grey), WH (white). Sizes: XS-XL.
**Y41015  $59**

**C. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 5½–9,10.
**Z0286  $42**

**D. Color block military coat**
Enlist in a color block coat with a flared feminine silhouette. Two pockets. Hook and eye closure from the neck down to the waist. Self tie belt. Lined. Poly. Imported. Color: OLBK (olive & black). Sizes: 2-16.
**Z53501  $79**

**E. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105  $29**

**F. Detail over the knee boot**
Give average the boot in this long and lean look! Gold hardware buckle and detail at back of heel. Side zip entry. 4½" heel with ½" platform. Synthetic suede/polyurethane. Imported. Colors: BK (black), CA (camel). Full and half sizes: 6-9,10.
**Y42928  $89**

**G. Collarless coat**
The modernized, collarless coat is tailored and structured for a perfect fit. Concealed buttons. Two front pockets. Poly/viscose/elastane. Imported. Color: SB (sapphire blue). Sizes: 4-16.
**J53577  $64**

**H. Double breasted coat**
The key to surviving winter in a fashionable manner. Two front pockets. Double button closure. Poly/wool. Dry clean. Imported. Color: GY (grey). Sizes: 4-16.
**J53583  $89**



G

$64
COAT



$59
JACKET

I



H

**I. Two button jacket**
Get to work in this sophisticated blazer!
Poly. Imported. Color: BKMU (black
multi). Sizes: 2-16.
**J53547  $59**

**J. Enhancer bra**
The same fit and quality that you
would expect from our world famous
swim tops available in an everyday
bra. Adds a full cup size with specially
designed molded foam cups. Multi-way
straps. Removable push-up pads in
all sizes. Nylon/spandex with poly
lining. Hand wash. Imported. Colors:
BLK (black), NUD (nude). Sizes:
34-36,A; 32-36,B; 32-36,C; 32-36,D;
32-34,DD.
**VL100  $29**

**K. Shaping ankle legging**
Control your destiny. Comfortable
support that's meant to be shown.
Encourages a firm waist and tummy
control while shaping hips, thighs and
legs. Seamless fabric for ease of wear.
Nylon/spandex. Hand wash. Imported.
Color: BK (black). Sizes: XS-XL.
**Z25006  $39**



BLK
black

NUD
nude

BRA

J
K

SS16P







**A. Ruffle front jacket**
Add feminine flare to your trench coat with ruffle trim with black piping! Self tie belt. Cotton/spandex with poly lining. Hand wash. Imported. Colors: IGGY (dark grey), ILBL (light blue). Sizes: 2-16.
Z53506 $59

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54061 $14

**C. Slimming stretch jegging**
Drop a full size! Perfect custom fit with shape recovery technology. Flexible control panel smoothes and slims tummy, thighs and derrière. 29" inseam. Dark wash and blue: cotton/poly/spandex. All others: rayon/nylon/spandex. Imported. Colors: BK (black), DW (dark wash), INBL (blue), OPGY (grey), WH (white). Sizes: XS-XL.
Y41015 $59

**D. Slouchy layered strap boot**
Buckles leave it casual while a heel gives you an edge! Nonfunctional buckle detail. Ruched detail at shaft. Side zip closure. 3½" heel. Polyurthane/synthetic. Imported. Color: BK (black). Full and half sizes: 5½-9,10.
Y52591 $69

**E. Knit faux leather jacket**
The intoxicating style of this jacket is so uniquely you! Asymmetrical faux leather zip at front. Side contrast creates slimming effect. Ribbed contrasting trim. Acrylic with polyurethane coating and poly/cotton trim. Imported. Colors: GYMU (grey multi), OA (oatmeal). Sizes: 2-16.
Z33516 $59

**F. Classic parka**
Your traditional parka in a great color! Front pockets. Drawstring waist. Front zip and button closure. Hooded. Cotton. Imported. Color: LTOL (light olive). Sizes: 2-16.
J53523 $89

**G. Leopard print belted coat**
Channel your inner diva with leopard! Self tie belt with snap front closure. Two front pockets. Lined. Poly/wool with poly lining. Hand wash or dry clean. Imported. Color: LEPK (leopard pink). Sizes: 2-16.
Z53710 $79

