# EXHIBIT A
# (Part 2 of 7)


# VENUS favorites



**Sale $24**



A

B

C

D





E

DARK GREEN

F

**Sale $22**

G

**Sale $24**

**A. V-neck graphic print top**
Prepare to dazzle and delight when you dress this top up or down. Ruching at bust. Viscose/elastane. Imported. Color: BK (black). Sizes: XS-XL.
**J2122  orig. $34  SALE $27**

**B. Embellished cuff top**
Elegance with an edge! Embellished cuffs and chiffon sleeves create a sophisticated kind of sexy. Surplice neckline. Rayon/spandex with poly trim. Hand wash or dry clean. Made in USA or imported. Color: BK (black). Sizes: XS-XL.
**Y34514  orig. $36  SALE $24**

**C. Animal lace detail top**
Let your confidence run wild in this stunning blouse. V-neck. Printed lace inset. Poly/spandex with poly/spandex lace and poly lining. Hand wash. Made in USA. Color: BKMU (black multi). Sizes: XS-XL.
**Y44735  orig. $39  SALE $29**

**D. Cut out embellished top**
Let silver studs and a breathtaking cut out top off your sensational style. ¾ length sleeves. Viscose/spandex. Hand wash. Imported or made in USA. Color: BKMU (black multi). Sizes: XS-XL.
**Y34724  orig. $36  SALE $29**

**E. Beaded sweater dress**
Beaded at the front and luscious all over. Scoop neck. ¾ length sleeves. 24" in length from natural waist. Viscose/nylon with poly lining. Imported. Colors: BADG (dark green), CLPU (purple). Sizes: XS-XL.
**Z48528  orig. $89  SALE $59**

**F. Beaded T-back top**
Sexy will go viral with you in this beaded extravagana. Beaded detail at neckline. Ruched sleeves. Poly/spandex. Hand wash. Made in USA. Color: BK (black). Sizes: XS-XL.
**Z24205  orig. $29  SALE $24**



VENUS favorites

**G. Cut out mesh detail top**
A suggestive cut out and intriguing mesh puts sexy in a class all by itself for this top! Poly/elastane with nylon/elastane mesh. Made in USA or imported. Color: BK (black). Sizes: XS-XL.
Y34730  orig. $29  SALE $22

**H. Side ruffle dress**
There's more than one compelling side to this fashion story. Surplice neckline. Ruched at side ruffle. ¾ length sleeves. 24" in length from natural waist. Poly/elastane. Imported. Colors: BADG (dark green), BK (black), BRNT (burnt orange). Sizes: XS-XL.
Z48578  orig. $39  SALE $34

**I. Hardware detail sandal**
A heart of gold and your sandal soul - an elegant pairing! Gold hardware at back of heel. Buckle closure at ankle strap. 4½" heel. Polyurethane. Imported. Colors: BK (black), NU (nude). Full and half sizes: 5½-9,10.
Y42572  $39

**J. Faux leather sweater dress**
Irresistible for winter, this dress introduces sweater to leather. Cowl neckline. Side zip. 19" in length from natural waist. Rayon/poly with polyurethane/rayon trim. Imported. Colors: BK (black), WIBK (wine & black). Sizes: XS-XL.
Y48707  orig. $42  SALE $32

**K. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 5½-9,10.
Z0286  $42

**L. Lace top jumpsuit**
Prepare for reactions when the charm of lace meets sleek sophistication. Invisible back zip. 33" inseam. Poly/viscose/elastane with cotton/nylon lace and poly lining. Imported. Color: BK (black). Sizes: 2-16.
Z31505  orig. $49  SALE $42

58

# VENUS favorites



BLACK

BK black

NU nude

WH white

CAMI

*Sale* $26

B
BC

D

*Sale* $39

E

BLUE

F

**A. Color block dress**
Fresh, neutral colors will keep you sophisticated and fashionable. 23" in length from natural waist. Acrylic/wool. Imported. Color: BRMU (brown multi). Sizes: XS-XL.
J2707  orig. $64  SALE $49

**B. Sweatshirt denim jacket**
Get cropped for fall in the casually chic look of this distressed denim jacket! Terry sleeves and drawstring hoodie. Button closure. BK: cotton/rayon/poly with cotton/poly sleeves and hood. MWGY: cotton with cotton/poly sleeves and hood. Imported. Colors: BK (black), MWGY (medium wash & grey). Sizes: XS-XL.
Y43505  orig. $49  SALE $39

**C. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54061  $14

**D. Leopard print sweatshirt**
Animal print is the trend that won't be tamed, thankfully! Cold shoulders with slit sleeves. Cotton/poly. Imported. Color: LE (leopard). Sizes: XS-XL.
Y40504  orig. $36  SALE $26

**E. Chevron turtleneck sweater**
A cozy favorite with a fresh chevron pattern. All over pattern. Acrylic. Imported. Color: BKMU (black multi). Sizes: XS-XL.
Z57582  orig. $36  SALE $32

**F. Ruched surplice top**
A contemporary top with figure-flattering ruching. Viscose/spandex. Hand wash or dry clean. Imported. Colors: BL (blue), DKTP (dark taupe). Sizes: XS-XL.
Y34704  orig. $34  SALE $27



**G.** Tie front knit cardigan
These sexy lines accentuate your best attributes. Self tie closure at front. Poly/rayon/spandex. Imported. Colors: BR (brown), CTGP (wine), NV (navy), OLNT (olive). Sizes: XS-XL.
**Y34742  orig. $29 SALE $24**

**H.** Cable knit sweater
Soft and feminine, this sweater is made for fun days and cuddly nights. Turtleneck. Acrylic. Imported. Colors: OFWH (off white), PU (purple). Sizes: XS-L.
**J4210  orig. $34 SALE $29**

**I.** Belted sweater
A must-have addition to your fall wardrobe. Belted sweater features detailed neckline. Acrylic/poly. Imported. Colors: BK (black), BR (brown), PU (purple). Sizes: XS-XL.
**Z1770  orig. $39 SALE $32**

**J.** Ombre sweater
You'll make your own sexy statement in an ombré sweater! Acrylic/polyamide. Imported. Colors: BKGY (black & grey), RDBE (red & beige). Sizes: XS-XL.
**J3726  orig. $49 SALE $42**

**K.** Cowl neck tunic
You can't top this striped look! Cowl neckline and sharkbite hem. Poly/viscose/elastane. Imported. Colors: BKRD (black & red), BKTA (black & tan). Sizes: XS-XL.
**J3765  orig. $32 SALE $27**

**L.** Snap closure cardigan
Sexy sweater wear has never been easier! Snap closure at shoulder. Ribbed trim. Acrylic. Imported. Color: OA (oatmeal). Sizes: XS-XL.
**Z37570  orig. $42 SALE $29**

VENUS favorites

Sale $26

**A. Sequin fringe sweater**
From the runways to the road, stay on trend with a mix of sparkling sequins and western fringe. Acrylic. Imported. Color: RSDU (dusty rose). Sizes: XS-XL.
Z47577  orig. $44  SALE $34

**B. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
Z21105  $29

**C. Wedge buckle boot**
Pretty persuasions with a side of edge! Side zip entry. 3¼" heel. Synthetic/suede. Imported. Colors: BK (black), MC (mocha tan). Full sizes: 6-10.
Y42592  $69

**D. Hooded tunic**
Introducing the tunic to the hoodie resulted in this chic and comfortable look. Kangaroo pocket. Contrasting trim. Front partial zip. Poly/cotton. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
Y30714  orig. $32  SALE $26

**E. Basic legging**
Our stretch cotton legging promises to fit and flatter. Elastic waistband for a perfect fit. 28" inseam. Cotton/elastane. Made in USA or imported. Colors: BK (black), BR (brown). Sizes: XS-XL.
Z0163  $16

**F. Long and lean tee**
This top is a beautiful basic for your wardrobe. Tunic length with ribbed V-neck and elbow length sleeves. Cotton/spandex. Hand wash. Made in USA or imported. Colors: AGRN (army green), BK (black), CLCO (coral), DPMH (brown), LTHG (light heather grey), SRWB (blue), WH (white), WI (wine). Sizes: XS-XL.
Z9008  $19

**G. Leopard patchwork denim**
When it comes to denim, the hems have it! Skinny pant with leopard patchwork for a unique jean. 31" inseam. Cotton/spandex. Imported. Color: MW (medium wash). Sizes: 2-16.
Y41507  orig. $36  SALE $29

**H. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
Z12983  $39

**I. Essential turtleneck**
A sensuous essential to collect in every color. Acrylic/polyamide. Imported. Colors: BK (black), BL (blue), FS (fuchsia), IV (ivory), RD (red). Sizes: XS-XL.
Z0729  $29



