# EXHIBIT A
# (Part 3 of 7)

# VENUS®

11711 Marco Beach Drive, Jacksonville, FL 32224-7615

PRSRTSTD
U.S. POSTAGE
PAID
VENUS
FASHION, INC.

CUSTOMER #          OFFER CODE:



BK black
NU nude
WH white
CAMI

A B C D

## COOL-WEATHER *Chic*

**FREE SHIPPING** on orders over $100
See page 50 for details

$39 CARDIGAN

**A. Buckle front cardigan**
Buckle up in this cute and comfy classic sweater. Acrylic. Imported. Color: TCOW (off white). Sizes: XS-XL.
Z57725 $39

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54061 $14

**C. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
Z21105 $29

**D. Embellished western boot**
A feminine feel to the once western cowboy boot. Inside zip closure. 1½" heel. Polyurethane. Imported. Colors: BK (black), TP (taupe). Full and half sizes: 6-9,10.
Y52579 $99

BKDE black denim
BRDE brown denim
COBA cobalt blue
DSRS dusty rose
DW dark wash
GM gunmetal
IN indigo blue
LW light wash
OLNT olive
RD red
STNE stone
WH white
WTWH winter white
ZIRD wine
DENIM

See this item on p. 70

BK black
TP taupe
BOOT

SS16P

1.800.366.7946  |  VENUS.COM

1.800.366.7946
VENUS.com
©2015 Venus Fashion, Inc. All rights reserved. Printed in USA.

103

A1015

# VENUS ®

200-1701 Shepherd St. E., Windsor, Ontario N8Y 4Y5



CANADA POSTES
POST CANADA
Postage paid    Port payé
Addressed    Médiaposte
Admail    avec adresse
1681948

CUSTOMER #

OFFER CODE:



## COOL-WEATHER *Chic*

**$39 CARDIGAN**

**A. Buckle front cardigan**
Buckle up in this cute and comfy classic sweater. Acrylic. Imported. Color: TCOW (off white). Sizes: XS-XL.
Z57725 $39

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54061 $14

**C. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
Z21105 $29

**D. Embellished western boot**
A feminine feel to the once western cowboy boot. Inside zip closure. 1½" heel. Polyurethane. Imported. Colors: BK (black), TP (taupe). Full and half sizes: 6-9,10.
Y52579 $99

**FREE SHIPPING**
on orders over $100
*See page 50 for details*

See this item on p. 70

1.800.366.7946
**VENUS**.com

©2015 Venus Fashion, Inc. All rights reserved. Printed in USA.

SS16P      1.800.366.7946  |  VENUS.COM

104

AI025

# VENUS®

11711 Marco Beach Drive, Jacksonville, FL 32224-7615

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32224
PERMIT NO. 782

CUSTOMER #

OFFER CODE:



## COOL-WEATHER *Chic*

$39 CARDIGAN

**A. Buckle front cardigan**
Buckle up in this cute and comfy classic sweater. Acrylic. Imported. Color: TCOW (off white). Sizes: XS-XL.
Z57725 $39

**B. Seamless cami**
Perfect for layering, the classic cami is a basic you have to have! Nylon/spandex. Imported. Colors: BK (black), NU (nude), WH (white). Sizes: XS-XL.
Z54061 $14

**C. Color skinny denim**
Jeans in many colors for any occasion. Jeweled button closure and rivets. 31" inseam. Cotton/poly/spandex. Imported. Colors: BKDE (black denim), BRDE (brown denim), COBA (cobalt blue), DSRS (dusty rose), DW (dark wash), GM (gunmetal), IN (indigo blue), LW (light wash), OLNT (olive), RD (red), STNE (stone), WH (white), WTWH (winter white), ZIRD (wine). Sizes: 2-16.
Z21105 $29

**D. Embellished western boot**
A feminine feel to the once western cowboy boot. Inside zip closure. 1½" heel. Polyurethane. Imported. Colors: BK (black), TP (taupe). Full and half sizes: 6-9,10.
Y52579 $99

CAMI — BK black / NU nude / WH white

A B C D

BOOT — BK black / TP taupe

DENIM — BKDE black denim / BRDE brown denim / COBA cobalt blue / DSRS dusty rose / DW dark wash / GM gunmetal / IN indigo blue / LW light wash / OLNT olive / RD red / STNE stone / WH white / WTWH winter white / ZIRD wine

## FREE SHIPPING
on orders over $100
*See page 50 for details*

See this item on p. 70

1.800.366.7946
VENUS.com
©2015 Venus Fashion, Inc.
All rights reserved. Printed in USA.

SS16P    1.800.366.7946  |  VENUS.COM

105    AI045

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**TXu 1-987-646**
**Effective Date of Registration:**
April 14, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Venus |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |

## Author

| | |
|---|---|
| • **Author:** | Venus Fashion, Inc. |
| **Author Created:** | photographs, artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Venus Fashion, Inc. |
| | 11711 Marco Beach Drive, Jacksonville, FL, 32224, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Venus Fashion, Inc. |
| **Address:** | 11711 Marco Beach Drive |
| | Jacksonville, FL 32224 United States |

## Certification

| | |
|---|---|
| **Name:** | Emily Hall |
| **Date:** | April 14, 2016 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1





