# EXHIBIT A
# (Part 4 of 7)



V1042-AQR_V2414-
AQR.035.s.tif



V1042-AQR_V2882-
AQR.011.s.tif



V1042-AQR_V2852-
AQR.057.s.tif



V1042-BKK_V2066-
BKK.032.s.tif



V1042-BKK_V2066-
BKK.082.s.tif



V1042-BKK_V2066-
BKK.175.s.tif



V1042-BKK_V2066-
BKK.209.s.tif



V1042-BKK_V2086-
BKK.025.s.tif



V1042-BKK_V2086-
BKK.054.s.tif



V1042-BKK_V2362-BKK.070.s-
T.tif



V1042-BKK_V2362-
BKK.070.s.tif



V1042-BKK_V2362-
BKK.093.s.tif



V1042-BKK_V2414-
BKK.013.s.tif



V1042-BKK_V2414-
BKK.035.s.tif



V1042-BKK_V2414-
BKK.049.s.tif



V1042-BKK_V2414-
BKK.054.s.tif



V1042-BKK_V2554-
BKK_VE532-BK.041.s.tif



V1042-BKK_V2882-
BKK.103.s.tif



V1042-BKK_V2882-BKK.85.s.tif



V1042-COB_V2066-
COB.003.s.tif



V1042-COB_V2066-
COB.082.s.tif



V1042-COB_V2362-
COB.070.s.tif



V1042-COB_V2362-
COB.093.s.tif



V1042-COB_V2362-
COB.100.s.tif



V1042-COB_V2362-
COB.114.s.tif



V1042-COB_V2362-
COB.366.s.tif



V1042-COB_V2414-
COB.049.s.tif



V1042-COB_V2414-
COB.054.s.tif



V1042-COB_V2414-
COB.084.s.tif



V1042-COB_V2882-COB.02.tif



V1042-COB_V2882-COB.04.tif



V1042-FST_V2362-
FST.024.s.tif



V1042-FST_V2302-
FST.050.s.tif



V1042-FST_V2417-
FST.157.s.tif



V1042-FST_V2414-
FST.163.s.tif



V1042-FST_V2882-
FST.001.s.tif



V1042-FST_V2882-
FST.077.s.tif



V1042-PER_V2302-
PER.364.s.tif



V1042-PER_V2302-
PER.414.s.tif



V1042-PER_V2414-
PER.157.s.tif



V1042-PER_V2414-
PER.163.s.tif



V1042-PER_V2882-
PER.011.s.tif



V1042-PER_V2882-
PER.057.s.tif



V1042-PLM_V2302-
PLM.070.s.tif



V1042-PLM_V2302-
PLM.093.s.tif



V1042-PLM_V2414-
PLM.049.s.tif



V1042-PLM_V2414-
PLM.054.s.tif



V1042-PLM_V2414-
PLM.084.s.tif



V1042-PLM_V2414-
PLM.157.s.tif



V1042-PLM_V2414-
PLM.163.s.tif



V1042-PLM_V2882-
PLM.197.s.tif



V1042-PLM_V2882-
PLM.211.s.tif



V1042-PPO_V2066-
PPO.114.s.tif



V1042-PPO_V2066-
PPO.146.s.tif



V1042-PPO_V2066-
PPO.259.s.tif



V1042-PPO_V2362-
PPO.364.s.tif



V1042-PPO_V2362-
PPO.414.s.tif



V1042-PPO_V2414-
PPO.157.s.tif



V1042-PPO_V2414-
PPO.163.s.tif



V1042-PPO_V2882-
PPO.103.s.tif



V1042-PPO_V2882-
PPO.197.s.tif



V1042-PPS_V2066-
PPS.057.s.tif



V1042-PPS_V2066-
PPS.082.5.tif



V1042-PPS_V2362-
PPS.024.s.tif



V1042-PPS_V2302-
PPS.050.s.tif



V1042-PPS_V2414-
PPS.013.s.tif



V1042-PPS_V2414-
PPS.035.s.tif



V1042-PPS_V2414-
PPS.157.s.tif



V1042-PPS_V2414-
PPS.163.s.tif



V1042-PPS_V2882-PPS_V962-
PPS.168.s.tif



V1042-PPS_V2882-
PPS.131.s.tif



V1042-RDD_V2066-
RDD.032.s.tif



V1042-RDD_V2066-
RDD.082.s.tif



V1042-RDD_V2066-
RDD.175.s.tif



V1042-RDD_V2066-
RDD.259.s.tif



V1042-RDD_V2302-
RDD.070.s.tif



V1042-RDD_V2302-
RDD.093.s.tif



V1042-RDD_V2302-RDD.20.tif



V1042-RDD_V2414-
RDD.049.s.tif



V1042-RDD_V2414-
RDD.054.s.tif



V1042-RDD_V2414-
RDD.084.s.tif



V1042-RDD_V2882-
RDD_V962-RDD.168.s.tif



V1042-RDD_V2882-
RDD.131.s.tif



V1042-SGR_V2060-
WML.209.s.tif



V1042-SGR_V2362-
SGR.024.s.tif



V1042-SGR_V2362-
SGR.050.s.tif



V1042-SGR_V2362-
SGR.050.s.tif



V1042-SGR_V2414-
SGR.157.s.tif



V1042-SGR_V2414-
SGR.163.s.tif



V1042-SGR_V2882-
SGR.011.s.tif



V1042-SGR_V2882-
SGR.057.s.tif



V1042-STK_V2060-
STK.114.s.tif



V1042-STK_V2060-
STK.170.s.tif



V1042-STK_V2060-
STK.259.s.tif



V1042-STK_V2362-
STK.070.s.tif



V1042-STK_V2362-
STK.093.s.tif


V1042-STK_V2102-
STK.100.s.tif


V1042-STK_V2102-
STK.114.s.tif


V1042-STK_V2414-
STK.049.s.tif


V1042-STK_V2414-
STK.054.s.tif


V1042-STK_V2414-
STK.084.s.tif


V1042-STK_V2554-
STK_VE532-PK.041.s.tif


V1042-STK_V2882-
NER.168_V962-STK.s.tif


V1042-STK_V2882-
STK.077.s.tif


V1042-STK_V2882-STK.11.s.tif


V1042-TLL_V2362-
TLL.024.s.tif


V1042-TLL_V2362-
TLL.050.s.tif


V1042-TLL_V2414-
TLL.013.s.tif


V1042-TLL_V2414-
TLL.035.s.tif


V1042-TLL_V2882-
TLL.011.s.tif


V1042-TLL_V2882-
TLL.057.s.tif


V1042-TQQ_V2066-
TQQ.032.s.tif



V1042-TQQ_V2066-
TQQ.057.s.tif



V1042-TQQ_V2066-
TQQ.082.s.tif



V1042-TQQ_V2066-
TQQ.025.s.tif



V1042-TQQ_V2066-
TQQ.054.s.tif



V1042-TQQ_V2362-
TQQ.070.s.tif



V1042-TQQ_V2362-
TQQ.093.s.tif



V1042-TQQ_V2362-
TQQ.366.s.tif



V1042-TQQ_V2414-
TQQ.049.s.tif



V1042-TQQ_V2414-
TQQ.054.s.tif



V1042-TQQ_V2414-
TQQ.084.s.tif



V1042-TQQ_V2882-
TQQ.197.s.tif



V1042-TQQ_V2882-
TQQ.211.s.tif



V1042-WHT_V2066-
PPS.057.s.tif



V1042-WHT_V2362-
WHT.070.s.tif



V1042-WHT_V2362-
WHT.093.s.tif



V1042-WHT_V2414-
WHT.049.s.tif



V1042-WHT_V2414-
WHT.054.s.tif



V1042-WHT_V2414-
WHT.084.s.tif



V1042-WHT_V2852-
WHT.011.s.tif



V1042-WHT_V2882-
WHT.057.s.tif



V1042-WML_V2066-
BKK.057.s.tif



V1042-WML_V2066-
WML.175.s.tif



V1042-WML_V2066-
WML.259.s.tif



V1042-WML_V2086-
WML.025.s.tif



V1042-WML_V2086-
WML.054.s.tif



V1042-WML_V2362-
WML.024.s.tif



V1042-WML_V2362-
WML.050.s.tif



V1042-WML_V2414-
WML.157.s.tif



V1042-WML_V2414-
WML.163.s.tif



V1042-WML_V2554-
WML_VE532-WM.041.s.tif



V1042-WML_V2882-
WML_V962-WML.168.s.tif



V1042-WML_V2882-
WML.011.s.tif



V1042-WML_V2882-WML.057.s.tif



V1042-WML_V2882-WML.131.s.tif



V1042-YWW_V2362-YWW.070.s.tif



V1042-YWW_V2362-YWW.093.s.tif



V1042-YWW_V2414-YWW.049.s.tif



V1042-YWW_V2414-YWW.054.s.tif



V1042-YWW_V2414-YWW.084.s.tif



V1042-YWW_V2882-YWW.011.s.tif



V1042-YWW_V2882-YWW.057.s.tif



V1052-AAA_V2362-AAA.015.tif



V1052-AAA_V2362-AAA.067.tif



V1052-AAA_V2882-AAA_M326-GL.032.tif



V1052-AAA_V2382-AAA.032.tif



V1052-AQV_V2502-AQV.016.tif



V1052-AQV_V2502-AQV.058.tif



V1052-BER_V2502-BER.11.tif









V1052-BER_V2502-BER.38.tif



V1052-BER_V2502-BER.54.tif

V1052-LUA_V2882-LUA.026.tif    V1052-LUA_V2882-LUA.046.tif









V1052-NVW_V2414-
RDD.010.tif

V1052-NVW_V2414-
RDD.066.tif

V1052-PWP_V2502-PWP.012.tif    V1052-PWP_V2502-PWP.126.tif









V1074-AAA_V2554-AAA.055.tif    V1074-AAA_V2554-AAA.083.tif    V1074-AAA_V2554-AAA.103.tif    V1074-AAA_V2382-AAA.005.tif









V1074-AAA_V2382-AAA.041.tif    V1074-AAA_V2382-AAA.045.tif    V1074-AQR_V2393-
AQR.144.s.tif