**H. Faux leather legging**
Get caught up in this alluring style. Flat front with side zip. 28" inseam. Poly with poly/spandex lining. Imported. Color: BK (black). Sizes: 2-16.
Z9136 $44

**I. Sweater sleeve coat**
A mixed media coat with two front pockets, two button closures at waist and sweater sleeves for comfort. Lined. Poly/wool. Imported. Color: BE (beige). Sizes: XS-XL.
Z53546 $79





**$79 COAT**

G B H D

I J K

L B J M

Sale $29

BKDE black denim
BRDE brown denim
COBA cobalt blue
DSRS dusty rose
DW dark wash
GM gunmetal
IN indigo blue
LW light wash
OLNT olive
RD red
STNE stone
WH white
WTWH winter white
ZIRD wine
DENIM

BK black
CA camel
BOOT

BK black
BR brown
BOOT

**J. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105  $29**

**K. Detail over the knee boot**
Give average the boot in this long and lean look! Gold hardware buckle and detail at back of heel. Side zip entry. 4½" heel with ½" platform. Synthetic suede/polyurethane. Imported. Colors: BK (black), CA (camel). Full and half sizes: 6-9,10.
**Y42928  $89**

**L. Marled fold over cardigan**
Welcome the weather with an adorable marled cardigan. Open front. Cotton/poly. Imported. Color: OWMU (off white multi). Sizes: XS-XL.
**Z57702  orig. $42  SALE $29**

**M. Buckle riding boot**
This must-have riding boot will keep you in uptown form. Single pull loops. Detailed with buckled straps. Side zip entry. 1½" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 6-9,10.
**Y42542  $59**

# VENUS

| Shop online **Venus.com** | Call toll free U.S. and Canada **1-800-366-7946** | Fax **1-800-648-0411** |
|---|---|---|

11711 Marco Beach Drive Jacksonville, FL 32224-7615

## ORDERED BY

Name _____

Street Address _____

_____

City _____ State _____ Zip _____

Phone: (_____)_____

Email: _____
**To Receive Order Confirmations & Special Offers**

### SHIP TO  ☐ only if different from "Ordered By"

Name _____

Street Address _____

_____

City _____ State _____ Zip _____

## ORDER DETAILS

| ITEM NUMBER | SIZE | COLOR | ALT. COLOR | DESCRIPTION (dress, top, pant, shoe, swimsuit, etc) | QTY | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### SHIPPING AND PROCESSING

| MERCHANDISE SUBTOTAL | STANDARD U.S. + Canadian Addresses only |
|---|---|
| $0-24.99 | $4.95 |
| $25-49.99 | $7.95 |
| $50-74.99 | $9.95 |
| $75-99.99 | $12.95 |
| $100-124.99 | $14.95 |
| $125-149.99 | $16.95 |
| $150-199.99 | $17.95 |
| $200-249.99 | $18.95 |
| $250+ | $19.95 |

| Merchandise Subtotal | |
|---|---|
| Shipping and Processing | See chart, not refundable |
| Subtotal | |
| **Add applicable sales tax- Florida addresses only** | |
| TOTAL | (U.S. Funds Only) |

**ENTER OFFER CODE:**
From the blue box on the back of this catalog

* **Standard**: Orders typically arrive within 4-7 business days.
* **Express**: U.S. only, no P.O. boxes. Add $6.00 to standard rate. Orders arrive in 2 business days.
* **Overnight**: U.S. only, no P.O. boxes. Add $15.00 to standard rate. Orders arrive in 1 business day.
* **Int'l. Rush Shipments** $28.00 total. Arrives to customs within 3-5 business days. Recipients responsible for all import duties/taxes.

## HOW TO MEASURE

Find your bra size in the chart below. The cup size listed at the top of the column is the Venus cup size you should order.

For example: If your bra size is 36B, you should order a Venus cup size C.