**J. Buckle front skirt**
Create a ripple effect with pleats this season.
26" in length. Poly/rayon/elastane. Imported.
Color: CH (brown). Sizes: 2-16.
**Y42502  orig. $32  SALE $24**

**K. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane.
Imported. Colors: BK (black), BR (brown).
Full and half sizes: 5½-9,10.
**Z0286  $42**

**L. Ribbed sweater**
Get serious about your contrast look with this cute
tunic! Cotton/acrylic. Imported. Color: BKWH (black &
white). Sizes: XS-XL.
**J3834  orig. $39  SALE $32**

**M. Motorcycle sweater**
Stay on trend in sweater style with a ribbed, zip up
moto sweater. Acrylic. Hand wash. Imported. Color:
BK (black). Sizes: S-L.
**Y37763  orig. $49  SALE $39**

**N. Jewel trim top**
Forget to accessorize? Never again in this basic top
with jewel touches. Ruching at side seams. Poly/
spandex. Hand wash. Made in USA. Color: OL (olive).
Sizes: XS-XL.
**Y44734  orig. $34  SALE $29**

**O. Rose print tunic**
Fall for floral this season and bloom like no other.
Self tie at neckline. Elastic at sleeves and waist for
blouson effect. Poly. Imported. Color: WHMU (white
multi). Sizes: 2-16.
**J4640  orig. $39  SALE $29**

**P. Twist front tunic**
Kick this tunic length twist front top into high gear by
pairing it with leggings and heeled boots. ¾ sleeves.
Viscose/elastane. Imported. Colors: BPNV (navy),
CDWH (off white), RSTT (rose). Sizes: XS-XL.
**Z54502  orig. $29  SALE $22**

**Q. Zip up blouse**
Zip to it in this pretty staple! Tabbed sleeves. ¾ length
sleeves. Poly. Imported. Colors: BK (black), DZBL
(blue), RDOD (violet). Sizes: XS-XL.
**Z56018  orig. $34  SALE $26**



GYPU
grey &
purple

NVWH
navy &
white

RDBK
red &
black

A

$32
SLEEP SHIRT

RELAXED
& REFINED
*Just for you*



B

$26
DRESS

C

**A. Sleep shirt**
Look adorable even when you go to bed in
contrasting trim! Self tie at neck. Snap button
closure at bust. Thumbholes at cuffs. Cotton/
poly. Imported. Colors: GYPU (grey & purple),
NVWH (navy & white), RDBK (red & black).
Sizes: XS-XL.
**Z55002  $32**

**B. Space dye active sweatshirt**
Your adventures are now complete with this
space dye active sweatshirt. Front zip. Thumb
holes. Poly/spandex. Imported. Color: COMU
(coral multi). Sizes: XS-XL.
**Y50515  $36**

**C. Hooded sleep dress**
A oh-so dreamy sleep dress! Thumb holes.
Kangaroo pocket. Cotton/poly. Imported.
Color: BKWH (black & white). Sizes: XS-XL.
**Z55710  $26**

**D. Two tone sweater**
Contrasting color around the neck, cuffs and
hem give interest to this once simple sweater.
Viscose/nylon. Imported. Color: TPPK (taupe &
pink). Sizes: XS-XL.
**J57500  $42**

**E. Button detail sweater**
Scoop neck sweater with ribbed trim and
diagonal button panel gets you ready for
the cold. Long sleeves. Cotton/polyamide.
Imported. Colors: BK (black), NV (navy),
WH (white). Sizes: XS-XL.
**J57570  $26**

**F. Henley sweater**
Henley sweater is complete with center front
panel ruching, making this your sweater to
reach for everyday. Rayon/poly. Imported.
Color: DG (dark grey). Sizes: XS-XL.
**Y57556  $29**

**G. Sweetheart neckline sweater**
Be their sweetheart this season with this knitted
sweater. Acrylic/cotton. Imported. Color:
GY (grey). Sizes: XS-XL.
**J54569  $26**



D



BK
black

NV
navy

WH
white

E



F

SS16P



$26
SWEATER

G

64



**HEATHER GREY**



$**36**
SWEATSHIRT





**A. Zipper detail sweatshirt**
Your weekend-ready lounging sweatshirt has grommets at the sleeves and zip detailing at shoulders. Cotton/poly. Imported. Colors: HG (heather grey), OLNT (olive). Sizes: XS-XL.
Y50505 $39

**B. Ombre sweatshirt**
This sweatshirt is a home run for style! Kangaroo pocket. Viscose. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
Y50535 $36

**C. Cowl neck sweatshirt**
This sweatshirt states sporty-chic finished off with thumb holes. Print all around. Poly/cotton with cotton/poly/spandex trim. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
Y50521 $39

**D. Rhinestone back distressed**
This sweatshirt will spark up conversation with interesting back details. Cotton/poly. Imported. Color: BK (black). Sizes: XS-XL.
Z50003 $39

**E. Color block hoodie**
This hoodie will be a game changer! Grey section of sweatshirt is ribbed. Poly/spandex. Imported. Colors: BKGY (black & grey), FSMU (fuchsia multi). Sizes: XS-XL.
Y50532 $36

**F. Cold shoulder sweatshirt**
Riveting sweatshirt featuring pewter studs, functional zip and kangaroo pockets. Solid back. Cotton/poly. Hand wash. Imported. Color: OL (olive). Sizes: XS-XL.
Y50504 orig. $42 SALE $36

**G. Textured zip up jacket**
Add life to your active wear with this jacket! Ruched at zip. Long sleeves with thumb holes. Poly. Imported. Color: BEPU (fuchsia). Sizes: XS-XL.
Y50511 orig. $39 SALE $32

**H. Hooded bubble tunic**
Satisfy your crave for comfort with a bubble tunic complete with kangaroo pockets. Hooded. Poly/rayon/spandex. Hand wash. Made in USA. Colors: CDWH (off white), DKHG (dark heather grey), LBPU (purple). Sizes: XS-XL.
Y50514 $39

**I. Basic legging**
Our stretch cotton legging promises to fit and flatter. Elastic waistband for a perfect fit. 28" inseam. Cotton/elastane. Made in USA or imported. Colors: BK (black), BR (brown). Sizes: XS-XL.
Z0163 $16

**J. Buckle round toe boot**
Buckles and faux fur are a great pair! Crisscross buckle detailing with hardware embellishments. Synthetic. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
Y52588 $59



E

BLACK & GREY

$39 TUNIC

H I J

CDWH off whites

DKHG dark heather grey

LBPU purple

TUNIC

Sale $36

F

Sale $32

G

BK black

BR brown

LEGGING

J





**A. Printed mini dress**
Deep colors with a scoop neck and artful print will make you reach for this dress again and again. ¾ length sleeves. 23" in length from natural waist. Poly/spandex. Hand wash. Made in USA. Color: NVMU (navy multi). Sizes: XS-XL.
**Y58514 $39**

**B. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
**Z12983 $39**

**C. Turtleneck tunic sweater**
Cool weather calls for a casual turtleneck! Ribbed sleeves, neck and hem. Acrylic. Hand wash. Imported. Color: PWPK (peach). Sizes: XS-XL.
**Y57714 $34**

**D. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105 $29**

**E. Embellished western boot**
A feminine feel to the once western cowboy boot. Inside zip closure. 1½" heel. Polyurethane. Imported. Colors: BK (black), TP (taupe). Full and half sizes: 6-9,10.
**Y52579 $99**

**F. Draped sleeve top**
Put a little delicate color into your season with pleated cold shoulders and a surplice neckline. Long sleeves. Viscose/spandex. Hand wash or dry clean. Imported. Colors: BK (black), GLAC (mint), JERD (red), PUHR (light purple). Sizes: XS-XL.
**Y44130** orig. $34 **SALE $29**

**G. Color block turtleneck**
Stand out from the crowd with blocks of color. ¾ sleeves. Rayon/poly. Imported. Color: BKMU (black multi). Sizes: XS-XL.
**Y57547 $34**

**H. Tonal lucite necklace**
Five rich jewel toned lucite pieces linked together creates a luxe effect. Lobster clasp closure. 2½" extender. Colors: BL (blue), PU (purple).
**Y39987 $26**

BKDE black denim
BRDE brown denim
COBA cobalt blue
DSRS dusty rose
DW dark wash
GM gunmetal
IN indigo blue
LW light wash
OLNT olive
RD red
STNE stone
WH white
WTWH winter white
ZIRD wine
DENIM

BK black
TA tan
HEEL

BK black
TP taupe
BOOT



**I. Blouson detail top**
Add a flowy look and sweetheart neckline to your
wardrobe. Rayon/spandex. Made in USA. Color:
FEFS (fuchsia). Sizes: XS-XL.
**Y54562  $32**