A1162-BK_M330-NA_M331-
NA_LP114-BR.10.tif



A1162-BK.12.tif



A1162-RD_M330-EA_M331-
EA.05.tif



A1162-RD_M330-EA_M331-
EA.14.tif



A1162-RD.31.tif



A1162-TQ.23.tif



A1162-TQ.46.tif



A1162-TQ.53.tif



A1162-WH.07.tif



A1162-WH.10.tif



A1162-YL.45.tif



A1162-YL.48.tif



A216_Z21105_Denim.tif



A316_Y51506.Denim.tif



A316_Z21105_Denim.tif



A416_Y51506.Denim.tif


A416_Y61036_Denim.tif


A416_Z21105_Denim.tif


A416A_Y64017_Y61305.tif


ADI.SWA.1.tif


AG641-WIL_V2o52-S1A.09.tif


AG641-WIL_V2o52-S1A.48.tif


AJ204-AAA.043.tif


AJ204-AAA.071.tif


AJ204-AAA.118.s.tif


AJ204-AAA.148.tif


ARL.SWA.1.tif


ATC.SWA.1.tif


ATR.SWA.1.tif


AUD.SWA.1.tif


AVL.SWA.1.tif


BBO.SWA.1.tif



BCD.SWA.1.tif



BCF.SWA.1.tif



BDB.SWA.1.tif



BDI.SWA.1.tif



BEF.SWA.1.tif



BEH.SWA.1.tif



BKM.SWA.1.tif



BLI.SWA.1.tif



BLZ.SWA.1.tif



BOH.SWA.1.tif



BOL.SWA.1.tif



BOT.SWA.1.tif



BPE.SWA.1.tif



BRL.SWA.1.tif



BSU.SWA.1.tif



BZT.SWA.1.tif



C0005-AAA.037.tif



C0005-AAA.028.tif



C3575-AQ.012.tif



C3575-AQ.039.tif



C3575-BK.046.tif



C3575-BK.064.tif



C3575-NA.061.tif



C3575-NA.073.tif



C3575-WA.42.tif



C3575-WA.45.tif



C3575-WH.019.tif



C3575-WH.050.tif



CCL.SWA.1.tif



CHC.SWA.1.tif



CL001-BK.021.s.tif



CL001-BK.079.s.tif



CL001-HP.047.s.tif

CL001-HP.079.s.tif

CL001-TL.047.s.tif

CL001-TL.079.s.tif

CL001-WA.047.s.tif

CL001-WA.079.s.tif

CL002-BK.031.s.tif

CL002-BK.044.s.tif

CL002-HP.25.tif

CL002-HP.26.tif

CL002-RY.031.s.tif

CL002-RY.044.s.tif

CL002-RY.22.tif

CL002-RY.39.tif

CL002-WA.031.s.tif

CL002-WA.044.s.tif



CL002-WH.031.s.tif

CL002-WH.044.s.tif

COG.SWA_new.tif

COG.SWA.1.tif

CON_SWA.1.tif

CON-1.SWA.1.tif

COO.SWA.1.tif

CS3.SWA.1.tif

CSM.SWA.1.tif

CTA.SWA.1.tif

CVR.SWA.1.tif

CWF.SWA.1.tif

D1300-BK.08.tif

D1300-BK.31.tif

D1525-NA.021.tif

D1525-NA.102.tif



D5001-BLWH.026.tif




D5001-BLWH.040.tif



D5003-WA.036.s.tif



D5003-WA.071.s.tif



D5003-WH.036.s.tif



D5003-WH.071.s.tif



DGB.SWA.1.tif



DIA.SWA.1.tif



DIS.SWA.1.tif



DMB.SWA.1.tif



DYN.SWA.1.tif



DZB.SWA.1.tif



DZP.SWA.1.tif



EET.SWA.1.tif



EGL.SWA.1.tif



ELO.SWA.1.tif





EOT.SWA.1.tif



ERS.SWA.1.tif



F4221-BK.064.tif



F4221-BK.14.tif



I 4221-BK.tif



FRA.SWA.1.tif



FRL.SWA.1.tif



FRS.SWA.1.tif



FRW.SWA.1.tif



G4573-BKK.001.s.tif



G4573-BKK.045.s.tif



G4573-COB.001.s.tif



G4573-COB.045.s.tif



G9007-MM_M341-GL.007.tif



G9007-MM_M341-GL.017.s.tif



G9007-MM.022.tif



G9007-BK.06.tif



G9007-BK.21.tif



G9007-TUX_M341-GL.007.tif



G9007-TUX_M341-GL.007.tif



G9007-TUX.022.tif



G9008-BKPK.138.s.tif



G9008-BKWH.138.s.tif



G9011-BKPK_V1602-WHT_G9011-BKWH.008.s.tif



G9014-GPE_V2552-WA.05.tif



G9014-GPE_V2552-WA.07.tif



G9116-LP_V1042-WHT.057.s.tif



G9116-LP.075.s.tif



G9116-MT_V1042-WHT.057.s.tif



G9116-MT.075.s.tif



G9116-WH_V1042-WHT.057.s.tif



G9116-WH.075.s.tif



GAG.SWA.1.tif



GBA.SWA.1.tif



GFI.SWA.1.tif



GGR.SWA.1.tif



GLA.SWA.1.tif



GLO.SWA.1.tif



GM003-AZMU.24.tif



GM003-AZMU.49.tif



GM003-BLMU.086.tif



GM003-BLMJ.093.tif



GM003-GRMU.321.tif



GM003-GRMU.058.tif



GM005-BK.012.s.tif



GM005-BK.090.s.tif



GM005-RD.012.s.tif



GM005-RD.090.s.tif



GM005-WH.012.s.tif



GM005-WH.090.s.tif



GTS.SWA.1.tif



GTR.SWA.1.tif



GWE.SWA.1.tif



GZI.SWA.1.tif