V1074-AQR_V2393-
AQR.161.s.tif



V1074-AQR_V2554-
AQR.055.s.tif



V1074-AQR_V2554-
AQR.108.s.tif



V1074-AQR_V2852-
AQR.041.s.tif



V1074-AQR_V2882-
AQR.045.s.tif



V1074-BKK_V2393-
BKK.136.s.tif



V1074-BKK_V2393-
BKK.161.s.tif



V1074-BKK_V2554-
BKK.083.s.tif



V1074-BKK_V2554-
BKK.108.s.tif



V1074-BKK_V2882-BKK.005.s-
T.tif



V1074-BKK_V2882-
BKK.005.s.tif



V1074-BKK_V2882-
BKK.045.s.tif



V1074-COB_V2393-
COB.136.s.tif



V1074-COB_V2393-
COB.161.s.tif



V1074-COB_V2554-
COB.083.s.tif



V1074-COB_V2554-
COB.108.s.tif



V1074-COB_V2882-
COB.005.s.tif


V1074-COB_V2882-
COB.045.s.tif


V1074-FST_V2393-
FST.144.s.tif


V1074-FST_V2393-
FST.161.s.tif


V1074-FST_V2554-
FST.083.s.tif


V1074-FST_V2554-
FST.108.s.tif


V1074-FST_V2882-
FST.005.s.tif


V1074-FST_V2882-
FST.045.s.tif


V1074-NTB_V2554-
NTB.055.s.tif


V1074-NTB_V2882-NTB.005.tif


V1074-NTB_V2882-NTB.031.tif


V1074-NVY_V2882-
NVY.005.s.tif


V1074-PER_V2393-
PER.144.s.tif


V1074-PER_V2393-
PER.161.s.tif


V1074-PER_V2554-
PER.055.s.tif


V1074-PER_V2554-
PER.108.s.tif


V1074-PER_V2882-
FST.132.s.tif


V1074-PER_V2882-
PER.101.s.tif


V1074-PER_V2882-
PER.132.s.tif


V1074-PLM_V2397-
PLM.136.s.tif


V1074-PLM_V2393-
PLM.161.s.tif


V1074-PLM_V2554-
PLM.083.s.tif


V1074-PLM_V2554-
PLM.108.s.tif


V1074-PLM_V2882-
PLM.005.s.tif


V1074-PLM_V2882-
PLM.045.s.tif


V1074-PLM_V2882-
PLM.132.s.tif


V1074-PPO_V2393-
PPO.144.s.tif


V1074-PPO_V2393-
PPO.161.s.tif


V1074-PPO_V2554-
PPO.055.s.tif


V1074-PPO_V2554-
PPO.108.s.tif


V1074-PPO_V2882-
FST.005.s.tif


V1074-PPO_V2882-
PPO.005.s.tif


V1074-PPO_V2882-
PPO.045.s.tif



V1074-PPS_V2393-
PPS.144.s.tif



V1074-PPS_V2393-
PPS.161.s.tif



V1074-PPS_V2554-
PPS.083.s.tif



V1074-PPS_V2554-
PPS.108.s.tif



V1074-PPS_V2882-
PPS.005.s.tif



V1074-PPS_V2882-
PPS.045.s.tif



V1074-RDD_V2393-
RDD.136.s.tif



V1074-RDD_V2393-
RDD.161.s.tif



V1074-RDD_V2554-
RDD.083.s.tif



V1074-RDD_V2554-
RDD.108.s.tif



V1074-RDD_V2882-
RDD.005.s.tif



V1074-RDD_V2882-
RDD.045.s.tif



V1074-SGR_V2393-
SGR.144.s.tif



V1074-SGR_V2393-
SGR.161.s.tif



V1074-SGR_V2554-
SGR.083.s.tif



V1074-SGR_V2554-
SGR.108.s.tif


V1074-SGR_V2882-
PLM.132.s.tif


V1074-SGR_V2882-
SGR.101.s.tif


V1074-SGR_V2882-
SGR.132.s.tif


V1074-SNP_V2882-SNP.041.tif


V1074-SNP_V2882-SNP.043.tif


V1074-STK_V2393-
STK.136.s.tif


V1074-STK_V2393-
STK.161.s.tif


V1074-STK_V2554-
STK.083.s.tif


V1074-STK_V2554-
STK.108.s.tif


V1074-STK_V2882-
STK.005.s.tif


V1074-STK_V2882-
STK.045.s.tif


V1074-TLL_V2393-
TLL.136.s.tif


V1074-TLL_V2393-
TLL.161.s.tif


V1074-TLL_V2554-
TLL.055.s.tif


V1074-TLL_V2554-
TLL.108.s.tif


V1074-TLL_V2882-
TLL.041.s.tif



V1074-TLL_V2882-
TLL.045.s.tif



V1074-TPP_V2882-TPP.017.tif



V1074-TPP_V2882-TPP.032.tif



V1074-TQQ_V2393-
TQQ.136.s.tif



V1074-TQQ_V2393-
TQQ.161.s.tif



V1074-TQQ_V2554-
TQQ.055.s.tif



V1074-TQQ_V2554-
TQQ.108.s.tif



V1074-TQQ_V2882-
TQQ.041.s.tif



V1074-TQQ_V2882-
TQQ.045.s.tif



V1074-WHT_V2393-
WHT.144.s.tif



V1074-WHT_V2393-
WHT.161.s.tif



V1074-WHT_V2554-
WHT.055.s.tif



V1074-WHT_V2554-
WHT.108.s.tif



V1074-WHT_V2882-
WHT.041.s.tif



V1074-WHT_V2882-
WHT.045.s.tif



V1074-WHT_V2882-
WHT.132.s.tif


V1074-WML_V2393-
WML.144.s.tif


V1074-WML_V2393-
WML.161.s.tif


V1074-WML_V2554-
WML.055.s.tif


V1074-WML_V2554-
WML.108.s.tif


V1074-WML_V2882-
WML.041.s.tif


V1074-WML_V2882-
WML.045.s.tif


V1074-WML_V2882-
WML.132.s.tif


V1074-YWW_V2393-
YWW.136.s.tif


V1074-YWW_V2393-
YWW.161.s.tif


V1074-YWW_V2554-
YWW.055.s.tif


V1074-YWW_V2554-
YWW.108.s.tif


V1074-YWW_V2882-
YWW.005.s.tif


V1074-YWW_V2882-
YWW.045.s.tif


V1074-YWW_V2882-
YWW.132.s.tif


V1083-LCR_V2313-LCR.02.tif


V1083-LCR_V2313-LCR.50.tif



V1083-LCR_V9003-LCR.02.tif



V1083-LCR_V9003-LCR.16.tif



V1083-NMD_V2713-NMD.056.tif



V1083-NMD_V2713-NMD.073.tif



V1083-NMD_V9003-NMD.43.tif



V1083-NMD_V9003-NMD.53.tif



V1083-OCE_V2313-OCE.070.tif



V1083-OCE_V2313-OCE.087.tif



V1083-OCE_V2313-OCE.41.tif



V1083-OCE_V9003-OCE.14.tif



V1083-OCE_V9003-OCE.26.tif



V1086-BKK_V2554-BKK.004.tif



V1086-BKK_V2554-BKK.037.s.tif