### VENUS SWIM CUP SIZE

| | A | B | C | D | DD | DDD |
|---|---|---|---|---|---|---|
| YOUR BRA SIZE | 32B | 32C | 32D | 32DD | 32DDD | |
| | 34A | 34B | 34C | 34D | 34DD | 34DDD |
| | 36AA | 36A | 36B | 36C | 36D | 36DD |
| | | 38A | 38B | 38C | 38D | 38DD |

TORSO loops all the way around

BUST

WAIST

HIP

### True-to-Form™ Contemporary Sizing gets you the best fit

| Clothing Size | XS | | S | | M | | L | | XL |
|---|---|---|---|---|---|---|---|---|---|
| Clothing or Swim Size | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 |
| Bust | 33 | 34 | 35 | 36 | 37 | 38½ | 40 | 42 |
| Waist | 25 | 26 | 27 | 28 | 29 | 30½ | 32 | 34 |
| Hip | 36 | 37 | 38 | 39 | 40 | 41½ | 43 | 45 |
| Torso | 58½ | 60 | 61½ | 63 | 64½ | 66 | 67½ | 69 |

## PAYMENT METHOD

☐ Personal Check*    ☐ Money Order    ☐ Venus Gift Card

*Check verification service. Declined checks held 14 business days.

**NO CODS, PLEASE. DO NOT SEND CASH.**

☐ VENUS  ☐ MasterCard  ☐ VISA  ☐ DISCOVER  ☐ AMERICAN EXPRESS

CREDIT CARD NUMBER _____  EXP. DATE _____

GIFT CARD NUMBER _____  PIN _____

SIGNATURE OF CARDHOLDER _____ PHONE (REQUIRED) (_____)

# FREE SHIPPING ON ORDERS OVER $100

Enjoy FREE GROUND SHIPPING with any order of $100 or more. To take advantage of this offer, simply enter the offer code found in the blue box on the back cover when/where prompted. Free shipping offer only available in the U.S. and Canada. Canadian recipients must pay all duties and taxes. If you return items that reduce the sale total to below $100, you will be charged for ground shipping. FREE SHIPPING offer expires 11/23/15. Need it faster? 2nd day air delivery to the contiguous U.S. is available for an additional $6.00.

**OR IF USING A SMART PHONE SCAN QR CODE FOR MORE DETAILS**



**SHIPPING AND PROCESSING** Shipping and Processing charges are intended to cover costs associated with processing orders, handling, packaging and shipping products. In some cases amounts collected may exceed expenses.

**MIX & MATCH SWIMWEAR & SUPERIOR SELECTION** Venus originated the concept of "Mix and Match" in 1982. By choosing the size, style, and color you want, you literally create your own perfect bikini.

**UNCONDITIONAL GUARANTEE** Should any item fail to meet your expectations, simply return it within 90 days in a new and unused condition and we will gladly exchange it or refund your merchandise price.

**CATALOG/COLOR REPRODUCTION** We go to great lengths to ensure that our catalog pictures accurately represent the garments and fabric colors that we sell. Unfortunately, printing processes are not perfect and it is impossible to accurately reproduce some colors. Especially with vivid swimwear colors, the swimwear will be brighter and more vibrant than shown on these pages. Venus also makes every effort to ensure that all information in the catalog is correct at the time of printing. Occasionally, a typographical error may occur. All prices are subject to change without notice.

**CUSTOMER CARE** Our trained account specialists will answer any questions you might have regarding our styles, fit or service. Call 1-800-366-7946 and let us help you!

**SALES TAX INFORMATION** Companies selling over the Internet are subject to the same sales tax collection requirements as any other retailers. Remote sellers (including Internet retailers and catalog companies) are generally required to collect taxes where they have a physical selling presence. Venus Fashion, Inc. collects sales tax for any shipment to an address in the state of Florida. For shipment to all other states, you may be obligated to remit sales tax directly to the state. Please check with your State Department of Revenue.

**MAILING LIST PREFERENCE** If you do not wish to receive our catalog we are happy to comply with your request. Simply send the mailing label from your catalog to:

Venus Circulation
11711 Marco Beach Drive, Jacksonville, FL 32224
or contact us via email at remove@VENUS.com
or call us toll free at 1-800-366-7946.