**J. Swirl print dress**
Abstract art is a look you have to have! Print
placement may vary. 20" in length from natural waist.
Poly/elastane. Imported. Color: BKGY (black & grey).
Sizes: XS-XL.
**Z58632  orig. $39  SALE $29**
SS16P

**K. Cowl neck cut out top**
Flaunt creative cut outs in this ribbed top. Rayon/poy/
spandex. Made in USA. Colors: PLMR (dark purple),
TP (taupe). Sizes: XS-XL.
**Y54530  orig. $29  SALE $24**

**L. Cut out boatneck top**
Crafted with shoulder cut outs so a minimal statement
is made. Rayon/spandex. Hand wash. Imported.
Colors: CDWH (off white), OL (olive). Sizes: XS-XL.
**Y54527  orig. $29  SALE $24**



A
B
C

STONE

OLIVE

WINTER WHITE

BROWN

# THE 2015 *Denim* COLLECTION

| | | | |
|---|---|---|---|
| AGRN army green | BK black | CLCO coral | DPMH brown |
| LTHG light heather grey | SRWB blue | WH white | WI wine |

TEE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BKDE black denim | BRDE brown denim | COBA cobalt blue | DSRS dusty rose | DW dark wash | GM gunmetal | IN indigo blue | |
| LW light wash | OLNT olive | RD red | STNE stone | WH white | WTWH winter white | ZIRD wine | |

DENIM



**Sale $26**

D

**LIGHT BLUE**

**A. Long and lean tee**
This top is a beautiful basic for your wardrobe. Tunic length with ribbed V-neck and elbow length sleeves. Cotton/spandex. Hand wash. Made in USA or imported. Colors: AGRN (army green), BK (black), CLCO (coral), DPMH (brown), LTHG (light heather grey), SRWB (blue), WH (white), WI (wine). Sizes: XS-XL.
**Z9008  $19**

**B. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105  $29**

**C. Peep toe ankle strap heel**
Fall head over heels with a hot look that's sure to complement any outfit. Side buckle. 5" heel with 1½" platform. Polyurethane. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
**Z12983  $39**

**D. Off center cowl neck top**
You're unique as they come in an off center cowl neck top. Poly/elastane with poly lining. Imported. Colors: BYWI (dark wine), ILBL (light blue). Sizes: XS-XL.
**Y54519  orig. $32  SALE $26**

**E. Grommet sleeve top**
Two grommets hold together these open sleeves adding flair. Poly/spandex. Imported. Color: GR (green). Sizes: XS-XL.
**Y54512  $32**

**F. Draped surplice top**
Delicately drape your way through a sensual season. Poly/viscose. Imported. Colors: DEPU (dark purple), DPMH (brown). Sizes: XS-XL.
**Z34504  $29**

**G. Surplice ruched bodysuit**
Wardrobe basic, but the front ruching and low open back on this bodysuit gives you that sexy edge. Snap closure. Rayon/spandex. Hand wash. Made in USA. Colors: BK (black), WH (white). Sizes: XS-XL.
**Z8640  $29**

**H. Slimming stretch jegging**
Drop a full size! Perfect custom fit with shape recovery technology. Flexible control panel smoothes and slims tummy, thighs and derrière. 29" inseam. Dark wash and blue: cotton/poly/spandex. All others: rayon/nylon/spandex. Imported. Colors: BK (black), DW (dark wash), INBL (blue), OPGY (grey), WH (white). Sizes: XS-XL.
**Y41015  $59**

$32 **TOP**

E

$29 **TOP**

F



**BROWN**



**BK** black
**WH** white
**BODYSUIT**

G
H
C

**HOLD U IN**

**BK** black
**DW** dark wash
**INBL** blue
**OPGY** grey
**WH** white
**JEGGING**

**BK** black
**TA** tan
**HEEL**

1.800.366.7946  |  VENUS.COM

70



A
B
C

BK black
BL blue
FS fuchsia
IV ivory
RD red

TURTLENECK

$29
TURTLENECK

BK black
DG dark grey
TP taupe

LEGGING



D

BK black
BKIR navy
CDWH off white
OLNT olive

BLACK MULTI



E



F

RED MULTI



G

**A. Essential turtleneck**
A sensuous essential to collect in every color. Acrylic/polyamide. Imported. Colors: BK (black), BL (blue), FS (fuchsia), IV (ivory), RD (red). Sizes: XS-XL.
Z0729  **$29**

**B. Fleece lined legging**
Get a leg up on this season's trend with these comfy leggings. Comfortable elastic waistband. 26" inseam. Poly/spandex. Imported. Colors: BK (black), DG (dark grey), TP (taupe). Sizes: XS-XL.
Y41517  **$19**

**C. Wedge buckle boot**
Pretty persuasions with a side of edge! Side zip entry. 3¼" heel. Synthetic/suede. Imported. Colors: BK (black), MC (mocha tan). Full sizes: 6-10.
Y42592  **$69**

**D. Paisley print top**
Slip into a paisley state of mind. Lace up tie at V-neck. Elastic at sleeves for blousing effect. Viscose/elastane. Imported. Colors: BKMU (black multi), BRMU (brown multi). Sizes: XS-XL.
J2124  **$32**

**E. Ribbed V-neck top**
An effortless essential for everyday this season. Viscose/elastane. Imported. Colors: BK (black), BKIR (navy), CDWH (off white), OLNT (olive). Sizes: XS-XL.
Z54513  **$19**



Sale $27

H

**F. Jersey blazer**
A jersey jacket lends a relaxed feel to this blazer. Three front pockets. Cotton/poly. Imported. Color: YL (yellow). Sizes: 2-16.
J53539  $49

**G. Contrast trim plaid top**
Feel feminine in this contrast trim plaid top. Cotton. Imported. Colors: AQMU (aqua multi), RDMU (red multi). Sizes: 2-16.
J56516  $19

**H. V-neck top**
A gathered bust and flutter sleeves with crochet details suggests a vintage appeal. Viscose/polyamide. Imported. Color: TL (teal). Sizes: XS-XL.
J54568  orig. $39  SALE $27

**I. Layered look top**
A detailed look already created for you. Elbow length sleeves. Viscose/elastane with viscose/nylon lace. Imported. Color: BRBK (brown & black). Sizes: XS-XL.
J54571  orig. $34  SALE $27

**J. Sweater combination blouse**
Give the sophisticated day look an update. Long sleeves. Poly/elastane with rayon trim. Imported. Color: NVMU (navy multi). Sizes: XS-XL.
Y57539  $34

**K. Slimming stretch jegging**
Drop a full size! Perfect custom fit with shape recovery technology. Flexible control panel smoothes and slims tummy, thighs and derrière. 29" inseam. Dark wash and blue: cotton/poly/spandex. All others: rayon/nylon/spandex. Imported. Colors: BK (black), DW (dark wash), INBL (blue), OPGY (grey), WH (white). Sizes: XS-XL.
Y41015  $59

**L. Quilted buckle bootie**
Stay bootie-luscious all season long with a classic quilted pattern detail and a nonfunctional gold buckle. Inside zip entry. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 6-9,10.
Y52586  $56



J
K
L

$34
BLOUSE

HOLD U IN

| BK black |
| DW dark wash |
| INBL blue |
| OPGY grey |
| WH white |

JEGGING

I



C

L

THE SHOE BOUTIQUE
*For more styles visit Venus.com*

SS16P        1.800.366.7946  |  VENUS.COM        72



$^{\$}32$ TOP

**BLUE**





*Sale* $^{\$}26$

**A. Front zipper top**
A sweetheart neckline lends a casual feel to this top. Functional zip. ¾ length sleeves. Rayon/spandex. Imported. Colors: BK (black), BL (blue). Sizes: XS–XL.
**Y54566  $32**

**B. Crochet and tassle top**
This flowy cut top has tassels to tie and boho details such as crochet cut outs. Rayon/spandex with cotton trim. Hand wash. Made in USA. Color: NV (navy). Sizes: XS–XL.
**Y54557  $36**

**C. Lace long sleeve top**
This femme yet easy look pulls it off with sheer lace inset and sleeves. Crisscross keyhole back. Viscose/ elastane with polyamide/elastane lace. Imported. Color: PLMR (purple). Sizes: XS–XL.
**Z54703  orig. $36  SALE $26**

**D. Draped front sweater**
A beautiful way to be noticed! Let a dramatic cowl neck send the message for you. ¾ length sleeves. Poly/rayon/elastane. Made in USA or imported. Colors: HG (heather grey), RD (red). Sizes: XS–XL.
**Z27193  orig. $29  SALE $22**