H0001-BK.35.tif



H0001-BK.53.tif



H0001-BL.46.tif



H0001-BL.52.tif



H0001-VI.10.tif



H0001-VI.36.tif



H0013-BK.31.tif



H0013-BK.64.tif



H0013-ONMU.014.tif



H0013-ONMU.029.tif



H0013-WH.052.tif



H0013-WH.064.tif



H0015-BLMU.013.tif



H0015-BLMU.096.tif



H0015-ORMU.020.tif



H0015-ORMU.065.tif



HS1.SWA.1.tif



HVB.SWA.1.tif



J0028-WH.alt1.b<g2.tif



J0525-BK.tif



J1354-BK.1.tif



J1364-PK.1.Bkg1.tif



J1364-PK.1.tif



J1364-TP.1.tif



J3662-TP.01.tif



J3662-TP.02.tif



J3860-BR.01.tif



J3870-BK.04.tif



J3870-BK.07.tif



J3870-BLMU.01.tif



J3870-BLMU.18.tif



J3870-GYMU.01.tif



J3870-GYMU.03.tif



J3870-WHMU.01b.tif



J3870-WHMU.02b.tif



J3876-BL.01.tif



J3876-BL.06B.tif



J4088-BKMU.28.tif



J4088-BKMU.31.tif



J4088-FSMU.22.tif



J4088-FSMU.36.tif



J4088-TQMU.14.tif



J4088-TQMU.19.tif



J4170-TP.1.tif



J4170-TP.2.tif



J4170-WH_Y51034-BK_Y52954-WH.35.bkg2.tif



J4170-WH.1.tif



J4170-WH.2.tif



J4542-BE.05B.tif



J4655-IV.09b.tif



J52514-BKMU.2.tif



J52514-BKMU.3.tif



J54008-TP_J51033-BKMU.1.tif



J54016-WH_Y41316-NV_Y52939-BK_Y65557-BRMU.30.tif



J54016-WH_Y61005-PU_Y32981-WH.102.tif



J54016-WH_Y61005-PU_Y32981-WH.119.tif



J54016-WH_Y61010-DEBL.06.tif



J54016-WH_Y61010-DEBL.13.tif



J54016-WH_Z61014-MWWH.57.tif



J54016-WH_Z61014-MWWH.69.tif



J54017-BY.2.tif



J54017-CR_Y41316-CHGY_Y62984-PW.30.tif



J54017-CR_Y61012-BLWH_Y62983-CG.17.tif



J54017-CR_Y61012-BLWH_Y62983-CG.48.tif



J54036-BKMU.1-1.tif



J54036-BKMU.1.tif



J54036-BKMU.2.tif



J54190-TP_J51033-BKMU_Y32949-BK.07b.tif



J55415-WHML.1.tif



J55424_OFWH_VL100-NUD_VL200-NUD.87.tif



J55424-OFWH_VL100-NUD_VL200-NUD.104.tif



J55425-WHBK.1.tif



J55440-BK.08b.tif



J55440-BK.1.tif



J55442-WHLE.1.Bkg1.tif



J55442-WH_E.1.tif



J56506-BKRD.3.tif



J56506-BKRD.4.tif



J57573-PU.06b.tif



J57587-GYMU.09b.tif



J58103-nv.01.bkg2.tif



j58103-nv.01.bkg3.tif



J58531-BK.2.tif



J58531-BK.3.tif



J58543-BKMU.2.tif



J58543-BKMU.3.tif



J59512-RYMU.2.tif



J59512-RYMU.3.tif



J59700-GY.2.tif



J59700-GY.3.tif



J59700-GY.4.tif



J59701-BK.04b.tif



J59702-RDMU.2.tif



J59702-RDMU.3.tif



J60000-GYMU.1.tif



J60000-GYMU.2B.tif



J60002-TQ J61018-WI I.1.tif



J60002-TQ.1.tif



J60002-TQ.2B.tif



J61009-BLMU.06b.tif



J61009-BLMU.1.tif



J61010-NVYL.1.tif



J61010-NVYL.2.tif



J61014-BK.1.tif



J61014-KH.1.tif



J61020-BLBL.2B.tif



J61342-BKMU.2B.tif



J61064-YLBK.1.tif



J63023-GY.1.Bkg1.tif



J63023-GY.1.tif



J63023-GY.12b.tif



J63025-CC_Y32902-BK.13b.tif



J63025-CO.1.Bkg1.tif



J63025-CO.1.tif



J64005-AQ.1.tif



J64005-AQ.14b.tif



J64007-LTPU.1.tif



J64012-BK.1.tif



J64012-BK.2.tif



J64015-TL.1.tif



J64015-TL.2.tif



J64017-GYYL.1.tif



J64017-GYYL.2.tif



J64017-GYYL.3.tif



J64017-GYYL.4.tif



J64018-LMGY.01.tif



J64018-LMGY.02.tif



J64019-AQ.1.tif



J64019-AQ.2.tif



J64027-YLGY.2.tif



J64027-YLGY.4.tif



J64032-MV.1.tif



J64032-MV.2.tif



J64032-MV.3B.tif



J64033-BKMJ.08b.tif



J64033-BKMU.1.tif



J64037-MT.1.tif



J64037-MT.2B.tif



J64038-BKMU.1.tif



J64039-NV.1.tif



J64039-NV.2B.tif



J64040-WHPK.1.tif



J64041-M1.1.tif



J64047-BK_Y61003-BK_Z12983-BK.27.tif



J64047-BK_Y61003-BK_Z12983-BK.74.tif



J64047-BK_Y61003-WH_Z12983-BK.37.tif



J64047-BK_Y61003-WH_Z12983-BK.71.tif