V1086-BKK_V2554-BKK.060.s.tif



V1086-BKK_V2554-BKK.074.s.tif



V1086-BKK_V2554-BKK.166.tif



V1086-BKK_V2554-BKK.182.tif



V1086-COB_V2554-COB_M10057-US.031.tif



V1086-COB_V2554-COB.055.tif



V1086-COB_V2554-COB.083.tif



V1086-COB_V2554-COB.150.s.tif



V1086-FST_V2554-FST.060.s.tif



V1086-FST_V2554-FST.074.s.tif



V1086-PER_V2554-PER.083.s.tif



V1086-PER_V2554-PER.150.s.tif



V1086-PPO_V2554-PPO.055.s.tif



V1086-PPO_V2554-PPO.074.s.tif



V1086-PPS_V2554-PPS.055.s.tif



V1086-PPS_V2554-PPS.074.s.tif



V1086-RDD_V2554-RDD.026.s.tif



V1086-RDD_V2554-RDD.055.s.tif



V1086-RDD_V2554-RDD.060.s.tif



V1086-RDD_V2551-
RDD.074.s.tif



V1086-STK_V2551-
STK.055.s.tif



V1086-STK_V2551-
STK.074.s.tif



V1086-TQQ_V2554-
TQQ_M341-GL.049.tif



V1086-TQQ_V2554-
TQQ_M341-GL.073.tif



V1086-TQQ_V2554-
TQQ.055.s.tif



V1086-TQQ_V2554-
TQQ.060.s.tif



V1086-TQQ_V2554-
TQQ.074.s.tif



V1086-WHT_V2554-
WHT_Y65550-WH_V45001-
BKWH.024.tif



V1086-WHT_V2554-
WHT.052.tif



V1086-WML_V2554-
WML.111.s.tif



V1086-WML_V2554-
WML.150.s.tif



V1092-AAA_V2352-
AAA.004n.tif



V1092-AAA_V2352-
AAA.011n.tif



V1092-AAA_V2352-AAA.22.tif



V1092-AQR_V2352-
AQR.460.s.tif



V1092-AQR_V2362-
AQR.491.s.tif



V1092-AQV_V2362-
AQR_V982-AQR.22.s.tif



V1092-AQV_V2362-
AQV_V982-AQR.22.s.tif



V1092-AQV_V2362-
AQV.001.s.tif



V1092-BDI_V2362-
BDI.369.s.tif



V1092-BDI_V2362-
BDI.372.s.tif



V1092-BKK_V2362-
BKK.288.s.tif



V1092-BKK_V2362-
BKK.491.s.tif



V1092-BLZ_V2362-BLZ.022.tif



V1092-BLZ_V2362-BLZ.044.tif



V1092-BLZ_V2362-
BLZ.354.s.tif



V1092-BPM_V2362-
BPM_V982-STK.03.s.tif



V1092-BPM_V2362-
BPM.359.s.tif



V1092-BPM_V2362-
BPM.369.s.tif



V1092-BPM_V2362-
BPM.372.s.tif



V1092-BPM_V2362-
BPM.X2.s.tif



V1092-BTD_V2362-BTD_V982-
BKK.22.s.tif



V1092-BTD_V2362-
BTD.001.s.tif



V1092-BTD_V2362-
BTD.10.Bkg1.tif



V1092-COB_V2362-
COB.288.s.tif



V1092-COB_V2362-
COB.491.s.tif



V1092-DIS_V2362-
DIS.001.s.tif



V1092-DIS_V2362-
DIS.288.s.tif



V1092-DIS_V2362-
WML.X5.s.tif



V1092-FSO_V2362-FSO_V982-
WHT.22.s.tif



V1092-FSO_V2362-
FSO.001.s.tif



V1092-FSO_V2362-FSO.22.s.tif



V1092-FST_V2362-
FST.191.s.tif



V1092-FST_V2362-
FST.369.s.tif



V1092-GTR_V2362-
GTR.354.s.tif



V1092-GTR_V2362-
GTR.369.s.tif



V1092-GTR_V2362-GTR.041.tif



V1092-GZT_V2362-GZT.052.tif



V1092-GZT_V2362-GZT.354.s.tif



V1092-HVB_V2362-HVB.001.s.tif



V1092-HVB_V2362-HVB.372.s.tif



V1092-HVB_V2362-HVB.X5.s.tif



V1092-JGT_V2362-JGT_V982-TQQ.22.s.tif



V1092-JGT_V2362-JGT.001.s.tif



V1092-JGT_V2362-JGT.22.s.tif



V1092-LUA_V2362-LUA.013.tif



V1092-LUA_V2362-LUA.047.tif



V1092-MVB_V2362-MVB.369.s.tif



V1092-MVB_V2362-MVB.372.s.tif



V1092-NTB_V2362-NTB.359.s.tif



V1092-NTB_V2362-NTB.369.s.tif



V1092-OCS_V2362-OCS_V982-COB.22.s.tif



V1092-OCS_V2362-OCS.359.s.tif



V1092-OCS_V2362-
OCS.369.s.tif



V1092-OCS_V2362-
TQQ.X4.s.tif



V1092-PAL_V2362-PAL_V982-
BKK.03.s.tif



V1092-PAL_V2362-
PAL.359.s.tif



V1092-PAL_V2362-
PAL.369.s.tif



V1092-PAL_V2362-PAL.X2.s.tif



V1092-PER_V2362-
PER.191.s.tif



V1092-PER_V2362-
PER.369.s.tif



V1092-PIX_V2362-PIX.369.s.tif



V1092-PIX_V2362-PIX.372.s.tif



V1092-PLM_V2362-PLM_V982-
PLM.22.s.tif



V1092-PLM_V2362-
PLM.001.s.tif



V1092-POC_V2362-
POC.001.s.tif



V1092-POC_V2362-
POC.288.s.tif



V1092-POC_V2362-
POC.372.s.tif



V1092-PPO_V2362-
PPO.191.s.tif


V1092-PPO_V2362-
PPO.354.s.tif


V1092-PPO_V2362-
PPO.369.s.tif


V1092-PPS_V2362-
PPS.354.s.tif


V1092-PPS_V2362-
PPS.369.s.tif


V1092-PSP_V2362-
PSP.359.s.tif


V1092-PSP_V2362-
PSP.369.s.tif


V1092-PTK_V2362-
PTK.359.s.tif


V1092-PWP_V2362-
PWP_V982-PLM.03.s.tif


V1092-PWP_V2362-
PWP_V982-PLM.22.s.tif


V1092-PWP_V2362-
PWP.001.s.tif


V1092-PZT_V2362-PZT.035.tif


V1092-PZT_V2362-PZT.051.tif


V1092-PZT_V2362-
PZT.354.s.tif


V1092-RBN_V2362-
RBN.359.s.tif


V1092-RDD_V2362-
RDD_V982-RDD.22.s.tif


V1092-RDD_V2362-
RDD.001.s.tif



V1092-RTD_V2362-RTD.359.s.tif



V1092-RTD-V2362-RTD.032.tif



V1092-RTD-V2362-RTD.080.tif



V1092-SGR_V2362-SGR.354.s.tif



V1092-SGR_V2362-SGR.369.s.tif



V1092-SGR_V2362-WML.354.s.tif