**BLACK MULTI**

A

B

$**34**
TOP

**A. Crochet neck top**
Crochet back and front detailing offers the look you've been wanting. Button at top neck. Rayon/elastane with cotton trim. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
**Y54556  $34**

**B. Crochet bell sleeve top**
Striking crochet around the neck gives them something to talk about. Rayon/spandex. Hand wash. Made in USA. Colors: BKMU (black multi), RDMU (red multi). Sizes: XS-XL.
**Y54536  $34**



# EARN $5 IN REWARDS FOR EVERY $100 SPENT WITH VENUS

## VENUS®

†Subject to credit approval. Not valid on prior purchases & payments of the card. The VENUS Rewards Program is provided by VENUS. VENUS may change the terms of the program at any time. Comenity Bank issues the Venus credit card accounts.

**SS186**

*Apply online at venus.com/card*



*Venus Swim*
# AVAILABLE YEAR ROUND

V1602
V2882

V1413
V2393

V1635
V2634

1.800.366.7946  |  VENUS.com  |  *venus.com*            54



# VENUS favorites

BBFS red
BK black
VRGR teal

TOP



A
B

C

$32 TOP

DARK RED



Sale $39



D



E



F

Sale $34

**A. Surplice top**
You'll be simply irresistible in this sultry surplice top. Side ruching. ¾ length sleeves. Viscose/elastane. Imported. Colors: BBFS (red), BK (black), VRGR (teal). Sizes: XS-XL.
Z34034 $32

**B. Snap detail skirt**
Sexy is a snap in the sharp details of this skirt. 25" in length. Poly/viscose/elastane with poly lining. Imported. Colors: TBRD (dark red), WW (winter white). Sizes: 2-16.
Z32516 orig. $34 SALE $29

**C. Shirt detail ponte dress**
Sharp elegance with a hint of fun. Cuffed, buttoned sleeves. Exposed back zip. 21" in length from natural waist. Poly/rayon/spandex with cotton/nylon/spandex trim. Imported. Color: BKWH (black & white). Sizes: 2-14.
Z48559 orig. $46 SALE $39

**D. Sequin detail dress**
Let your personality and personal style shine through in this piece. Ballet neck. Pull on style. 18" in length from natural waist Poly with poly lining. Hand wash. Made in USA. Color: GLMU (gold multi). Sizes: XS-XL.
Y48805 orig. $49 SALE $39

**E. Ruffle front blouse**
This season's stripes combined with feminine ruffles create a look straight off the runway. Button front closure. Poly. Imported. Color: BKWH (black & white). Sizes: 2-16.
J4369 orig. $46 SALE $36

**F. Crochet back sweater dress**
Crazy for crochet? Rock the trend this fall with details like these. Ribbed trim. Acrylic. Imported. Color: BK (black).
Z48619 orig. $42 SALE $34

# VENUS favorites



**G**

**RED**



**H**

(HOLD U IN)



**I**

**RED**

SS16P



Sale $34

**J**



**DARK GREEN**

**K**
**L**

Sale $29

BK black

NU nude

SANDAL

**G. Zipper detail sweater**
Keep your silhouette on their mind. Cowl neck with zippers at shoulders. Dolman sleeves. Viscose. Imported. Colors: RD (red), TP (taupe). Sizes: XS-XL.
**J4263  orig. $49  SALE $42**

**H. Hold U In dress**
Bandage style at its best! Scoop neck. Elbow length sleeves. 20" in length from natural waist. Viscose/nylon. Imported. Color: BKRS (black & rose). Sizes: XS-XL.
**Z58511  orig. $79  SALE $59**

**I. Zipper detail sheath dress**
We added edgy to eloquent and polished it off for your brilliantly poised fall look. Front princess seam. Functional gold zippers. Invisible back zip. 21" in length from natural waist. Poly/viscose/elastane with poly lining. Imported. Colors: JERD (red), OFWH (off white). Sizes: 2-14.
**Z38566  orig. $62  SALE $49**

**J. Lace overlay dress**
Look absolutely lovely in lace. Cap sleeves. V-neck. Back zip. 21" in length from natural waist. Poly/elastane with nylon/elastane lace and poly lining. Dry clean only. Imported. Color: IVBK (ivory & black). Sizes: XS-XL.
**Y48766  orig. $44  SALE $34**

**K. Cut out neck dress**
A sleek and alluring silhouette. 24" in length from natural waist. Poly/elastane. Made in USA or imported. Colors: BK (black), EVGL (dark green). Sizes: XS-XL.
**Y48517  orig. $39  SALE $29**

**L. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
**Y42572  $39**