**HEATHER GREY**



*Sale* $^{\$}22$



E



G

$32
TOP



F

BLACK

# YOUR TOP
# PRIORITIES FOR FALL

**E. Hooded top**
V-neck design that falls gracefully. Rayon/
spandex. Hand wash. Made in USA. Color:
BK (black). Sizes: XS-XL.
**Y54535  $39**

**F. Button detail top**
Button up in this long sleeve basic! Rayon/
spandex. Imported. Colors: BK (black), FLCL
(olive). Sizes: XS-XL.
**Y54565  $32**

**G. Crochet front top**
Your top pick with ornate crochet and stud
details. Crochet at front only. Rayon/poly/
cotton/flax. Hand wash. Made in USA. Color:
OL (olive). Sizes: XS-XL.
**Y54521  $39**



A



B

NAVY MULTI

*Sale* $39



C



D

$36 DRESS

**A. Stripe sweater dress**
The timeless sweater dress, freshened up with a sharp contrast, is still your hottest bet for the season. Zip detail at front. Ribbed trim. Faux zip at chest. 18" in length from natural waist. Rayon/poly. Imported. Color: BKWH (black & white). Sizes: XS-XL.
Y48706  $39

**B. Color block dress**
Travel from the conference room to cocktail hour with ease. Uneven hem. V-neck. 20" in length from natural waist. Viscose/poly/elastane. Imported. Colors: BKMU (black multi), NVMU (navy multi). Sizes: XS-XL.
Z48724  orig. $44  SALE $39

**C. Zipper detail sweater dress**
Diagonal zip beneath the V-neck and contrasting cuffs give interest to this dress. 22" in length from natural waist. Cotton/acrylic. Imported. Color: GY (grey). Sizes: XS-XL.
J58533  orig. $39  SALE $26

**D. Polka dot dress**
A fun dress that is a conversation starter! Polka dots are scattered around the neck, bust and sleeves. 19" in length from natural waist. Viscose/polyamide. Imported. Color: GRMU (green multi). Sizes: XS-XL.
J58537  $36

**E. Color block sweater**
Get in with the latest trend, color block! Shawl collar. Decorative, non-functional buttons. Ribbed trim. Acrylic. Imported. Color: BKCR (black & cream). Sizes: XS-XL.
J54528  $32

**F. Open cardigan**
Soft ribbed knit cardigan that was meant to be lived in. Cotton. Imported. Color: TL (teal). Sizes: XS-XL.
J57550  $29

**G. Color block sweater dress**
A classic black and white look you want to commit to! ¾" length sleeves. 18" in length from natural waist. Viscose/poly. Imported. Color: BKWH (black & white). Sizes: XS-XL.
Z58598  $39



$32
SWEATER

E



$29
CARDIGAN

F



G







**A. Rustic sweater cardigan**
So casually chic! Hooded with front pin closure. Front pockets. Cotton. Hand wash or dry clean. Imported. Color: BLMU (blue multi). Sizes: S-L.
**Y37745  orig. $49  SALE $39**

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
**Z54061  $14**

**C. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105  $29**

**D. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 5½-9,10.
**Z0286  $42**

**E. Two way neckline sweater**
Cowl neck or off the shoulders, this sweater adds functionality to your wardrobe. Acrylic/nylon/wool. Hand wash. Imported. Colors: BYWI (dark wine), JVBR (brown). Sizes: XS-XL.
**Y57704  $42**

**F. Wedge buckle boot**
Pretty persuasions with a side of edge! Side zip entry. 3¼" heel. Synthetic/suede. Imported. Colors: BK (black), MC (mocha tan). Full sizes: 6-10.
**Y42592  $69**

**G. Fringe sweater poncho**
You'll have fashionable fun living on the fringe in this chic poncho. Exaggerated V-neck. Long sleeves with tabs. Acrylic/cotton. Hand wash. Imported. Color: GY (grey). Sizes: XS-XL.
**Z27184  orig. $39  SALE $32**



I



J

BROWN MULTI



K
B

BLACK



**Sale $27**

L

**H. Basic legging**
Our stretch cotton legging promises to fit and flatter. Elastic waistband for a perfect fit. 28" inseam. Cotton/elastane. Made in USA or imported. Colors: BK (black), BR (brown). Sizes: XS-XL.
**Z0163  $16**

**I. Heathered belted long coat**
Long coat offers oversized collar that can double as a hood. Self belt. Two front pockets. Zip front closure with snap under collar. Poly with poly lining. Imported. Color: HG (heather grey). Sizes: XS-XL.
**Y53511  $99**

**J. Knit sweater coat**
You'll be warm and fuzzy for winter when you have a tailored coat like this. Self tie faux leather belt. Acrylic/poly with cotton/poly/resin trim and poly lining. Hand wash. Imported. Colors: BRMU (brown multi), NVMU (navy multi). Sizes: XS-XL.
**Y43719  $59**

**K. Extra long cardigan**
Large front pockets and front button closure makes this cardigan ideal for cuddling. Acrylic/cotton. Imported. Colors: BK (black), LG (light grey). Sizes: XS-XL.
**J57571  $46**

**L. Henley sweater**
Cozy in all the right ways, this feminine henley will be your new fave. Deep V-neck. Ribbed trim. Cotton/poly/rayon. Made in USA. Color: CHGY (charcoal grey). Sizes: XS-XL.
**Z27152  orig. $34  SALE $27**

**M. Sweater hoodie with pin**
Eye-catching asymmetrical detailing adds interest to the once basic sweater. Acrylic/nylon/wool. Hand wash or dry clean. Imported. Colors: GY (grey), OFWH (off white). Sizes: S-L.
**Z0760  $49**



OFF WHITE

M



$^{\$}44$
**SWEATER**

A



B

**A. Lace inset sweater**
This sweater defines cold-weather chic. Turtleneck. Bell sleeves. Closure at back. Cotton/nylon with polyamide/elastane lining. Imported. Color: BK (black). Sizes: XS-XL.
Y47742 **$44**

**B. Zip up sweater coat**
Zip to all your errands in this stunning sweater coat! Zip front closure. Two zip front pockets. Two snaps at collar. Acrylic. Imported. Color: DRWD (dark tan). Sizes: XS-XL.
Z53515 **$59**

**C. Button detail wrap sweater**
Wrap yourself in this beautiful sweater and you'll be sure to stay warm all winter long. Acrylic. Imported. Colors: BE (beige), CSRK (dark grey), CTGP (wine). Sizes: XS-XL.
J4542 **$44**

**D. Draped cowl sweater**
A look that will set you apart from the others is easy in this sweater! Cowl neck with an exaggerated surplice hem. Poly/rayon/spandex. Hand wash. Made in USA. Colors: DRKP (dark purple), OLNT (olive). Sizes: XS-XL.
Y37509 **$29**

**E. Pinned fringe cardigan**
Rustic appeal with uptown potential - that's the sweater look you love this season! May be worn open or closed. Pin closure. Ribbed cuffs. Acrylic. Imported. Colors: CHST (brown), SSME (tan). Sizes: XS-XL.
Z47570 **$39**

**F. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
Z21105 **$29**

**G. Buckle knee high boot**
Give yourself a leg up for trend setting in a must-have riding boot. 1½" heel. Inside zip at mid-calf. Polyurethane. Imported. Colors: BK (black), TP (taupe). Full and half sizes: 5½-9,10.
Y32920 **$69**

**H. Basket weave sweater**
Patterns of comfort are naturally sexy for your cool weather style statements. Overlapping front with toggle closure. Acrylic. Imported. Colors: JVBR (brown), OA (oatmeal). Sizes: XS-XL.
Z37563 **$44**

**I. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54061 **$14**



BE
beige

CSRK
dark grey

CTGP
wine

C



OLIVE

D

$^{\$}29$
**SWEATER**







**E F G**

**TAN**

**H I F J**

**BROWN**

**K F L**

**DUSTY ROSE**

$**39**
CARDIGAN

| | |
|---|---|
| BKDE black denim | |
| BRDE brown denim | |
| COBA cobalt blue | |
| DSRS dusty rose | |
| DW dark wash | |
| GM gunmetal | |
| IN indigo blue | |
| LW light wash | |
| OLNT olive | |
| RD red | |
| STNE stone | |
| WH white | |
| WTWH winter white | |
| ZIRD wine | |
| DENIM | |

| |
|---|
| BK black |
| NU nude |
| WH white |
| CAMI |

**J. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane. Imported.
Colors: BK (black), BR (brown). Full and half sizes:
5½–9,10.
**Z0286  $42**