J64047-LE.2B.tif



J64093-RDWH.1.tif



J64098-NVMU.1.Bkg1.tif



J64098-NVMU.1.tif



J64098-NVMU.2B-1.tif



J64098-NVMU.2B.tif



J64114-NV.1.bkg1.tif



J64114-NV.1.tif



J64114-NV.2.tif



J64119-TP.1.tif



J64123-PK.2.tif



J64123-PK.21b.tif



J64124-TQ.1.tif



J64124-TQ.22b.tif



J64125-BK.1.tif



J64125-PK.1.tif



J64126-BK.1.tif



J64126-TP.1.tif



J64127-CO.1.tif



J64127-CO.2.tif



J64127-LB.1.tif



J64127-LB.2.tif



J64127-WH.1.tif



J64127-WH.2.tif



J62128-COMU.11.tif



J64128-COMU.26.tif



J62128-COMU.21.tif



J64133-WHBK.1.tif



J64135-GYWH.1.tif



J64135-GYWH.2.tif



J64137-WH.1.tif



J64137-WH.2.tif



J64140-PU.1.tif



J64140-WH.1.tif



J64142-BK.3.tif



J64142-BK.4.tif



J64144-LB.1.tif



J64144-LB.2.tif



J65004-WH_J65005-WH.1.tif



J65004-WH_J55005-WH.2.tif



J65010-GR_J65011-GR.1.tif



J65014-RS_J65015-RS.1.tif



J65025-LP.1.tif



J65032-MVGY.1.tif



J65032-WHBK.1.tif



J65033-BKMU.1.tif



J66001-OR_161020-BLBL.1.tif



J66001-OR.2B.tif



J66007-IN.1.bkg1.tif



J66007-IN.1.tif



J66007-IN.2B.tif



J66013-IV_J61042-BKMU.1.tif



J66013-IV.2B.tif



J66014-BLWH_J61050-DE.1.tif



J66015-WH_J61048-DE.1.tif



J66015-WH.2B.tif



J67508-BK.1.tif



J68009-PKMU.1.bkg1.tif



J68009-PKM.I.1.tif



J68009-PKMU.2.tif



J68016-WHBL.1.Dkg2.tif



J68016-WHBL.1.tif



J68016-WHBL.2.tif



J68025-BKMU_Z12983-BK.10b.tif



J68025-BKMU.1.tif



J68028-WHRD.1.Bkg1.tif



J68028-WHRD.1.tif



J68028-WHRD.2.tif



J68029-GRWH.1.bkg1.tif



J68029-GRWH.1.tif



J68029-GRWH.2.tif



J68033-AQMU.1.tif



J68033-AQMU.2.tif



J68034-PKMU.1.tif



J68040-PK.1.tif



J68040-PK.2.tif



J68041-MU.1.tif



J68041-MU.2B.tif



J68048-SGRN.1.tif



J68048-SGRN.2.tif



J68062-CO.1.bkg1.tif



J68062-CO.1.tif



J68062-CO.2.tif



J68062-IV.1.bkg1.tif



J68062-IV.1.tif



J68062-IV.2.tif



J68086-BLMU_Z12983-BK.05b.tif



J68086-B_MU.1.bkg2.tif



J68036-BIMU.1.tif



J68092-WHMI..1.tif



J68093-IVBK.1.tif



J68093-IVBK.2.tif



J69010-TQMU.02b.tif



J69010-TQMU.1.tif



J69013-TQ.1.tif



J69015-PUMJ.03b.tif



J69015-PUMU.1.tif



J69016-BK.1.tif



J69016-BL.1.tif



J69017-RDWH.1.bkg1.tif



J69017-RDWH.1.tif



J69021-BK.1.tif



J69022-BYMU_Y32949-BK.08b.tif



J69022-BYMU.1.tif



J69024-BK.1.tif



J69024-BK.2B.tif



J69025-BK.2B.tif



J69025-CR.1.tif



J69035-BLWH.1.tif



J69035-BLWH.2.tif



J69040-BLUS_Z65991-LTBR.1.bkg1.tif



J69040-BLUS_Z65991-LTBR.1.tif



J69040-BLUS_Z65991-LTBR.2B.tif



J69040-BLUS.1.tif



J69045-NV.1.bkg1.tif



J69045-NV.1.bkg2.tif



J69045-NV.1.tif



J69045-NV.2.tif



J69052-WHMJ.1.tif



J69052-WHML.2.tif



J69052-WHMJ.3.tif



J69052-WHML.4.tif



J69054-BLWH.1.tif



J69058-RD.1.tif



J69058-RD.2.tif



J8687-OFWH.U1.tif



J8687-OFWH.12b.tif



JDG.SWA_new.tif



JDG.SWA.1.tif



JGT.SWA.1.tif



JUN.SWA.1.tif



K1043-MTJ_K1064-MTJ_M321-BL.34.tif



K1043-MTJ_K1064-MTJ.01.tif



K1043-MTJ_K1064-MTJ.1.tif



K1062-NWT_K2106-NWT.009.tif



K1062-NWT_K2106-NWT.01.tif



K1068-ADT_K1069-ADT.13.tif



K1068-ADT_K1069-ADT.35.tif



K1068-BLD_K1069-BLD.01.tif



K1068-BLD_K1069-BLD.065.tif



K1068-BLD_K1069-BLD.084.tif



K1068-CHT_K1069-CHT.006.tif



K1068-CHT_K1069-CHT.01.tif



K1068-CHT_K1069-CHT.044.tif



K1068-RHD_K1069-RHD.40.tif



K1068-RHD_K1069-RHD.62.tif



K1080-BWH.01.tif



K1080-BWH.02.tif