V1092-SNP_V2362-SNP_LP114-BR.003.s.tif



V1092-SNP_V2362-SNP.076.s.tif



V1092-STK_V2362-STK.191.s.tif



V1092-STK_V2362-STK.288.s.tif



V1092-STK_V2362-STK.491.s.tif



V1092-STK_V2362-WHT.22.s.tif



V1092-TBN_V2362-TBN.359.s.tif



V1092-TCD_V2362-TCD.369.s.tif



V1092-TCD_V2362-TCD.372.s.tif



V1092-TDW_V2362-TDW.359.s.tif



V1092-TLL_V2362-TLL.491.s.tif



V1092-TLL_V2362-TLL.X5.s.tif



V1092-TPP_V2362-TPP.075.s.tif



V1092-TPP_V2362-TPP.126.s.tif



V1092-TQQ_V2362-TQQ.491.s.tif



V1092-TQQ_V2362-TQQ.X5.s.tif



V1092-TTD_V2362-TTD.001.s.tif



V1092-TTD_V2362-TTD.22.s.tif



V1092-TTD_V2362-TTD.V982-TQQ.03.tif



V1092-WHT_V2362-WHT.491.s.tif



V1092-WHT_V2362-WHT.X5.s.tif



V1092-WML_V2362-WML.460.s.tif



V1092-WML_V2362-WML.491.s.tif



V1092-WML_V2362-WML.X3.s.tif



V1092-WML_V2362-YWW_V982-YWW.22.s.tif



V1092-WTD_V2362-WTD_V982-WML.03.s.tif



V1092-WTD_V2362-
WTD.001.s.tif



V1092-YWW_V2362-
YWW_V982-YWW.22.s.tif



V1092-YWW_V2362-
YWW.001.s.tif



V1113-AAA_V2373-AAA.019.tif



V1113-AAA_V2373-AAA.048.tif



V1113-AAA_V2373-AAA.063.tif



V1113-IGC_V2373-IGC.054.tif



V1113-IGC_V2373-IGC.106.tif



V1113-SDL_V2373-
SDL.063.s.tif



V1113-SDL_V2373-
SDL.119.s.tif



V1156-AAA_V2554-AAA.089.tif



V1162-AMQ_V2352-AMQ.07.tif



V1162-AMQ_V2352-AMQ.14.tif



V1162-AMQ_V2554-TLL.05.tif



V1162-AMQ_V2554-TLL.038.tif



V1162-AMQ_V2554-TLL.085.tif



V1162-AMQ_V2554-TLL.35.tif



V1162-BLQ_V2352-BLQ.53.tif



V1162-BLQ_V2352-BLQ.62.tif



V1162-CBQ_V2352-CBQ.107.tif



V1162-CBQ_V2352-CBQ.47.tif



V1162-CBQ_V2352-CBQ.54.tif



V1162-CBQ_V2554-COB.01.tif



V1162-CBQ_V2554-COB.15.tif



V1162-EMQ_V2352-EMQ.09.tif



V1162-EMQ_V2352-EMQ.16.tif



V1162-EMQ_V2352-EMQ.22.tif



V1162-EMQ_V2554-BKK.12.tif



V1162-EMQ_V2554-BKK.13.tif



V1162-EMQ_V2554-BKK.17.tif



V1162-LDQ_V2352-LDQ.019.tif



V1162-LDQ_V2352-LDQ.081.tif



V1162-LDQ_V2352-LDQ.245.tif



V1162-LDQ_V2554-BKK.002.tif



V1162-LDQ_V2554-BKK.088.tif



V1162-LPQ_V2352-LPQ.02.tif



V1162-LPQ_V2352-LPQ.10.tif



V1162-LPQ_V2554-STK.08.tif



V1162-LPQ_V2554-STK.09.tif



V1162-PPQ_V2352-PPQ.053.tif



V1162-PPQ_V2352-PPQ.058.tif



V1162-PPQ_V2554-PPS.066.tif



V1162-PPQ_V2554-PPS.069.tif



V1162-SEW_V2352-SEW.13.tif



V1162-SEW_V2352-
SEW.19.s.tif



V1162-SEW_V2554-WHT.09.tif



V1162-SEW_V2554-WHT.14.tif



V1162-SEW_V2582-SEW.12.tif



V1186-BKK_V2066-
BKK.035.s.tif



V1186-BKK_V2066-
BKK.058.s.tif



V1186-BKK_V2362-
BKK.053.s.tif



V1186-BKK_V2362-
BKK.061.s.tif



V1186-BKK_V2414-
BKK.036.s.tif



V1186-BKK_V2414-
BKK.060.s.tif



V1186-COB_V2066-
COB.035.s.tif



V1186-COB_V2066-
COB.058.s.tif



V1186-COB_V2362-
COB.053.s.tif



V1186-COB_V2362-
COB.061.s.tif



V1186-COB_V2414-
COB.036.s.tif



V1186-COB_V2414-
COB.060.s.tif



V1186-COB_V2414-
WHT.036.s.tif



V1186-FST_V2414-
FST.036.s.tif



V1186-PER_V2362-
PER.061.s.tif



V1186-PER_V2414-
PER.060.s.tif



V1186-PPO_V2066-PPO.035.s.tif



V1186-PPO_V2066-PPO.058.s.tif



V1186-PPO_V2162-PPO.053.s.tif



V1186-PPO_V2362-PPO.061.s.tif



V1186-PPO_V2414-PPO.041.s.tif



V1186-PPO_V2414-PPO.060.s.tif



V1186-PPO_V2414-STK.041.s.tif



V1186-PPS_V2066-PPS.035.s.tif



V1186-PPS_V2066-PPS.058.s.tif



V1186-PPS_V2362-PPS.053.s.tif



V1186-PPS_V2362-PPS.061.s.tif



V1186-PPS_V2414-PPS.036.s.tif



V1186-PPS_V2414-PPS.060.s.tif



V1186-PPS_V2414-TQQ.041.s.tif



V1186-RDD_V2066-RDD.035.s.tif



V1186-RDD_V2066-RDD.058.s.tif



V1186-RDD_V2362-
RDD.053.s.tif



V1186-RDD_V2362-
RDD.061.s.tif



V1186-RDD_V2411-
RDD.036.s.tif



V1186-RDD_V2411-
RDD.060.s.tif



V1186-STK_V2066-
STK.035.s.tif



V1186-STK_V2066-
STK.058.s.tif



V1186-STK_V2362-
STK.053.s.tif



V1186-STK_V2362-
STK.061.s.tif



V1186-STK_V2411-
STK.036.s.tif



V1186-STK_V2414-
STK.060.s.tif



V1186-TQQ_V2066-
TQQ.035.s.tif



V1186-TQQ_V2066-
TQQ.058.s.tif



V1186-TQQ_V2362-
TQQ.053.s.tif



V1186-TQQ_V2362-
TQQ.061.s.tif



V1186-TQQ_V2414-
TQQ.003.5.tif



V1186-TQQ_V2414-
TQQ.060.s.tif



V1186-WML_V2666-WML.035.s.tif



V1186-WML_V2666-WML.058.s.tif



V1186-WML_V2762-WML.053.s.tif



V1186-WML_V2762-WML.061.s.tif