**K. Wrap sweater detail coat**
A timeless topper with sweater details at the collar
and sleeve. Side closure. Poly/spandex with acrylic
sleeves and collar. Hand wash or dry clean. Imported.
Colors: BK (black), RSDU (dusty rose). Sizes: XS-XL.
**Z53524  $62**

**L. Wedge buckle boot**
Pretty persuasions with a side of edge! Side zip entry.
3¼" heel. Synthetic/suede. Imported. Colors: BK
(black), MC (mocha tan). Full sizes: 6-10.
**Y42592  $69**



G          J          L

THE SHOE
BOUTIQUE

*For more styles
visit Venus.com*

1.800.366.7946   |   VENUS.COM

SS166

50



**DARK GREY**

A

$**29**
SWEATER



B



$**32**
SWEATER

BK
black

NU
nude

WH
white

C
D

CAMI

**A. Front keyhole sweater**
Effortless and cool sweater for the season.
Long sleeves. Ribbed trim. Rayon/poly.
Imported. Colors: BBBL (light blue),
DG (dark grey). Sizes: XS-XL.
Y57555  $29

**B. Lace sleeve top**
Lace details start at cuff and end at elbow for
a touch of femininity. Acrylic/cotton. Imported.
Color: CA (camel). Sizes: XS-XL.
J57511  $59

**C. Crochet bottom sweater**
Patterns of crochet grace the hemline of this
sweater. Hooded. Cotton/acrylic/poly. Imported.
Color: OWMU (off white multi). Sizes: XS-XL.
Y57557  $32

**D. Seamless cami**
Perfect for layering, the classic cami is a basic
you have to have! Nylon/spandex. Imported.
Colors: BK (black), NU (nude), WH (white).
Sizes: XS-XL.
Z54061  $14

81



**E. Tie dye back detail top**
Your classic tie dye print now with interesting back details! Button at center back. Cotton/poly. Hand wash. Imported. Color: TPMU (taupe multi). Sizes: XS-XL.
**Y54560  $39**

**F. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105  $29**

**G. Double pocket turtleneck**
Chunky turtleneck with two front pockets gives off a cozy look. Acrylic. Imported. Colors: HG (heather grey), TBBE (camel). Sizes: XS-XL.
**Z57501  orig. $39  SALE $32**

**H. Color block tall flat boot**
Stop sole searching, these boots are made for you! Side ankle zip. Buckle strap with gold detail. 1" heel. Polyurethane. Imported. Colors: BKTA (black & tan), BRBK (brown & black). Full and half sizes: 6-9,10.
**Y52594  $69**

**I. Cable detail sweater tunic**
Formerly a prep exclusive, the cable sweater has a playfully feminine new look. Cold shoulders. High-low hem. Acrylic. Hand wash. Imported. Colors: ANWH (beige), LURK (light grey). Sizes: XS-XL.
**Y47024  orig. $39  SALE $29**

**J. Sweater legging**
Cuff them or wear them down, a ribbed sweater legging is the only way to go on this season. Elastic waist. 31" inseam. Acrylic/poly. Imported. Colors: BK (black), TP (taupe). Sizes: XS-XL.
**Y51519  orig. $26  SALE $22**

**K. Embellished western boot**
A feminine feel to the once western cowboy boot. Inside zip closure. 1½" heel. Polyurethane. Imported. Colors: BK (black), TP (taupe). Full and half sizes: 6-9,10.
**Y52579  $99**



BK black
NU nude
WH white
CAMI

A
B
C
D

E
C
F

$32
SWEATER



$29
DENIM

G
B



Sale
$34

H



**A. Shearling sweater coat**
Unexpected sweater sleeves add comfort to this shearling coat. Open front. Poly. Imported. Color: IV (ivory). Sizes: XS-XL.
**Y53531  $79**

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
**Z54061  $14**

**C. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105  $29**



THE SHOE
BOUTIQUE
*For more styles
visit Venus.com*

D
F
L

8316P                1.800.366.7946  |  VENUS.COM                28





**D. Wedge buckle boot**
Pretty persuasions with a side of edge! Side zip entry. 3¼" heel. Synthetic/suede. Imported. Colors: BK (black), MC (mocha tan). Full sizes: 6-10.
Y42592 **$69**

**E. Open neck sweater**
A snug and soft sweater with a sweetheart neckline. Acrylic/nylon. Imported. Color: BBBL (light blue). Sizes: XS-XL.
Y57545 **$32**

**F. Detail over the knee boot**
Give average the boot in this long and lean look! Gold hardware buckle and detail at back of heel. Side zip entry. 4½" heel with ½" platform. Synthetic suede/polyurethane. Imported. Colors: BK (black), CA (camel). Full and half sizes: 6-9,10.
Y42928 **$89**

**G. Shearling coat**
A natural shade of faux leather compliments this shearling coat. No closure. Not lined. Poly. Imported. Color: BEMU (beige multi). Sizes: XS-XL.
Y53517 **$79**

**H. Open neck cashmere sweater**
Off the shoulder styling shapes up this cashmere sweater. ¾ length sleeves with tacked cuff. Cotton/nylon/viscose/angora/cashmere. Imported. Color: CDWH (off white). Sizes: XS-XL.
Z57573 orig. $46 **SALE $34**

**I. Faux fur ruffle sweater**
A divinely luxe look for a more sophisticated sweater scene. Ribbed cuffs. Acrylic with acrylic faux fur. Dry clean. Imported. Color: CRMU (cream multi). Sizes: XS-XL.
Y37757 **$69**

**J. Front zip cashmere sweater**
A cashmere sweater that invigorates your winter wardrobe. Cotton/nylon/viscose/angora/cashmere. Imported. Color: RSTT (rose). Sizes: XS-XL.
Z57572 **$49**

**K. Sweater coat**
When temperatures start to plummet this coat will keep you warm and stylish. Ribbed sweater body. Faux fur at collar, front and back center. Faux leather detail at cuff and hem. Poly with poly faux fur and acrylic sleeves. Hand wash or dry clean. Imported. Colors: BK (black), GYMU (grey multi), OAMU (oatmeal multi). Sizes: XS-XL.
Z43531 **$89**

**L. Buckle knee high boot**
Give yourself a leg up for trend setting in a must-have riding boot. 1½" heel. Inside zip at mid-calf. Polyurethane. Imported. Colors: BK (black), TP (taupe). Full and half sizes: 5½-9,10.
Y32920 **$69**



BK black
GYMU grey multi
OAMU oatmeal multi
COAT

K C L

BKDE black denim
BRDE brown denim
COBA cobalt blue
DSRS dusty rose
DW dark wash
GM gunmetal
IN indigo blue
LW light wash
OLNT olive
RD red
STNE stone
WH white
WTWH winter white
ZIRD wine
DENIM





**A. Faux fur shearling coat**
Plush faux fur coat is equipped with two front pockets and three hook and eye closures. Poly. Imported. Color: BK (black). Sizes: XS-XL.
Z53528 $89

**B. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
Z21105 $29

**C. Over the knee boot**
Get two looks in one with this smooth suede boot. Can be flipped down for a cuffed, below the knee look or flipped up for an over the knee look. Inside zip for ease of entry. 3¼" heel. Suede/polyurethane. Imported. Colors: BK (black), BR (brown), GY (grey). Full and half sizes: 6-9,10.
Y32880 $79

**D. Long faux fur vest**
Your fall forecast is complete with faux fur! Solid back. Poly/acrylic. Hand wash. Imported. Color: OWMU (off white multi). Sizes: XS-XL.
Z57715 $49

**E. Essential turtleneck**
A sensuous essential to collect in every color. Acrylic/polyamide. Imported. Colors: BK (black), BL (blue), FS (fuchsia), IV (ivory), RD (red). Sizes: XS-XL.
Z0729 $29

**F. Front ruched boot**
The little black boot that takes you through the season in high style. Side zip entry. 4½" heel with 1½" hidden platform. Polyurethane. Imported. Color: BK (black). Full and half sizes: 5½-9,10.
Y42569  orig. $69  SALE $59

**G. Faux fur peplum sweater**
Adding a sassy peplum and posh faux fur to your sweater scene will showcase your sharp style. Front zip. Detachable faux fur collar. Poly/elastane with acrylic faux fur. Sweater: hand wash. Fur: dry clean. Imported. Color: BK (black). Sizes: XS-XL.
Y37770 $52

**H. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 5½-9,10.
Z0286 $42

**I. Button detail sweater**
Let the details bring the attention to you in a sexy tunic length sweater. Silver button detail. Ribbed trim. Cami sold separately. Rayon/nylon. Hand wash. Imported. Colors: CRIM (red), OL (olive). Sizes: XS-XL.
Y37703 $44