K1080-NWS.034.tif



K1080-RWS.027.tif



K1080-RWS.048.tif



K1080-RWS.059.tif



K1086-ADT_K1069-ADT.025.tif



K1086-ADT_K1069-ADT.034.tif



K1086-BLD_K1069-BLD.009.tif



K1086-BLD_K1069-BLD.026.tif



K1086-CHT_K1069-CHT.081.tif



K1086-CHT_K1069-CHT.100.tif



K1086-CHT_K1069-CHT.325.tif



K1086-RHD_K1069-RHD.032.tif



K1086-RHD_K1069-RHD.042.tif



K1088-BPA.1.tif



K1088-BPA.23.tif



K1088-SDT.01.tif



K1088-SDT.02.tif



K1091-SBK_K1094-SBK.1.s.tif



K1091-SBK_K1094-SBK.1.tif


K1091-TGN_K1094-TGN.1.s.tif


K1091-TGN_K1094-TGN.1.tif


K1091-TGN_K1094-TGN.21.tif


K11226-BLW.07.tif


K11226-BLW.1.tif


K1134-BCM.1.tif


K1134-BCM.2.tif


K1148-BWS_K1149-BWS.01.tif


K1148-BWS_K1149-BWS.02.tif


K1148-NWT_K1149-NWT.007.tif


K1148-NWT_K1149-NWT.01.tif


K1153-BWS_V2575-BKK.01.tif


K1153-BWS_V2575-BKK.02.tif


K1153-MPA_V2575-BKK.01.tif


K1153-MPA_V2575-BKK.010.tif


k1136-BLB_Y65934-GBIV.02.tif



K1156-BLB_Z65997-
BKTP_Y65929-BK_Y65934-
GDIV.01.tif



K1196-SEM_K2066-SEM.01.tif



K1196-SEM_K2066-SEM.023.tif



K1196-SEM_K2066-SEM.079.tif



K1216-EUR_K2036-EUR.01.tif



K1216-EUR_K2036-EUR.057.tif



K1216-EUR_K2036-EUR.072.tif



K1216-EUR_K2036-EUR.074.tif



K1226-EUR_K2026-EUR.01.tif



K1226-EUR_K2026-EUR.018.tif



K1226-EUR_K2026-EUR.096.tif



K1226-EUR_K2026-EUR.105.tif



K1236-BWG_K2056-BWG.01.tif



K1236-BWG_K2056-
BWG.024.tif



K1236-BWG_K2056-
BWG.085.tif



K1236-BWG_Y2554-
BKK.042.tif



K1236-BWG_V2554-BKK.078.tif



K1285-PAH_V2414-BKK.008.tif



K1286-PAH_V2414-BKK.053.tif



K1286-PCC_V2393-BKK.01.tif



K1286-PCC_V2393-BKK.029.tif



K1376-DFL.005.tif



K1376-DFL.01.tif



K1375-MCD.004.tif



K1376-MCD.01.tif



K1410-DSD_V2575-BKK.018.tif



K14106-DSD_V2575-BKK.006.tif



K14106-DSD_V2575-BKK.01.tif



K1412-DSD.01.tif



K1414-SEM.01.tif



K1414-SEM.011.tif



K1414-SKM.01.tif



K1414-SKM.011.tif



K1425-SNR.01.tif



K1428-BLK_V2575-BKK.009.tif



K1428-BLK.01.tif



K1433-BWH.008.tif



K1433-BWH.01.tif



K1435-BKK.01.tif



K1435-BKK.019.tif



K1435-BKK.02.tif



K1435-BKK.106.tif



K1518-B_D_K1519-BLD.01.tif



K1518-BLD_K1519-BLD.02.tif



K15516-WBK_V2414-BKK.01.tif



K15516-WBK_V2575-BKK.02.tif



K15916-NWT_K1064-NWT.01.tif



K15916-NWT_K1064-NWT.013.tif


K3006-BPO.01.tif


K3006-BPO.02.tif


K31616-BNO.01.tif


K31616-BNO.02.tif


K31816-BWO.01.tif


K31816-BWO.02.tif


K32016-ARI.01.tif


K32016-ARI.019.tif


KIS.SWA.1.tif


L1032-BK.039.s.tif


L1032-BK.051.tif


L1032-CO.015.tif


L1032-CO.023.tif


L1032-LM.018.tif


L1032-LM.042.tif


L1032-NV.039.tif



L1032-NV.051.tif



L1032-RD.013.tif



L1032-RD.039.tif



L1032-TQ.009.tif



L1032-TQ.035.tif



L1036-BK.001.tif



L1036-BK.036.tif



L1035-PU.032.tif



L1036-PJ.054.tif



L1036-TL.025.tif



L1036-TL.038.tif



L1036-WA.025.tif



L1036-WA.037.tif



L1115-OA_LP114-NA.024.tif



L1115-OA_LP114-NA.028.tif



L1146-BK.066.tif



L1146-BK.129.tif



L1146-WH.51.tif



L1176-WH.68.tif



L1186-BK.49.tif



L1186-BK.66.tif



L1275-PKMU.017.tif



L1276-PKMU.032.tif



L1275-PKMU.067.tif



L1276-TQMU.008.tif



L1276-TQMU.046.tif



L1276-TQMU.158.tif



L1276-TQMU.210.tif



L1436-BK.025.tif



L1436-BK.061.tif



L1436-WH.052.tif



L1436-WH.077.tif



L1486-AF_LP114-BR.006.tif



L1486-AF_LP114-BR.024.tif



L1486-BK_LP114-BR.006.s.tif



L1486-BK_LP114-BR.024.s.tif



L1486-SB.065.s.tif