V1186-WML_V2414-WML.005.s.tif



V1186-WML_V2414-WML.060.s.tif



V1194-AAA_V2412-AAA_M331-BK.01.tif



V1194-AAA_V2412-AAA.001.tif



V1194-AAA_V2412-AAA.049.tif



V1194-AAA_V2412-AAA.066.tif



V1194-AAA_V2412-AAA.074.s.tif



V1194-AAA_V2412-AAA.108.s.tif



V1194-AAA_V2552-AAA.042.tif



V1194-AAA_V2552-AAA.063.tif



V1194-AAA_V2382-AAA.054.tif



V1194-AAA_V2882-AAA.089.s.tif



V1194-BZE_V2414-WHT.066.s.tif



V1206-BDI_V2414-BDI.034.tif



V1206-BDI_V2414-BDI.076.tif



V1206-BKK_V2086-BKK.052.tif



V1206-BKK_V2086-BKK.065.s.tif



V1206-BKK_V2414-BKK.024.s.tif



V1206-BKK_V2414-BKK.070.s.tif



V1206-BKK_V2554-BKK.039.s.tif



V1206-BKK_V2554-BKK.091.s.tif



V1206-BRL_V2554-BRL.010.s.tif



V1206-BRL_V2554-BRL.091.s.tif



V1206-COB_V2414-COB.064.s.tif



V1206-COB_V2414-COB.070.s.tif



V1206-COB_V2554-COB.039.s.tif



V1206-COB_V2554-COB.091.s.tif



V1206-DIS_V2414-DIS.032.tif



V1206-DIS_V2414-DIS.085.tif



V1206-FST_V2414-FST.024.s.tif



V1206-FST_V2414-FST.070.s.tif



V1206-FST_V2414-FST.234.s.tif



V1206-FST_V2554-FST.008.s.tif



V1206-MNU_V2554-MNU.039.s.tif



V1206-MNU_V2554-MNU.091.s.tif



V1206-OLY_V2414-RDD.070.s.tif



V1206-OLY_V2554-OLY.039.s.tif



V1206-OLY_V2554-OLY.091.s.tif



V1206-PER_V2414-PER.024.s.tif



V1206-PER_V2414-PER.070.s.tif



V1206-PER_V2414-PER.234.s.tif



V1206-PER_V2554-PER.008.s.tif



V1206-PNU_V2554-PNU.010.s.tif



V1206-PNU_V2554-PNU.091.s.tif



V1206-PPO_V2414-PPO.024.s.tif



V1206-PPO_V2414-PPO.070.s.tif



V1206-PPO_V2554-PPO.010.s.tif



V1206-PPO_V2554-PPO.091.s.tif



V1206-PPR_V2554-PPR.091.s.tif



V1206-PPS_V2414-PPS.064.s.tif



V1206-PPS_V2414-PPS.070.s.tif



V1206-PPS_V2554-PPS.010.s.tif



V1206-PPS_V2554-PPS.091.s.tif



V1206-PSP_V2414-PSP.024.s.tif



V1206-PSP_V2414-PSP.070.s.tif



V1206-PSP_V2554-PSP.033.tif



V1206-PSP_V2554-PSP.088.tif



V1206-RDD_V2414-RDD.064.s.tif



V1206-RDD_V2414-RDD.070.s.tif



V1206-RDD_V2414-RDD.234.s.tif



V1206-RDD_V2554-RDD.010.s.tif



V1206-RDD_V2554-RDD.091.s.tif



V1206-STK_V2414-STK.024.s.tif



V1206-STK_V2414-STK.070.s.tif



V1206-STK_V2414-STK.234.s.tif



V1206-STK_V2554-STK.008.s.tif



V1206-TQQ_V2414-TQQ.024.s.tif



V1206-TQQ_V2414-TQQ.070.s.tif



V1206-TQQ_V2414-TQQ.234.s.tif



V1206-TQQ_V2554-TQQ.039.s.tif



V1206-WML_V2414-WML.024.s.tif



V1206-WML_V2414-WML.070.s.tif



V1206-WML_V2414-WML.234.s.tif



V1206-WML_V2554-WML.008.s.tif



V1213-AAA_V2412-AAA.31.tif



V1213-AAA_V6592-AAA.260.tif



V1213-AAA_V5592-AAA.265.tif



V1213-AAA_V6592-AAA.267.tif



V1226-BDI_V2575-
BKK_V1206-DIS_V2414-
DIS.065.tif



V1226-BDI_V2575-BKK.045.tif



V1226-BDI_V2575-BKK.076.tif



V1226-BKK_V2575-
BKK.043.s.tif



V1226-BKK_V2575-
BKK.064.s.tif



V1226-COB_V2575-
COB.078.s.tif



V1226-COB_V2575-
COB.125.s.tif



V1226-DIS_V2575-
DIS.369.s.tif



V1226-DIS_V2575-
WML.292.s.tif



V1226-DIS_V2575-
WML.369.s.tif



V1226-FST_V2575-
FST.043.s.tif



V1226-FST_V2575-
FST.064.s.tif



V1226-MNU_V2575-
MNU.292.s.tif



V1226-MNU_V2575-
MNU.369.s.tif



V1226-PER_V2575-PER.043.s.tif



V1226-PER_V2575-PER.064.s.tif



V1226-PER_V2575-PER.078.s.tif



V1226-PNU_V2575-PNU.043.s.tif



V1226-PNU_V2575-PNU.064.s.tif



V1226-PPO_V2575-PPO.043.s.tif



V1226-PPO_V2575-PPO.064.s.tif



V1226-PPS_V2575-PPS.078.s.tif



V1226-PPS_V2575-PPS.125.s.tif



V1226-PSP_V2575-PSP.043.s.tif



V1226-PSP_V2575-PSP.064.s.tif



V1226-RDD_V2575-RDD.078.s.tif



V1226-RDD_V2575-RDD.125.s.tif



V1226-STK_V2575-STK.292.s.tif



V1226-STK_V2575-STK.369.s.tif



V1226-TQQ_V2575-TQQ.043.s.tif



V1226-TQQ_V2575-
TQQ.064.s.tif



V1226-WML_V2575-
WML.043.s.tif



V1226-WML_V2575-
WML.064.s.tif



V1243-AAA_V2393-
AAA_M341-GL.006.tif



V1243-AAA_V2393-
AAA_M341-GL.012.tif



V1243-AAA_V2552-
AAA_M321-BL.003.tif



V1243-AAA_V2552-
AAA_M321-BL.011.tif



V1282-AAA_V2094-AAA.008.tif



V1282-AAA_V2094-AAA.016.tif



V1282-CPY_V2552-
RDD.07.s.tif



V1282-SPG_V2552-STK.07.s.tif



V1285-AAA_V2484-AAA.009.tif



V1285-AAA_V2484-AAA.064.tif



V1285-MNU_V2484-
MNU.091.s.tif



V1285-MNU_V2484-
MNU.093.s.tif



V1285-PNU_V2484-
PNU.093.s.tif



V1285-PNU_V2484-PNU.s.tif