**J. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54061 $14

**K. Oversized sweater**
Fireside chats and good times with friends are on the way when you're in this cozy sweater. Kangaroo pocket. Ribbed cuffs. Acrylic. Imported. Color: PRPU (wine). Sizes: S/M-L/XL.
Z37541  orig. $44  SALE $34



FAUX FUR
*Luxe*

**I J**

**RED**

**L M N**

| BK black |
| NU nude |
| WH white |
| CAMI |

Sale
**$34**

**K**

| BK black |
| BR brown |
| LEGGING |

**L. Faux fur shearling coat**
Fall right in line with the faux fur trend this season with this belted, shearling coat. Zip at sleeve openings. Hook and eye closure at waist. Two front pockets. Poly. Hand wash. Imported. Color: RVDG (dark grey). Sizes: XS-XL.
Z53530 $119

**M. Basic legging**
Our stretch cotton legging promises to fit and flatter. Elastic waistband for a perfect fit. 28" inseam. Cotton/ elastane. Made in USA or imported. Colors: BK (black), BR (brown). Sizes: XS-XL.
Z0163 $16

**N. Detail over the knee boot**
Give average the boot in this long and lean look! Gold hardware buckle and detail at back of heel. Side zip entry. 4½" heel with ½" platform. Synthetic suede/ polyurethane. Imported. Colors: BK (black), CA (camel). Full and half sizes: 6-9,10.
Y42928 $89

| BK black |
| CA camel |
| BOOT |











**A. Seamless rib tank**
This seamless ribbed tank completes any look. Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54062 **$14**

**B. Embellished jean**
Live out loud with spunk and sparkle. Frayed boot cut jean with embellishment detail. 33" inseam. Cotton/elastane. Imported. Colors: BK (black), MW (medium wash). Sizes: 2-14.
Z21078 orig. $59 SALE $49

**C. Button pullover sweater**
Comfy is what you get with this pullover sweater! Acrylic. Imported. Color: BU (burgundy). Sizes: XS-XL.
Z57583 **$39**

**D. Multi print top**
Go graphic and make bold moves this season in long sleeves. Ballet neck. Poly/cotton with poly insert. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
J4643 **$39**

**E. Mesh inset studded top**
This sweetheart neckline with a sheer panel insert contrasts with studded shoulders and a studded neck. Elastic at sleeve openings. Viscose/elastane. Imported. Color: BK (black). Sizes: XS-XL.
J54565 **$26**

**F. Contrast seam top**
A top finished with a blue seam at trim and patch pocket at the chest. Long sleeves. WHBL: cotton. GYBL: cotton/viscose. Imported. Colors: GYBL (grey & blue), WHBL (white & blue). Sizes: XS-XL.
J54555 **$12**

**G. Camouflage cardigan**
Your fashion sense won't be hidden with an all over camo print! Open front. Poly/rayon. Hand wash. Imported. Color: GRMU (green multi). Sizes: XS-XL.
Y50534 **$42**





**G H I J** $42 CARDIGAN

$42 SWEATER **K L M**

**H. Long and lean tee**
This top is a beautiful basic for your wardrobe. Tunic length with ribbed V-neck and elbow length sleeves. Cotton/spandex. Hand wash. Made in USA or imported. Colors: AGRN (army green), BK (black), CLCO (coral), DPMH (brown), LTHG (light heather grey), SRWB (blue), WH (white), WI (wine).
Sizes: XS-XL.
**Z9008  $19**

**I. Fleece lined legging**
Get a leg up on this season's trend with these comfy leggings. Comfortable elastic waistband. 26" inseam. Poly/spandex. Imported. Colors: BK (black), DG (dark grey), TP (taupe). Sizes: XS-XL.
**Y41517  $19**

**J. Buckle round toe boot**
Buckles and faux fur are a great pair! Crisscross buckle detailing with hardware embellishments. Synthetic. Imported. Colors: BK (black), TA (tan). Full and half sizes: 6-9,10.
**Y52588  $59**

**K. Front zipper detail sweater**
A unique zipper one one side makes for a unique sweater! Cotton/acrylic. Imported. Color: WH (white). Sizes: XS-XL.
**Y57535  $42**

**L. Slimming stretch jegging**
Drop a full size! Perfect custom fit with shape recovery technology. Flexible control panel smoothes and slims tummy, thighs and derrière. 29" inseam. Dark wash and blue: cotton/poly/spandex. All others: rayon/nylon/spandex. Imported. Colors: BK (black), DW (dark wash), INBL (blue), OPGY (grey), WH (white). Sizes: XS-XL.
**Y41015  $59**

**M. Slouchy layered strap boot**
Buckles leave it casual while a heel gives you an edge! Nonfunctional buckle detail. Ruched detail at shaft. Side zip closure. 3½" heel. Polyurthane/synthetic. Imported. Color: BK (black). Full and half sizes: 6-9,10.
**Y52591  $69**



$39
TOP

A
B
C

BK
black

BR
brown

LEGGING

OLIVE

D

LIGHT BLUE

BK
black

BR
brown

GY
grey

BOOT

E

SS16P

**A. Ruffle detail top**
Layers of gorgeousness! There are never too many ruffles when they look like this! Cowl neck. Rayon/elastane with poly trim. Hand wash. Imported. Color: DKHG (dark heather grey). Sizes: XS-XL.
**Y44132 $39**

**B. Basic legging**
Our stretch cotton legging promises to fit and flatter. Elastic waistband for a perfect fit. 28" inseam. Cotton/elastane. Made in USA or imported. Colors: BK (black), BR (brown). Sizes: XS-XL.
**Z0163 $16**

**C. Over the knee boot**
Get two looks in one with this smooth suede boot. Can be flipped down for a cuffed, below the knee look or flipped up for an over the knee look. Inside zip for ease of entry. 3¼" heel. Suede/polyurethane. Imported. Colors: BK (black), BR (brown), GY (grey). Full and half sizes: 6-9,10.
**Y32880 $79**

**D. Cut out sleeve sweater**
Let the chill breeze touch your arms with cute cut outs. Acrylic. Imported. Colors: OLNT (olive), TBRD (dark red). Sizes: XS-XL.
**Z57746 $29**

**E. Layered turtleneck sweater**
Exude winter perfection with both layers attached to this turtleneck sweater. Acrylic. Imported. Colors: CDWH (off white), ILBL (light blue). Sizes: XS-XL.
**Z57520 $44**

**F. Ribbed sweater**
Less can be more with a simple ribbed sweater like this. Rayon/nylon. Hand wash. Imported. Colors: CDWH (off white), CRDR (dark red), HG (heather grey). Sizes: XS-XL.
**Y57710 $39**

**G. Cable knit sweater tunic**
Extra interest will develop from a sweater with a unique neckline and delicately balanced trim. Acrylic/poly. Imported. Colors: BK (black), CDWH (off white), CH (chocolate), GPWI (wine), PCOT (navy), SSGR (dark green). Sizes: XS-XL.
**Y37711 $34**

**H. Cut out sleeve sweater**
Sweater that is topped with cut outs and a scoop neck. Acrylic. Imported. Colors: BPNV (navy), INTA (light brown). Sizes: XS-XL.
**Z57748  orig. $29  SALE $24**

**I. Multicolored hoodie**
A warm blend of color means your cozy sweater look is also sexy! Kangaroo pocket. V-neck. Acrylic. Imported. Color: RDMU (red multi). Sizes: XS-XL.
**Z47502 $44**



$39 SWEATER

CDWH off white
CRDR dark red
HG heather grey

F



$34 TUNIC

BK black
CDWH off white
CH chocolate
GPWI wine
PCOT navy
SSGR dark green

G



LIGHT BROWN

Sale $24

H



I



$29
TOP

A



B

**A. Color block long sleeve top**
A casual color block top with daring cut out. Solid black back. Rayon/spandex. Hand wash. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
**Y54538 $29**

**B. Mineral wash cut out top**
Mineral wash lends a tough edge to this detailed top. Cotton/poly. Hand wash. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
**Y54720 $39**

**C. Scoop neck long tee**
The Venus basic you simply can't do without now comes with long sleeves! Scoop neck. Cotton/elastane. Made in USA or imported. Colors: BK (black), SRWB (blue), WH (white). Sizes: XS-XL.
**Y44745 $19**

**D. Layered tee**
This layered look tee allows you to enjoy all of the style without the bulk. Soft and stylish with ¾ sleeves and scoop neck. Cotton with poly/cotton insert. Imported. Color: BK (black). Sizes: XS-XL.
**Z0776 $32**

**E. Stripe tunic**
Signature stripes to stand out in a crowd. Scoop neck. Solid back. Viscose/elastane. Imported. Color: BGMU (black & grey multi). Sizes: XS-XL.
**J4473 $39**