L1486-SB.090.s.tif



L1486-WA.065.tif



L1486-WA.090.tif



L1486-WH_LP114-BR.006.s.tif



L1486-WH_LP114-BR.024.s.tif



L1546-BK.008.tif



L1546-BK.066.tif



L1546-PL.062.tif



L1546-PL.165.tif



L1546-RY.048.tif



L1546-RY.120.tif


L1546-WA.043.tif


L1546-WA.109.tif


L1546-WH.021.tif


L1546-WH.076.tif


L1576-BK.013.s.tif


L1576-BK.033.s.tif


L1575-SN.013.s.tif


L1575-SN.033.s.tif


L1575-TQ.013.tif


L1575-TQ.033.tif


L1576-WH_LP114-BR.046.tif


L1576-WH.005.tif


L1656-BKWH.105.s.tif


L1656-BKWH.117.s.tif


L1656-PKWH.105.s.tif


L1656-PKWH.117.s.tif



L1656-TQWH.105.s.tif



L1656-TQWH.117.s.tif



L1656-WHBK.006.tif



L1656-WHBK.029.tif



L17716-BK.039.s.tif



L17716-BK.047.tif



L17716-BK.063.tif



L17716-BK.105.s.tif



L17716-NA.039.s.tif



L17716-NA.105.s.tif



L17716-TQ.039.s.tif



L17716-TQ.049.tif



L17716-TQ.105.s.tif



L17716-TQ.130.tif



L17716-WH.039.s.tif



L17716-WH.105.s.tif



L19116-CO.015.tif



L19116-CO.046.tif



L19116-MT.032.tif



L19116-MT.055.tif



L19617-BLTQ_YS5550-WH.013.tif



L19617-BLTD.073.tif



L20316-BKPK.01.tif



L20316-BKPK.11.tif



L20316-BKTQ.138.tif



L20316-BKWH.26.tif



L20316-BKWH.28.tif



L204-WH_L205-WH_M338-TQ.14.tif



L204-WH_L205-WH_M338-TQ.17.tif



L204-WH_L205-WH_M338-TQ.24.tif



L20416-BKPK.001.tif



L20416-BKPK.020.tif



L20416-BKTQ.008.tif



L20416-BKTQ.019.tif



L20416-BKWH.23.tif



L20516-BK_AZC.5.tif



L20516-BK_V2414-
BWD.039.s.tif



L20516-BK.050.tif



L20516-IV_CHL.2.tif



L20516-IV_V2414-
DOS.014.s.tif



L20516-IV.029.tif



L208-AF.45.s.tif



L208-AF.50.s.tif



L208-BK.40.s.tif



L208-BK.49.tif



L208-CO.29.tif



L208-CO.30.tif



L208-CO.45.tif


L208-CO.50.tif


L208-FS.22.tif


L208-FS.8.tif


L208-FS.91.tif


L208-PL.39.tif


L208-PL.57.tif


L208-WA.45.s.tif


L208-WH_V982-WH.27.tif


L208-WH.20.tif


L210-BK_L210-WH.4.tif


L210-BK.15.tif


L210-BK.21.tif


L210-NA_M321-BL.17.tif


L210-NA_M321-BL.s.tif


L210-NA.03.tif


L210-TQ_M321-BL.s.bkg1.tif



L210-TQ_M321-BL.s.tif



L210-TQ_M341-GL.16.tif



L210-TQ.14.tif



L210-WH.18.tif



L210-WH.2.tif



L212-WH_L301-WH_M331-EA.016.tif



L212-WH_L301-WH_M331-EA.030.tif



L218-WH.08.tif



L218-WH.17.tif



L220-BK.011.tif



L220-BK.220.s.tif



L220-JD.011.tif



L220-JD.220.s.tif



L220-NA.011.tif



L220-NA.178.tif



L220-NA.220.s.tif



L220-WH.011.tif



L220-WH.220.s.tif



L233-BK.20.tif



L233-BK.28.tif



L235-WW.002.tif



L235-WW.006.tif



L235-AF.002.s.tif



L235-AF.006.s.tif



L235-BK.002.s.tif



L235-BK.006.s.tif



L235-SB.002.s.tif



L235-SB.006.s.tif



L235-WH.002.s.tif



L235-WH.006.s.tif



L243-BK_244-BK.03.tif



L243-BK_L244-BK.08.tif



L243-BK__244-BK.09.tif



L243-BK_L244-BK.25.tif



L243-WH_L244-WH.09.tif



L243-WH_L244-WH.17.tif



L243-WH_L244-WH.25.tif



L243-WH_L244-WH.36.tif



L250-AAA_M322-BZ.15.tif



L250-AAA_M322-BZ.25.tif



L253-AAA.046.tif



L253-AF.052.s.tif



L253-AF.129.s.tif



L253-BK_M330-EA_M331-EA.13.tif



L253-BK.027.tif



L253-BK.046.s.tif



L253-SB.027.s.tif



L253-SB.045.s.tif



L253-SB.39.tif



L253-SB.44.tif



L253-WH_M330-SE_M331-SE.002.tif



L253-WH_M330-SE_M331-SE.053.tif



L253-WH.046.s.tif



L253-WH1.027.s.tif



L255-BK.08.tif



L255-BK.21.tif



L255-TQ.11.tif



L255-TQ.18.tif



L255-WA.012.tif



L255-WA.017.tif



L315-BK.08.tif