V1289-BDT_V2489-BDT.3.tif



V1289-BDT_V2489-BDT.32.tif



V1294-AAA_V2552-AAA.001.tif



V1294-AAA_V2552-AAA.039.tif



V1295-AAA_V2554-
AAA_M326-GL.014.tif



V1295-AAA_V2554-AAA.032.tif



V1295-AAA_V2554-AAA.034.tif



V1295-AAA_V2554-AAA.083.tif



V1295-AAA_V2554-AAA.098.tif



V1295-AAA_V2554-AAA.190.tif



V1295-AAA_V4554-AAA.065.tif



V1295-AAA_V4554-AAA.111.tif



V1295-AAA_V6592-AAA.002.tif



V1295-AAA_V6592-AAA.066.tif



V1295-BKK_L326-NA.020.tif



V1295-BKK_L326-NA.095.tif



V1295-BTD_V2554-
BTD.083.s.tif



V1295-BTD_V2551-
BTD.098.s.tif



V1295-RTD_V2554-
RTD.083.s.tif



V1295-RTD_V2554-
RTD.098.s.tif



V1295-TTD_V2554-
TTD.034.s.tif



V1295-TTD_V2554-
TTD.083.s.tif



V1295-TTD_V2554-
TTD.098.s.tif



V1295-TWB_V2554-
BKK.083.s.tif



V1295-TWB_V2554-
TWB.098.s.tif



V1295-WTD_V2554-
WTD.034.s.tif



V1295-WTD_V2554-
WTD.098.s.tif



V1305-AMQ_V2102-AMQ.02.tif



V13C5-AMQ_V2102-AMQ.06.tif



V13C5-BLQ_V2102-BLQ.15.tif



V13C5-BLQ_V2102-BLQ.40.tif



V1305-CBQ_V2102-CBQ.04.tif



V1305-CBQ_V2102-CBQ.07.tif



V1305-CBQ.008.tif



V1305-EMQ_V2102-EMQ.031.tif



V1305-EMQ_V2102-EMQ.037.tif



V1305-LDQ_V2102-LDQ.025.tif



V1305-LDQ_V2102-LDQ.086.tif



V1305-LDQ_V2102-LDQ.132.tif



V1305-LPQ_V2102-LPQ.015.tif



V1305-LPQ_V2102-LPQ.046.tif



V1305-PFQ_V2102-PPQ.054.tif



V1305-PFQ_V2102-PPQ.057.tif



V1305-SEW_V2102-SEW.035.tif



V1305-SEW_V2102-SEW.038.tif



V1313-WHT_V2412-AAA_M326-5L.14.tif



V1313-WHT_V2412-AAA.02.tif



V1315-BLZ_V2554-BLZ_M326-
SL.037.tif



V1315-BLZ_V2554-
BLZ.005.s.tif



V1315-BLZ_V2554-BLZ.005.tif



V1315-BLZ_V2554-BLZ.025.tif



V1315-BLZ_V2554-
PER.005.s.tif



V1315-GZT_V2554-
GZT.005.s.tif



V1315-GZT_V2554-GZT.025.tif



V1315-GZT_V2554-GZT.052.tif



V1315-PZT_V2554-
PZT.005.s.tif



V1315-PZT_V2554-PZT.037.tif



V1315-PZT_V2554-PZT.056.tif



V1336-BKK_V2076-
BKK.009.s.tif



V1336-BKK_V2076-
BKK.031.s.tif



V1336-BKK_V2076-
BKK.045.s.tif



V1336-BKK_V2076-
BKK.118.s.tif



V1336-BKK_V2554-
BKK.035.s.tif



V1336-BKK_V2551-
BKK.068.s.tif



V1336-COB_V2076-
COB.075.s.tif



V1336-COB_V2076-
COB.110.s.tif



V1336-COB_V2551-
COB.035.s.tif



V1336-COB_V2554-
COB.068.s.tif



V1336-FST_V2554-
FST.035.s.tif



V1336-FST_V2554-
FST.068.s.tif



V1336-PER_V2554-
PER.035.s.tif



V1336-PER_V2554-
PER.068.s.tif



V1336-PPO_V2076-
PPO.118.s.tif



V1336-PPO_V2076-
PPO.224.s.tif



V1336-PPO_V2076-
PPO.282.s.tif



V1336-PPO_V2554-
PPO.035.s.tif



V1336-PPO_V2554-
PPO.068.s.tif



V1336-PPS_V2076-
PPS.224.s.tif



V1336-PPS_V2076-
PPS.282.s.tif



V1336-PPS_V2554-
PPS.035.s.tif



V1336-PPS_V2554-
PPS.068.s.tif



V1336-RDD_V2076-
RDD.009.s.tif



V1336-RDD_V2076-
RDD.045.s.tif



V1336-RDD_V2554-
RDD.035.s.tif



V1336-RDD_V2554-
RDD.068.s.tif



V1336-STK_V2076-
STK.118.s.tif



V1336-STK_V2076-
STK.205.s.tif



V1336-STK_V2554-
STK.035.s.tif



V1336-STK_V2554-
STK.068.s.tif



V1336-TQQ_V2076-
TQQ.009.s.tif



V1336-TQQ_V2076-
TQQ.045.s.tif



V1336-TQQ_V2554-
TQQ.035.s.tif



V1336-TQQ_V2554-
TQQ.068.s.tif



V1336-WML_V2076-
WML.224.s.tif



V1336-WML_V2076-
WML.282.s.tif



V1336-WML_V2554-WML.035.s.tif



V1336-WML_V2554-WML.068.s.tif



V1343-EBW_V2554-BKK.14.tif



V1343-EBW_V2554-BKK.40.tif



V1352-PPR_V2575-BKK.02.s.tif



V1352-PPR_V2575-BKK.22.s.tif



V1365-BRL_V2575-BRL.063.s.tif



V1365-BRL_V2575-BRL.093.s.tif



V1365-OLY_V2575-OLY.063.s.tif



V1365-OLY_V2575-OLY.143.s.tif



V1365-OLY_V2575-OLY.166.s.tif



V1372-AAA_V2572-AAA_M321-BL.017.tif



V1372-AAA_V2572-AAA.103.tif



V1372-AAA_V2572-AAA.106.tif



V1372-AAA_V2572-AAA.109.tif



V1372-AAA_V2572-AAA.132.tif

   

V1372-AAA_V2572-AAA.201.tif    V1384-AAA_V2572-AAA.004.tif    V1384-AAA_V2572-AAA.013.tif    V1384-AAA_V2772-AAA.042.tif

   

V1384-BLT_V2575-BKK.004.s.tif    V1384-BLT_V2575-BKK.013.s.tif    V1384-BLT_V2775-BKK.008.s.tif    V1384-BLT_V2775-BKK.016.s.tif

   

V1384-OMU_V2575-BKK.004.s.tif    V1384-OMU_V2575-BKK.013.s.tif    V1386-BSA_V2575-BKK.063.s.tif    V1386-BSA_V2575-BKK.133.s.tif

   

V1386-BWH_V2575-BWH.044.s.tif    V1386-BWH_V2575-BWH.063.s.tif    V1386-CBK_V2575-BKK.063.s.tif    V1386-CBK_V2575-BKK.133.s.tif