**F. Double layer tee**
Dressing to the tee is easy when the look of layers is done for you. Front pocket. Long sleeves. Poly/rayon/spandex with rayon trim. Imported. Color: HGMU (heather grey multi). Sizes: XS-XL.
**Y44742 $29**

**G. Ruched top**
Dynamic details will keep you noticed in the stunning design of this top. Deconstructed hems. Viscose/elastane. Imported. Colors: BK (black), BOOR (burnt orange), DLGR (olive), GNSN (light brown). Sizes: XS-XL.
**Z24153 $26**

**H. Zipper detail corduroy**
This cool new take on the classic cord includes edgy zipper details and an up-to-date skinny style. 31" inseam. Cotton/spandex. Imported. Colors: BK (black), OLNT (olive), RMRD (dark red). Sizes: 2-16.
**Y31506 $44**

**I. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 5½-9,10.
**Z0286 $42**



BK black
SRWB blue
WH white

C

$32
TEE



D



E

BK black

BOOR burnt orange

DLGR olive

GNSN light brown

TOP

BK black

OLNT olive

RMRD dark red

CORDUROY

F

OLIVE

G H I

$26

TOP

BK black

BR brown

BOOT



**$46**
CARDIGAN

A
B
C
D

BK black
NU nude
WH white
CAMI

BLACK

E

BK black
BR brown
LEGGING

BROWN

F

**$36**
SWEATER

**A. Printed zip up cardigan**
Zip up in this contrasting,
printed cardigan with a hood
to stay warm. Acrylic/poly.
Imported. Color: BKMU
(black multi). Sizes: XS-XL.
Y57533 $46

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you
have to have! Nylon/spandex. Imported. Colors: BK
(black), NU (nude), WH (white). Sizes: XS-XL.
Z54061 $14

**C. Basic legging**
Our stretch cotton legging promises to fit and flatter.
Elastic waistband for a perfect fit. 28" inseam. Cotton/
elastane. Made in USA or imported. Colors: BK
(black), BR (brown). Sizes: XS-XL.
Z0163 $16

**D. Slouchy layered strap boot**
Buckles leave it casual while a heel gives you an edge!
Nonfunctional buckle detail. Ruched detail at shaft.
Side zip closure. 3½" heel. Polyurthane/synthetic.
Imported. Color: BK (black). Full and half sizes:
5½-9,10.
Y52591 $69

**E. Cabled front buckle sweater**
Cozy cables accented with buckle has a fresh take
on your everyday sweater. Acrylic. Imported. Colors:
BK (black), RD (red). Sizes: XS-XL.
Z57575 $36

**F. Sleeve detail tunic sweater**
Twisted sleeve detailing frames the sweater leaving
a breezy but comfortable feel. Ribbed trim. Acrylic.
Imported. Colors: JVBR (brown), LURK (light grey).
Sizes: XS-XL.
Y57531 $36

**G. Contrast stitch duster**
Adventures await you in this striking sweater. Open
front. Nonfunctional pockets and buttons. Cotton/
acrylic/poly/metallic. Hand wash. Imported. Color:
GYMU (grey multi). Sizes: XS-XL.
Y47757 $56



| | |
|---|---|
| **BKDE** black denim | |
| **BRDE** brown denim | |
| **COBA** cobalt blue | |
| **DSRS** dusty rose | |
| **DW** dark wash | |
| **GM** gunmetal | |
| **IN** indigo blue | |
| **LW** light wash | |
| **OLNT** olive | |
| **RD** red | |
| **STNE** stone | |
| **WH** white | **BK** black |
| **WTWH** winter white | **BR** brown |
| **ZIRD** wine | **GY** grey |
| **DENIM** | **BOOT** |





| |
|---|
| **BK** black |
| **CA** camel |
| **BOOT** |



**H. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105 $29**

**I. Over the knee boot**
Get two looks in one with this smooth suede boot. Can be flipped down for a cuffed, below the knee look or flipped up for an over the knee look. Inside zip for ease of entry. 3¼" heel. Suede/polyurethane. Imported. Colors: BK (black), BR (brown), GY (grey). Full and half sizes: 6-9,10.
**Y32880 $79**

**J. Plaid sweater cardigan**
The versatility of this cardigan makes it a cool weather must-have. Button closure creates a cowl neckline. Acrylic. Hand wash. Imported. Color: GYMU (grey multi). Sizes: XS-XL.
**Y47502 $49**

**K. Batwing front cardigan**
This sleek and structured cardigan makes the transition from day to night that much easier! Ribbed trim. Faux leather zip detailing. Acrylic with poly trim and polyurethane coating. Imported. Color: JERD (red). Sizes: XS-XL.
**Z57722 $42**

**L. Faux leather legging**
Get caught up in this alluring style. Flat front with side zip. 28" inseam. Poly with poly/spandex lining. Imported. Color: BK (black). Sizes: 2-16.
**Z9136 $44**

**M. Detail over the knee boot**
Give average the boot in this long and lean look! Gold hardware buckle and detail at back of heel. Side zip entry. 4½" heel with ½" platform. Synthetic suede/polyurethane. Imported. Colors: BK (black), CA (camel). Full and half sizes: 6-9,10.
**Y42928 $89**

**N. Contrast stitch sweater**
Contrasting in black and white has never looked so good nor felt so great! Acrylic. Made in USA. Color: BKMU (black multi). Sizes: XS-XL.
**Y37516  orig. $34  SALE$27**





$^{\$}39$ DRESS



# INSTANT STYLE WITH A *Sweater Dress*

**A. Turtleneck sweater dress**
Beautiful turtleneck design made just for you. 17" in length from natural waist. Acrylic. Imported. Colors: BK (black), CDWH (off white). Sizes: XS-XL.
**Z58710  $39**

**B. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 5½-9,10.
**Z0286  $42**

**C. Empire sweater dress**
Put some charm into the air with a feminine empire waist. Bow detail at neck. Ribbed bodice and cuffs. 22" in length from natural waist. Acrylic. Imported. Color: GY (grey). Sizes: XS-XL.
**Z38511  $39**







**$36 DRESS**

**$39 DRESS**

**D. Cold shoulder sweater dress**
An understated diagonal pattern and an interesting silhouette is finished off with a revealing keyhole and cold shoulders. 26" in length from natural waist. Poly/rayon/spandex. Hand wash. Imported. Color: GY (grey). Sizes: XS-XL.
**Y58550 $39**

**E. Front ruched boot**
The little black boot that takes you through the season in high style. Side zip entry. 4½" heel with 1½" hidden platform. Polyurethane. Imported. Color: BK (black). Full and half sizes: 5½-9,10.
**Y42569 orig. $69 SALE $59**

**F. Studded sweater dress**
Gold studs and zipper details give edge a whole new meaning. Ribbed trim. 20" in length from natural waist. Rayon/spandex. Imported. Color: BK (black). Sizes: XS-XL.
**Y58563 $36**

**G. Button front sweater dress**
This sweater dress has it all: cowl neck, buttons, and ribbed trim! 18" in length from natural waist. Acrylic. Imported. Color: BKGY (black & grey). Sizes: XS-XL.
**Z58628 $42**

**H. Slouchy layered strap boot**
Buckles leave it casual while a heel gives you an edge! Nonfunctional buckle detail. Ruched detail at shaft. Side zip closure. 3½" heel. Polyurethane/synthetic. Imported. Color: BK (black). Full and half sizes: 5½-9,10.
**Y52591 $69**

**I. Stripe V-neck sweater dress**
Simple stripes at the neck create a beautiful piece you'll have forever. 21" in length from natural waist. Viscose/elastane/nylon. Imported. Color: BKMU (black multi). Sizes: XS-XL.
**Y58548 $39**



A
B
C
D

| | |
|---|---|
| **BK** black | |
| **NU** nude | |
| **WH** white | |
| **CAMI** | |
| **BKDE** black denim | |
| **BRDE** brown denim | |
| **COBA** cobalt blue | |
| **DSRS** dusty rose | |
| **DW** dark wash | |
| **GM** gunmetal | |
| **IN** indigo blue | |
| **LW** light wash | |
| **OLNT** olive | |
| **RD** red | |
| **STNE** stone | |
| **WH** white | |
| **WTWH** winter white | |
| **ZIRD** wine | |
| **DENIM** | |



BLACK & RED

E
F
G

**BK** black
**BR** brown
LEGGING



*Sale* **$39**

H



**BK** black
**BL** blue
**FS** fuchsia
**IV** ivory
**RD** red

**$29** TURTLENECK

I

**A. Braid detail sweater**
Don't forget the boho look for fall. Braided trim and fringe at hem. Ribbed sleeves. No closure. Acrylic. Hand wash. Imported. Color: GR (green). Sizes: XS-XL.
Y47508  orig. $49  SALE $42