L323-AAA_V1052-AAA_M331-EA.02.tif



L323-AAA_V1052-AAA_M331-EA.04.tif



L323-AAA_V1052-AAA_M331-EA.09.tif



L326-NA_M331-NA.09.tif

L330-AF.032.s.tif

L330-AF.037.s.tif

L330-AF.05.s.tif

L330-BK.11.tif

L330-BK.28.tif

L330-SB.20.tif

L330-SB.33.tif

L330-WH.10.tif

L330-WH.44.tif

L336-BKWH.30.tif

L336-BKWH.55.tif

L337-AF.022.s.tif

L337-AF.063.s.tif

L337-BK.59.tif

L337-BK.93.tif



L337-SB.05.tif



L337-SB.37.tif



L337-WH.006.tif



L337-WH.073.tif



L341-BK_V1505-BKK_V2554-BKK.20.tif



L341-BK_V1505-BKK.16.tif



L341-BK.02.s.tif



L341-BK.52.s.tif



L341-SB.17.tif



L341-SB.39.tif



L341-TQ.08.tif



L341-TQ.18.tif



L341-WA_V1505-WML_V2554-WML.20.tif



L341-WA_V1505-WML.16.tif



L341-WA.02.tif



L341-WA.52.tif



L341-WH.12.tif



L341-WH.59.tif



L342-BK.16.tif



L342-BK.32.tif



L342-SB.123.tif



L342-SB.160.tif



L342-SB.17.tif



L342-SB.184.tif



L342-SB.32.tif



L342-TQ.46.tif



L342-TQ.70.tif



L342-WA_Y65932-BRMU.111.tif



L342-WA.12.tif



L342-WA.146.tif



L342-WA.181.tif



L342-WA.46.tif



L342-WA.53.tif



L342-WH.13.tif



L342-WH.32.tif



LCP.SWA.01.tif



LDQ.SWA.tif



LIB.SWA.1.tif



LSG.SWA_new.tif



LSG.SWA.1.tif



LUA.SWA.1.tif



MEM.SWA.1.tif



MGE.SWA.1.tif



MGR.SWA.1.tif



MGS.SWA.1.tif



MKT_L1576-WH_LP114-BR.037.tif



MKT_V1092-RTD_V2362-TQQ.003.tif



MKT_V1092-RTD_V2362-TQQ.051.tif



MKT_V1315-BLZ_V2554-BLZ_M326-SL.045.tif



MKT_V1336-AAA_V2554-AAA.104.tif



MKT_V14816-PPO_V2414-PPO.010.tif



MKT_V14816-PPO_V2414-PPO.067.tif



MKT_V14816-PPO.007.tif



MKT_V1505-PTI_V9003-LCR_M11216-GL.040.tif



MKT_V1602-WHT_V9101G-COB.091.s.tif



MKT_V4714-AMB_V2414-AMB.019.tif



MKT_Y65006-PKMU.007.tif



MKT_Y65006-PKMU.041.tif



MKT_Y65032-CR.024.tif



MKT_Z65012-PK.027.tif



MKT_Z68130-ORMU.63.tif



MND.SWA.1.tif



MNK.SWA.1.tif



MNL.SWA.1.tif



MOT.SWA.1.tif

MSW.SWA.1.tif

MVB.SWA.1.tif

MYL.SWA.1.tif

NAJ.SWA.1.tif

NDI.SWA.1.tif

NSP.SWA.1.tif

NTB.SWA.1.tif

NTC.SWA.1.tif

NTW.SWA.1.tif

NVS.SWA.1.tif

NVW.SWA.1.tif

OFF.SWA.1.tif

OFM.SWA.1.tif

OGT_SWA.1.tif

OGT.SWA.1.tif



OLV.SWA.1.tif



ONP.SWA.1.tif



ORD.SWA.1.tif



P7791-AAA.10.tif



P7791-AAA.12.tif



PAH.SWA.2.tif



PCC.SWA.2.tif



PCL.SWA.1.tif



PET.SWA.01.tif



PIE.SWA.1.tif



PIX.SWA.1.tif



PKA.SWA.1.tif



PKL.SWA.1.tif



PLC.SWA.1.tif



PNE.SWA.1.tif



PNU.SWA.1.tif



POC.SWA.1.tif

PPH-SWA.1.tif

PRE.SWA.1.tif

PRH.SWA.1.tif

PRU.SWA.1.tif

PSK.SWA.1.tif

PSP.SWA.1.tif

PSU.SWA.1.tif

PTI.SWA.1.tif

PTK.SWA.1.tif

PZT.SWA.1.tif

PZZ.SWA.1.tif

RGS.SWA.1.tif

RTE.SWA.1.tif

RV3.SWA.1.tif

RVL.SWA.1.tif



RYC.SWA.1.tif



S1026-SSL_S2046-SSL.003.tif



S1026-SSL_S2046-SSL.042.tif



S1026-WAJ_S2046-SUG.076.tif



S1026-WAJ_S2046-SUG.121.tif



S1076-BIII_V2575-BKK.001.tif



S1076-BIII_V2575-BKK.100.tif



S1076-BIII_V2575-BKK.143.tif



S1076-GLE_V2575-BKK.018.tif



S1076-GLE_V2575-BKK.074.tif



S1076-GLE_V2575-BKK.099.tif



S1086-FSO_V2575-FSO.113.s.tif



S1086-FSO_V2575-FSO.120.s.tif



S1086-GLA_V2575-GLA.063.tif



S1086-GLA_V2575-GLA.074.tif



S1086-PIX_V2575-PIX.113.s.tif



S1086-PIX_V2575-PIX.120.s.tif



S1105-NSP_S2231G-NSP.010.s.tif



S1105-NSP_S2231G-NSP.055.s.tif



S1105-NSP_V2575-NSP.004.s.tif



S1226-BAS_V2412-BKK.051.tif



S1226-BAS_V2412-BKK.089.tif



S13616-HMR_S2171G-HMR.002.tif



S13616-HMR_S2171G-HMR.016.tif



S13716-HMR_S2171G-HMR.025.tif