V1386-CBK_V2575-CBK.044.s.tif


V1386-PNB_V2575-BKK.063.s.tif


V1386-PNB_V2575-BKK.133.s.tif


V1386-TBK_V2575-BKK.063.s.tif


V1386-TBK_V2575-BKK.133.s.tif


V1392-MIA_V2572-MIA.03.tif


V1392-MIA_V2572-MIA.22.tif


V1395-NTB_V2575-NTB.012.s.tif


V1403-AAA_V2575-AAA.049.tif


V1403-AAA_V2575-AAA.052.tif


V1403-AAA_V2772-AAA.105.tif


V1403-AAA_V2772-AAA.125.tif


V1403-AAA_V2775-AAA.187.tif


V1403-AQR_V2775-AQR.011.s.tif


V1403-AQR_V2775-AQR.052.s.tif


V1403-AQR_V2775-AQR.139.s.tif



V1403-AQR_V2775-
AQR.187.s.tif



V1403-BKK_V2575-BKK_M338-
NA.016.s.tif



V1403-BKK_V2575-
BKK.004.s.tif



V1403-BKK_V2575-
BKK.049.s.tif



V1403-BKK_V2575-
BKK.052.s.tif



V1403-BKK_V2775-
BKK.011.s.tif



V1403-COB_V2575-
COB_M338-NA.016.s.tif



V1403-COB_V2575-
COB.004.s.tif



V1403-COB_V2575-
COB.052.s.tif



V1403-COB_V2775-
COB.011.s.tif



V1403-TQQ_V2575-
TQQ_M338-NA.016.s.tif



V1403-TQQ_V2575-
TQQ.004.s.tif



V1403-TQQ_V2575-
TQQ.052.s.tif



V1403-TQQ_V2575-
TQQ.139.s.tif



V1403-TQQ_V2775-
TQQ.011.s.tif



V1403-TQQ_V2775-
TQQ.139.s.tif



V1403-WML_V2575-
WML_M338-NA.016.s.tif



V1403-WML_V2575-
WML.004.s.tif



V1403-WML_V2575-
WML.052.s.tif



V1403-WML_V2575-
WML.139.s.tif



V1403-WML_V2775-
WML.011.s.tif



V1403-WML_V2775-
WML.139.s.tif



V1403-WML_V2775-
WML.187.s.tif



V1413-AAA_V2575-
AAA_VE531-SLGL.01.tif



V1413-AAA_V2575-AAA.003.tif



V1413-AAA_V2382-AAA.012.tif



V1413-AQR_V2393-
AQR_VE531-SLGL.060.s.tif



V1413-AQR_V2393-
AQR.009.s.tif



V1413-AQR_V2575-
AQR_VE531-SLGL.039.s.tif



V1413-AQR_V2575-
AQR.023.s.tif



V1413-AQR_V2594-AQR-
VE531-SLGL.139.s.tif



V1413-AQR_V2594-
AQR.083.s.tif



V1413-AQR_V2852-
AQR.010.s.tif



V1413-AQR_V2882-
AQR.012.s.tif



V1413-AQR_V2852-
AQR.051.s.tif



V1413-AQV_V2575-
AQV.009.s.tif



V1413-AQV_V2575-
AQV.018.s.tif



V1413-BKK_V2393-
BKK_VE531-SLGL.060.s.tif



V1413-BKK_V2393-
BKK.009.s.tif



V1413-BKK_V2575-
APP.009.s.tif



V1413-BKK_V2575-
BKK_VE531-SLGL.01.s.tif



V1413-BKK_V2575-
BKK_VE531-SLGL.039.s.tif



V1413-BKK_V2575-
BKK.003.s.tif



V1413-BKK_V2575-
BKK.009.s.tif



V1413-BKK_V2575-
BKK.018.s.tif



V1413-BKK_V2594-
BKK.083.s.tif



V1413-BKK_V2882-
BKK.010.s.tif



V1413-BKK_V2882-
BKK.012.s.tif



V1413-BKK_V2882-
BKK.051.s.tif



V1413-BPU_V2575-
BKK.009.s.tif



V1413-BPU_V2575-
BKK.024.s.tif



V1413-COB_V2393-
COB_VE531-SLGL.060.s_ext.tif



V1413-COB_V2393-
COB_VE531-SLGL.060.s.tif



V1413-COB_V2393-
COB.009.s.tif



V1413-COB_V2575-
COB_VE531-SLGL.01.s.tif



V1413-COB_V2575-
COB_VE531-SLGL.039.s.tif



V1413-COB_V2575-
COB.003.s.tif



V1413-COB_V2575-
COB.018.s.tif



V1413-COB_V2882-
COB.010.s.tif



V1413-COB_V2882-
COB.012.s.tif



V1413-COB_V2882-
COB.051.s.tif



V1413-GTR_V2575-
BKK.009.s.tif



V1413-GTR_V2575-
GTR.018.s.tif



V1413-JGT_V2575-
BKK.009.s.tif



V1413-JGT_V2575-
BKK.s.018.tif



V1413-NTB_V2575-NTB.024.tif



V1413-NTB_V2575-NTB.039.tif



V1413-OCC_V2393-
OCC.034.tif



V1413-OCC_V2393-
OCC.075.s.tif



V1413-OCC_V2575-
OCC_VE531-SLGL.039.s.tif



V1413-PLM_V2393-
PLM_VE531-SLGL.060.s.tif



V1413-PLM_V2393-
PLM.009.s.tif



V1413-PLM_V2575-
PLM_VE531-SLGL.01.s.tif



V1413-PLM_V2575-
PLM_VE531-SLGL.039.s.tif



V1413-PLM_V2575-
PLM.003.s.tif



V1413-PLM_V2575-
PLM.088.s.tif



V1413-PLM_V2575-
PLM.098.s.tif



V1413-PLM_V2882-
PLM.012.s.tif



V1413-PLM_V2882-
PLM.051.s.tif



V1413-PNP_V2575-
BKK.023.s.tif



V1413-PNP_V2575-
BKK.135.s.tif



V1413-PPS_V2393-
PPS_VE531-SLGL.060.s_ext.tif



V1413-PPS_V2393-
PPS_VE531-SLGL.060.s.tif



V1413-PPS_V2393-
PPS.009.s.tif



V1413-PPS_V2575-
PPS_VE531-SLGL.01.s.tif



V1413-PPS_V2575-
PPS.003.s.tif



V1413-PPS_V2882-
PPS.010.s.tif



V1413-PPS_V2882-
PPS.012.s.tif



V1413-PPS_V2882-
PPS.051.s.tif



V1413-PWP_V2575-
PWP.009.s.tif



V1413-PWP_V2575-
PWP.018.s.tif



V1413-RDD_V2393-
RDD_VE531-SLGL.060.s.tif



V1413-RDD_V2393-
RDD.009.s.tif



V1413-RDD_V2575-
JRS.009.s.tif



V1413-RDD_V2575-
PPS_VE531-SLGL.039.s.tif



V1413-RDD_V2575-
RDD_VE531-SLGL.01.s.tif



V1413-RDD_V2575-
RDD_VE531-SLGL.039.s.tif



V1413-RDD_V2575-
RDD.003.s.tif



V1413-RDD_V2575-
RDD.088.s.tif



V1413-RDD_V2575-
RDD.098.s.tif



V1413-RDD_V2882-
RDD.012.s.tif



V1413-RDD_V2882-
RDD.051.s.tif



V1413-SGR_V2393-
SGR.034.s.tif



V1413-SGR_V2393-
SGR.075.s.tif



V1413-SGR_V2575-
IGC.009.s.tif



V1413-SGR_V2575-
SGR_VE531-SLGL.039.s.tif



V1413-SGR_V2575-
SGR.003.s.tif



V1413-SGR_V2882-
SGR.010.s.tif



V1413-SGR_V2882-
SGR.051.s.tif



V1413-SNP_V2575-
SNP_VE531-SLGL.039.s.tif



V1413-SNP_V2575-
SNP.023.s.tif



V1413-STK_V2393-
STK_VE531-SLGL.060.s.tif



V1413-STK_V2393-
STK.009.s.tif



V1413-STK_V2575-
STK_VE531-SLGL.01.s.tif



V1413-STK_V2575-
STK.003.s.tif



V1413-SUL_V2393-
SUL.034.s.tif



V1413-SUL_V2393-
SUL.075.s.tif



V1413-SUL_V2575-
SUL_VE531-SLGL.039.s.tif



V1413-1PP_V2575-1PP.007.tif



V1413-1PP_V2575-1PP.019.tif



V1413-TQQ_V2393-
TQQ_VE531-SLGL.060.s.tif



V1413-TQQ_V2393-
TQQ.009.s.tif



V1413-TQQ_V2575-
TQQ_VE531-SLGL.01.s.tif



V1413-TQQ_V2575-
TQQ_VE531-SLGL.039.s.tif



V1413-TQQ_V2575-
TQQ.003.s.tif



V1413-TQQ_V2575-
TQQ.009.s.tif



V1413-TQQ_V2575-
TQQ.018.s.tif



V1413-TQQ_V2882-
TQQ.012.s.tif


V1413-TQQ_V2882-
TQQ.051.s.tif


V1413-WML_V2393-
WML_VE531-SLGL.060.s.tif


V1413-WML_V2393-
WML.009.s.tif


V1413-WML_V2575-
WML_VE531-SLGL.01.s.tif


V1413-WML_V2575-
WML.003.s.tif


V1413-WML_V2882-
WML.012.s.tif


V1413-WML_V2882-
WML.051.s.tif


V1433-AAA_V2575-AAA.002.tif


V1433-AAA_V2575-AAA.009.tif


V1433-AAA_V2575-AAA.010.tif


V1444-AAA_V2412-AAA.006.tif


V1444-AAA_V2412-AAA.053.tif


V1444-AAA_V2412-AAA.062.tif