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54061  $14



THE SHOE BOUTIQUE
*For more styles visit Venus.com*



D

G



$^{\$}39$
CARDIGAN

J
F
G

K



BLACK

**F. Basic legging**
Our stretch cotton legging promises to fit and flatter. Elastic waistband for a perfect fit. 28" inseam. Cotton/elastane. Made in USA or imported. Colors: BK (black), BR (brown). Sizes: XS-XL.
**Z0163  $16**

**G. Over the knee boot**
Get two looks in one with this smooth suede boot. Can be flipped down for a cuffed, below the knee look or flipped up for an over the knee look. Inside zip for ease of entry. 3¼" heel. Suede/polyurethane. Imported. Colors: BK (black), BR (brown), GY (grey). Full and half sizes: 6-9,10.
**Y32880  $79**

**H. Crochet detail top**
Comfort and crochet make a fine pair for this top. Shade may vary. Deconstructed hem. Cotton. Imported. Color: IV (ivory). Sizes: XS-XL.
**J4655  orig. $46  SALE $39**

**I. Essential turtleneck**
A sensuous essential to collect in every color. Acrylic/polyamide. Imported. Colors: BK (black), BL (blue), FS (fuchsia), IV (ivory), RD (red). Sizes: XS-XL.
**Z0729  $29**

**J. Zip front cardigan**
Conquer the cold in this cuddly zip front cardigan with two front pockets and a hood. Acrylic. Imported. Colors: BK (black), OFWH (off white). Sizes: XS-XL.
**Z0739  $39**

**K. Hooded wrap coat**
Wrap yourself in contemporary warmth. Self tie at waist with two pockets. Poly/wool with poly lining. Dry clean only. Imported. Color: BR (brown). Sizes: 2-16.
**J3822  $119**

**C. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105  $29**

**D. Buckle riding boot**
This must-have riding boot will keep you in uptown form. Single pull loops. Detailed with buckled straps. Side zip entry. 1½" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 6-9,10.
**Y42542  $59**

**E. Contrast design sweater**
This V-neck sweater statement is the way to wear the contrast trend! Side slits. Ribbed trim. Cotton/acrylic. Hand wash. Imported. Colors: BKRD (black & red), BKWH (black & white). Sizes: XS-XL.
**Y37766  $49**





A
B



TAUPE

C
D
E

HOLD
U
IN

BK black
DW dark wash
INBL blue
OPGY grey
WH white

BK black
BR brown

LEGGING
JEGGING

BK black
BR brown

BOOT



BK black
NU nude
WH white

CAMI

F
G
H
I

$89 COAT

BK black
BR brown

BOOTIE

**A. Double breasted coat**
Simply stunning is the only way to describe our double breasted coat with flyaway hem. Poly/wool with poly lining. Imported. Color: HG (heather grey). Sizes: XS-L.
**Z1335 $79**

**B. Basic legging**
Our stretch cotton legging promises to fit and flatter. Elastic waistband for a perfect fit. 28" inseam. Cotton/elastane. Made in USA or imported. Colors: BK (black), BR (brown). Sizes: XS-XL.
**Z0163 $16**

**C. Drape front jacket**
Oversized collar offers a statement-making shape. Two front pockets. Button front closure. Asymmetrical hem. Poly. Imported. Colors: LURK (light grey), MUGY (taupe). Sizes: 2-16.
**Z53517 $59**

**D. Slimming stretch jegging**
Drop a full size! Perfect custom fit with shape recovery technology. Flexible control panel smoothes and slims tummy, thighs and derrière. 29" inseam. Dark wash and blue: cotton/poly/spandex. All others: rayon/nylon/spandex. Imported. Colors: BK (black), DW (dark wash), INBL (blue), OPGY (grey), WH (white). Sizes: XS-XL.
**Y41015 $59**

**E. Tie back boot**
Slip into uniqueness. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 5½-9,10.
**Z0286 $42**

**F. Faux leather wrap coat**
They'll be saying I'll have what she is wearing this season! Two front pockets. Faux leather at collar and trim. Faux leather self belt closure. Lined. Poly. Imported. Color: BK (black). Sizes: 2-16.
**Z53536 $89**

**G. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
**Z54061 $14**

**H. Faux leather legging**
Get caught up in this alluring style. Flat front with side zip. 28" inseam. Poly with poly/spandex lining. Imported. Color: BK (black). Sizes: 2-16.
**Y9136 $44**

**I. Quilted buckle bootie**
Stay bootie-luscious all season long with a classic quilted pattern detail and a nonfunctional gold buckle. Inside zip entry. 5" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 6-9,10.
**Y52586 $56**





$^{$}89
COAT

BK
black

BU
burgundy

STCC
tan

COAT

A fresh
coat of *Style*

$^{$}89
COAT



**J. Wrap belted coat**
Crafted with faux leather trim this is a coat you can live in! Faux leather trim. Two faux leather front pockets. Faux leather self tie belt. Faux leather buckles at sleeves. Poly/wool/nylon with poly lining, viscose trim, and polyurethane coating. Dry clean. Imported. Color: BKWH (black & white). Sizes: 2-16.
**Z53711  $79**

**K. Faux leather flare coat**
Faux leather and a lightweight coat dress makes this season perfect. Poly/spandex with poly/polyurethane faux leather and poly lining. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
**Y43717  $89**

**L. Peplum coat**
Add fit and flare to your fresh coat of peplum. Double-breasted button closure. Poly/rayon with poly lining and polyurethane coating. Dry clean only. Imported. Colors: BK (black), BU (burgundy), STCC (tan). Sizes: S-XL.
**Y33505  $89**



BK
black

NU
nude

WH
white

CAMI

BKDE
black denim

BRDE
brown denim

COBA
cobalt blue

DSRS
dusty rose

DW
dark wash

GM
gunmetal

IN
indigo blue

LW
light wash

OLNT
olive

RD
red

STNE
stone

WH
white

WTWH
winter white

ZIRD
wine

DENIM

A
B
C



$49
SWEATER

D

BLACK



E
B

BLACK

**A. Cozy sweater cardigan**
The little black cardigan ideal for any trip you may have this season. Open front. Front pockets. Poly/acrylic/viscose/elastane with poly/elastane trim. Hand wash. Imported. Color: BK (black). Sizes: XS-XL.
**Y47766 $56**

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
**Z54061 $14**

**C. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
**Z21105 $29**

**D. Faux leather sleeve sweater**
Let this imaginative sweater take charge of the more interesting details in life. Cowl neck. Front zip. Cotton/poly/elastane with polyurethane/viscose sleeves. Hand wash or dry clean. Imported. Colors: BK (black), GYMU (grey multi). Sizes: XS-XL.
**Z27081 $49**



**BERRY**

F



BK black
PAPY ivory
PLMR dark purple

G

$36 SWEATER



$49 CARDIGAN

H I J

BK black
BR brown

LEGGING

BK black
BR brown

BOOT

**E. Buckle closure cardigan**
The cardigan that fits your unique style perfectly. Faux leather buckle closure at front. Acrylic/wool. Hand wash or dry clean. Imported. Colors: BK (black), DKTP (dark taupe). Sizes: XS-XL.
Y47027 $54

**F. Pleated sweater**
All dressed up in casual style. Banded cuffs and bottom. Viscose with viscose/polyamide trim. Imported. Colors: BY (berry), MDBR (medium brown). Sizes: XS-XL.
J1574 $36    SS16P

**G. Exaggerated cowl sweater**
A draping cowl neck will add a new detail to a classic sweater. Acrylic. Imported. Colors: BK (black), PAPY (ivory), PLMR (dark purple). Sizes: XS-XL.
Z27056 $36

**H. Faux leather trim cardigan**
Accents of brown faux leather at the zipper give you an added edge to your winter wardrobe. Long sleeves. Faux leather trim is brown. Acrylic with poly trim and polyurethane coating. Imported. Color: OPGY (grey). Sizes: XS-XL.
Z57140 $49

**I. Basic legging**
Our stretch cotton legging promises to fit and flatter. Elastic waistband for a perfect fit. 28" inseam. Cotton/ elastane. Made in USA or imported. Colors: BK (black), BR (brown). Sizes: XS-XL.
Z0163 $16

**J. Buckle riding boot**
This must-have riding boot will keep you in uptown form. Single pull loops. Detailed with buckled straps. Side zip entry. 1½" heel. Polyurethane. Imported. Colors: BK (black), BR (brown). Full and half sizes: 6-9,10.
Y42542 $59