S13716-HMR_S2171G-HMR.029.tif



S13816-HMR_S2181G-HMR.094.tif



S13816-HMR_S2181G-HMR.104.tif



S13916-HMR_S2181G-HMR.130.tif



S13916-HMR_S2181G-HMR.163.tif



S14216-NSP_S2231G-NSP.021.s.tif



S14216-NSP_S2231G-NSP.138.s.tif



S3006-BOM.004.tif



S3006-BOM.059.tif



S3006-TDP.033.tif



S3006-TDP.036.tif



S3016-BEA.084.tif



S3016-BEA.100.tif



S3046-BWH.010.s.alt.bkg1.tif



S3046-BWH.010.s.a t.tif



S3046-BWH.010.s.tif



S3046-BWH.010.s.tif



S3046-BWH.072.s.tif



S3046-BWH.092.s.tif



S3046-BWH.151.s.tif



S3046-TWB.010.s.tif



S3046-TWB.072.s.tif



S3076-BKK.022.s.tif



S3076-BKK.086.s.tif



S3076-BWH.022.s.tif



S3076-BWH.086.s.tif



S3076-BWH.109.s.tif



S3076-BWH.160.s.tif



S3076-CBK.022.s.tif



S3076-CBK.086.s.tif



S3076-COB.022.s.tif



S3076-COB.086.s.tif



S3076-PPS.022.s.tif



S3076-PPS.086.s.tif



S3076-PPS.150.s.tif



S3076-PPS.160.s.tif



S3126-BKK.007.tif



S3126-BKK.077.tif



S3136-SCT.028.tif



S3136-SCT.069.tif



S3176-COB.042.s.tif



S3176-COB.053.s.tif



S32616-CVR.035.tif



S32616-CVR.085.tif



S32616-CFF.049.s.tif



S32616-CFF.058.s.tif



S5325-MRM.061.s.tif



S5325-MRM.76.s.tif



S5325-SSM.061.tif



S5325-SSM.079.tif



S5335-GLA_S5385-GLA.036.tif



S5335-GLA_S5385-G_A.050.tif



S5375-SSL_V2575-SSL.003.s.tif



S5375-SSL_V2575-SSL.032.s.tif



S5375-SSL_V2575-SSL.038.s.tif



S5375-TDW_V2575-
AQR.030.tif



S5375-TDW_V2575-
TDW.030.s.tif




S5375-TDW_V2575-
TDW.040.s.tif



SAI.SWA.1.tif



SAM.SWA.1.tif



SAR.SWA.1.tif



SCB.SWA.1.tif



SCF.SWA.1.tif



SCG.SWA.1.tif



SEG.SWA.1.tif



SEL-SWA.1.tif



SES.SWA.1.tif



SFD.SWA.1.tif



SFT.SWA.1.tif



SG323-BK.24.tif



SG323-BK.51.tif



SG323-BLMU.001.tif



SG323-BLMU.071.tif



SG323-RSMU.063.tif



SG323-RSMU.080.tif



SG323-RSMU.33.tif



SG323-RSMU.45.tif



SG323-SB.13.tif



SG323-SB.37.tif



SG323-WH.06.tif



SG323-WH.14.tif



SG323-YL.21.tif



SG323-YL.45.tif



SG700-AQ.s.tif



SG700-BK_V1713-PEB.21.tif



SG700-BK_V1713-PEB.23.tif



SG700-BK.tif



SG700-NV.C2.tif



SG700-NV.C6.tif



SG700-WH.tif



SG701-AQ.17.s.tif



SG701-AQ.22.tif



SG701-AQ.23.tif



SG701-AQ.9.tif



SG701-BK.17.s.tif



SG701-NV.C2.tif



SG701-NV.14.tif



SG701-WH.17.s.tif



SG701-WH.22.tif



SG702-HG.4.s.tif



SG702-NV_V1042-WHT.01.tif



SG702-NV.C7.tif



SG702-RD.02.tif



SG702-RD.10.tif



SG702-WH.4.s.tif



SG706-AAA_SG707-AAA.001.tif



SG706-AAA_SG707-AAA.005.tif



SG707-AAA_MIX1-GL.001.tif



SHL.SWA.1.tif



SKD.SWA.1.tif



SMP.SWA.1.tif



SND.SWA.1.tif



SNG-SWA.1.tif



SNH.SWA.C1.tif



SPF.SWA.1.tif



SRG.SWA.1.tif



STS.SWA.1.tif



STW.SWA.1.tif



SUT.SWA.1.tif



SWG.SWA.1.tif

SYG.SWA.1.tif

IAT-SWA.1.tif

TBM.SWA.1.tif

TCD.SWA.1.tif

TDR.SWA.2.tif

TDW.SWA.1.tif

TKL.SWA.1.tif

TLB.SWA.1.tif

TLD-SWA.1.tif

TNC.SWA.1.tif

TPG.SWA.1.tif

TPS.SWA.1.tif

TRD.SWA.1.tif

TRL.SWA.1.tif

TRP.SWA.1.tif



TRQ.SWA.1.tif



TTY.SWA.1.tif



TWL.SWA.1.tif



ULT.SWA.1.tif



V1042-AAA_V2362-AAA.365.tif



V1042-AAA_V2414-AAA.157.tif



V1042-AAA_V2414-AAA.163.tif



V1042-AAA_V2443-AAA.003.tif



V1042-AAA_V2443-AAA.016.tif



V1042-AQR_V2362-AQR.024.s.tif



V1042-AQR_V2352-AQR.050.s.tif



V1042-AQR_V2362-AQR.070.s.tif



V1042-AQR_V2352-AQR.093.s.tif



V1042-AQR_V2414-AQR.013.s.tif



V1042-AQR_V2414-AQR.013.5.tif



V1042-AQR_V2414-AQR.035.s.tif