V1466-BKK_V2136-
BKK.063.s.tif


V1466-BKK_V2136-
BKK.107.s.tif


V1466-COB_V2136-
COB.129.s.tif



V1466-COB_V2136-
COB.213.s.tif



V1466-PPO_V2136-
PPO.277.s.tif



V1466-PPO_V2136-
PPO.307.s.tif



V1466-PPS_V2136-
PPS.277.s.tif



V1466-PPS_V2136-
PPS.307.s.tif



V1466-RDD_V2136-
RDD.008.tif



V1466-RDD_V2136-
RDD.037.tif



V1466-STK_V2136-
STK.081.s.tif



V1466-STK_V2136-
STK.107.s.tif



V1466-TQQ_V2136-
TQQ.063.s.tif



V1466-TQQ_V2136-
TQQ.107.s.tif



V1466-WML_V2136-
WML.277.s.tif



V1466-WML_V2136-
WML.307.s.tif



V1474-AAA_V2572-AAA.033.tif



V1474-AAA_V2794-
AAA_M341-GL.030.tif



V1475-AAA_V2575-AAA.060.tif


V1475-AAA_V2504-AAA.077.tif


V1475-AAA_V2504-AAA.140.tif


V1475-AAA_V2775-AAA.005.tif


V1475-AAA_V2775-AAA.018.tif


V1475-AQR_V2572-TRU.018.s.tif


V1475-BKK_V2775-BKK.005.s.tif


V1475-BKK_V2775-BKK.018.s.tif


V1475-BZE_V2775-BZE.018.s.tif


V1475-COB_V22594-CBF.018.s.tif


V1475-MOR_V2575-MOR.011.tif


V1475-MOR_V2573-MOR.016.tif


V1475-PPS_V2575-PPS_M330-EA.05.tif


V14816-AAA_V24-1-AAA.060.tif


V14816-AAA_V24-14-AAA.099.tif


V14816-AQR_V2414-AQR.090.s.tif


V14816-AQR_V2414-AQR.099.s.tif



V14816-AQR_V2554-
AQR.179.s.tif



V14816-AQR_V2554-
PPO.179.s.tif



V14816-AQR_V2554-
YWW.179.s.tif



V14816-AQR_V2882-
AQR.039.s.tif



V14816-AQR_V2882-
AQR.055.s.tif



V14816-BKK_V2414-
BKK.060.s.tif



V14816-BKK_V2414-
BKK.099.s.tif



V14816-BKK_V2554-
BKK.210.s.tif



V14816-BKK_V2554-
BKK.270.s.tif



V14816-BKK_V2882-
BKK.039.s.tif



V14816-BKK_V2882-
BKK.055.s.tif



V14816-BRL_V2414-
BRL_Y65938-SL.060.s.tif



V14816-BRL_V2414-
BRL_Y65938-SL.099.s.tif



V14816-BRL_V2414-
YWW.060.s.tif



V14816-BTD_V2554-
BKK.210.s.tif



V14816-BTD_V2554-
BTD.046.tif



V14816-BTD_V2554-
BTD.071.tif



V14816-COB_V2414-
COB.090.s.tif



V14816-COB_V2414-
COB.099.s.tif



V14816-COB_V2554-
COB.210.s.tif



V14816-COB_V2554-
COB.270.s.tif



V14816-COB_V2882-
COB.039.s.tif



V14816-COB_V2882-
COB.055.s.tif



V14816-FST_V2414-
FST.090.tif



V14816-FST_V2414-
FST.099.s.tif



V14816-FST_V2554-
FST.179.s.tif



V14816-FST_V2554-
FST.270.s.tif



V14816-FST_V2882-
FST.039.s.tif



V14816-FST_V2882-
FST.055.s.tif



V14816-OLY_V2414-
OLY.060.s.tif



V14816-OLY_V2414-
OLY.099.s.tif



V14816-PER_V2414-
PER.060.s.tif



V14816-PER_V2414-
PER.099.s.tif



V14816-PER_V2554-
PER.179.s.tif



V14816-PER_V2554-
PER.270.s.tif



V14816-PER_V2882-
PER.039.s.tif



V14816-PER_V2882-
PER.055.s.tif



V14816-PLM_V2414-
PLM.090.s.tif



V14816-PLM_V2414-
PLM.099.s.tif



V14816-PLM_V2554-
PLM.210.s.tif



V14816-PLM_V2554-
PLM.270.s.tif



V14816-PLM_V2882-
PLM.039.s.tif



V14816-PLM_V2882-
PLM.055.s.tif



V14816-PPO_V2414-
PPO.090.s.tif



V14816-PPO_V2414-
PPO.099.s.tif



V14816-PPO_V2554-
PPO.179.s.tif



V14816-PPO_V2554-
PPO.270.s.tif



V14816-PPO_V2882-
PPO.039.s.tif



V14816-PPO_V2882-
PPO.055.s.tif



V14816-PPS_V2414-
PPS.090.s.tif



V14816-PPS_V2414-
PPS.099.s.tif



V14816-PPS_V2554-
PPS.179.s.tif



V14816-PPS_V2554-
PPS.270.s.tif



V14816-PPS_V2554-
SGR.179.s.tif



V14816-PPS_V2882-
PPS.039.s.tif



V14816-PPS_V2882-
PPS.055.s.tif



V14816-RDD_V2414-
RDD.090.s.tif



V14816-RDD_V2414-
RDD.099.s.tif



V14816-RDD_V2554-
PLM.210.s.tif



V14816-RDD_V2554-
RDD.210.s.tif



V14816-RDD_V2554-
RDD.270.s.tif



V14816-RDD_V2882-
RDD.039.s.tif



V14816-RDD_V2882-
RDD.055.s.tif



V14816-RTD_V2554-
RTD.020.tif



V14816-RTD_V2554-
RTD.062.tif



V14816-RTD_V2554-
TQQ.210.s.tif



V14816-SGR_V2414-
SGR.060.s.tif



V14816-SGR_V2414-
SGR.099.s.tif



V14816-SGR_V2554-
SGR.179.s.tif



V14816-SGR_V2554-
SGR.270.s.tif



V14816-SGR_V2882-
SGR.039.s.tif



V14816-SGR_V2882-
SGR.055.s.tif



V14816-STA_V2554-
RWS.270.s.tif



V14816-STA_V2554-
STA.179.s.tif



V14816-STA_V2554-
STA.270.s.tif



V14816-STK_V2414-
STK.060.s.tif



V14816-STK_V2414-
STK.099.s.tif



V14816-STK_V2554-
STK.210.s.tif



V14816-STK_V2554-
STK.270.s.tif



V14816-STK_V2882-
STK.039.s.tif



V14816-STK_V2882-STK.055.s.tif



V14816-TLL_V2414-TLL.090.s.tif



V14816-TLL_V2414-TLL.099.s.tif



V14816-TLL_V2554-TLL.210.s.tif



V14816-TLL_V2554-TLL.270.s.tif



V14816-TLL_V2882-TLL.039.s.tif



V14816-TLL_V2882-TLL.055.s.tif



V14816-TQQ_V2414-TQQ.060.s.tif



V14816-TQQ_V2414-TQQ.099.s.tif



V14816-TQQ_V2554-TQQ.210.s.tif



V14816-TQQ_V2554-TQQ.270.s.tif



V14816-TQQ_V2882-TQQ.039.s.tif



V14816-TQQ_V2882-TQQ.055.s.tif



V14816-TTD_V2554-TTD_M321-BL.037.tif



V14816-TTD_V2554-TTD.046.tif



V14816-WHT_V2414-FST.060.s.tif



V14816-WHT_V2414-
WHT.060.s.tif



V14816-WHT_V2414-
WHT.099.s.tif



V14816-WHT_V2554-
WHT.179.s.tif



V14816-WHT_V2554-
WHT.270.s.tif



V14816-WHT_V2882-
WHT.039.s.tif



V14816-WHT_V2882-
WHT.055.s.tif



V14816-WML_V2414-
WML.060.s.tif



V14816-WML_V2414-
WML.099.s.tif



V14816-WML_V2554-
FST.179.s.tif



V14816-WML_V2554-
WML.179.s.tif



V14816-WML_V2554-
WML.270.s.tif



V14816-WML_V2882-
WML.039.s.tif



V14816-WML_V2882-
WML.055.s.tif



V14816-WTD_V2414-
WHT.060.s.tif



V14816-WTD_V2414-
WHT.060.s.tif



V14816-WTD_V2554-
BKK.210.s.tif



V14816-WTD_V2554-
WTD.037.tif



V14816-WTD_V2554-
WTD.088.tif



V14816-YWN_V2554-
YWN.210.s.tif



V14816-YWW_V2414-
YWW.060.s.tif



V14816-YWW_V2414-
YWW.099.s.tif



V14816-YWW_V2554-
YWW.270.s.tif



V14816-YWW_V2882-
YWW.039.s.tif



V14816-YWW_V2882-
YWW.055.s.tif



V1485-AQR_V2575-
AQR.019.s.tif



V1485-BKK_V2575-BKK.014.tif



V1485-BKK_V2575-
BKK.019.s.tif



V1485-BKK_V2575-BKK.025.tif



V1485-BTD_V2554-BTD.001.tif



V1485-BTD_V2554-BTD.017.tif



V1485-COB_V2575-COB.016.tif



V1485-COB_V2575-
COB.019.s.tif