# EXHIBIT A
# (Part 5 of 7)



V1485-COB_V2575-COB.027.tif



V1485-PPS_V2575-PPS.038.s.tif



V1485-PPS_V2575-PPS.053.s.tif



V1485-RTD_V2575-RTD.030.tif



V1485-RTD_V2575-RTD.097.tif



V1485-STK_V2575-STK.038.s.tif



V1485-STK_V2575-STK.053.s.tif



V1485-TQQ_V2575-TQQ.019.s.tif



V1485-TQQ_V2575-TQQ.065.tif



V1485-TTD_V2554-TTD.003.tif



V1485-TTD_V2554-TTD.011.tif



V1485-WHT_V2575-WHT.007.s.tif



V1485-WHT_V2575-WHT.022.s.tif



V1485-WML_V2575-WML.007.s.tif



V1485-WML_V2575-WML.019.s.tif



V1485-WML_V2575-WML.022.s.tif



V1485-WTD_V2575-
WTD.018.tif



V1485-WTD_V2575-
WTD.033.tif



V1485-WTD_V2575-
WTD.040.tif



V1493-AAA_V2552-AAA.002.tif



V1493-AAA_V2552-AAA.018.tif



V1494-AAA_V2572-AAA.009.tif



V1502-AAA_V2552-
AAA.782.s.tif



V1502-AAA_V924-AAA.026.tif



V1502-AAA_W2119-
AAA_M341-GL_LC511-
WH.007.tif



V1505-AAA_A1197-TLL_M331-
EA.005.tif



V1505-AAA_V2554-AAA_V982-
AAA.18.tif



V1505-AAA_V2554-
AAA.0671.tif



V1505-AAA_V2554-
AAA.0674.tif



V1505-AAA_V2554-
AAA.0684.tif



V1505-AAA_V2554-
AAA.0685.tif



V1505-AAA_V2554-
AAA.0697.tif



V1505-AAA_V2554-
AAA.0711.tif



V1505-AAA_V2554-
AAA.0730.tif



V1505-AAA_V2554-
PPS_A1197-PPS.065.tif



V1505-AAA_V2554-
WML_A1197-WML.006.tif



V1505-AAA_V2554-
WML_A1197-WML.034.tif



V1505-AQR_V2554-
AQR_A1197-AQR.006.tif



V1505-AQR_V2554-
AQR_A1197-AQR.041.tif



V1505-AQR_V2554-
AQR_A1197-AQR.068.tif



V1505-AQR_V2554-
AQR_A1197-AQR.073.tif



V1505-AQR_V2554-AQR.001.tif



V1505-AQR_V2554-
AQR.0039.s.tif



V1505-AQR_V2554-
AQR.0711.s.tif



V1505-AQR_V2554-
AQR.0730.s.tif



V1505-AQR_V2554-
AQR.1025.s.tif



V1505-AQR_V2554-
AQR.1155.s.tif



V1505-AQV_V2393-AQV.016.tif



V1505-AQV_V2393-
AQV.034.s.tif



V1505-AQV_V2393-
AQV.044.s.tif



V15C5-AQV_V2393-AQV.049.tif



V15C5-AQV_V2554-AQV.015.tif



V15C5-AQV_V2554-AQV.048.tif



V1505-BBR_V2554-BBR_V972-
BBR.118.tif



V1505-BBR_V2554-BBR_V972-
BBR.90.tif



V15C5-BBR_V2554-BBR.44.tif



V1505-BDI_V2554-
BDI.0711.s.tif



V1505-BDI_V2554-
BDI.0730.s.tif



V1505-BKK_L20016-
BWW_Y65930-SL.072.tif



V1505-BKK_L20016-
BWW.087.tif



V1505-BKK_V2554-
BKK_A1197-BKK.51.s.tif



V1505-BKK_V2554-
BKK.0041.s.tif



V1505-BKK_V2554-
BKK.0271.s.tif



V1505-BKK_V2554-
BKK.040.s.tif



V15C5-BKK_V2554-BKK.38.tif



V1505-BPM_V2554-
BPM_V972-BPM.028.tif



V1505-BPM_V2554-
BPM_V972-BPM.49.s.tif



V1505-BPM_V2554-BPM.005.tif



V1505-COB_V2554-
COB_A1197-COB.30.tif



V1505-COB_V2554-
COB_A1197-RDD.029.s.tif



V1505-COB_V2554-
COB.0352.s.tif



V1505-COB_V2554-COB.040.tif



V15C5-COB_V2554-COB.050.tif



V1505-COB_V2554-COB.062.tif



V1505-COB_V2554-
COB.0685.s.tif



V1505-COB_V2554-
COB.1067.s.tif



V1505-COB_V2554-COB.3.s.tif



V1505-COB_V2554-COB.s.tif



V1505-DIS_V2554-
DIS.0356.s.tif



V1505-DIS_V2554-
DIS.0685.s.tif



V1505-EOT_V2554-EOT.015.tif



V1505-EOT_V2554-EOT.037.tif



V1505-FOF_V2554-
FOF_A1197-BKK.021.s.tif



V1505-FOW_V2554-
FOW_A1197-BKK.039.tif



V1505-FSO_V2554-
FSO.1312.s.tif



V1505-FSO_V2554-
FSO.1385.s.tif



V1505-FST_V2554-
FST_A1197-FST.027.tif



V1505-FST_V2554-
FST_A1197-FST.029.s.tif



V1505-FST_V2554-
FST_A1197-FST.061.tif



V1505-FST_V2554-
FST_A1197-PER.029.s.tif



V1505-FST_V2554-FST.026.tif



V1505-FST_V2554-
FST.0356.s.tif



V1505-FST_V2554-
FST.0685.s.tif



V1505-FST_V2554-FST.083.tif



V1505-GLA_V2554-
GLA.0711.s.tif



V1505-GLA_V2554-
GLA.0730.s.tif



V1505-GTR_V2554-
GTR.0271.s.tif



V1505-GTR_V2554-GTR.051.tif



V1505-GTR_V2554-GTR.060.tif



V1505-GTR_V2554-
GTR.1340.s.tif



V1505-HVB_V2554-
HVB.0685.s.tif



V1505-HVB_V2554-
HVB.0711.s.tif



V1505-HVB_V2554-
HVB.1312.s.tif



V1505-JGT_V2554-JGT.077.tif



V1505-JGT_V2554-JGT.092.tif



V1505-LUA_V2554-LUA.026.tif



V1505-LUA_V2554-LUA.047.tif



V1505-MVB_V2554-
MVB.0711.s.tif



V1505-MVB_V2554-
MVB.0730.s.tif



V1505-NTB_V2554-NTB.030.tif



V1505-NTB_V2554-NTB.064.tif



V1505-PAL_V2554-PAL_V972-
PAL.49.s.tif



V1505-PER_V2554-
PER_A1197-PER.029.s.tif



V1505-PER_V2554-
PER_A1197-PER.029.tif



V1505-PER_V2554-PER.009.tif



V1505-PER_V2554-
PER.0356.s.tif



V1505-PER_V2554-PER.051.tif



V1505-PER_V2554-
PER.0685.s.tif



V1505-PIX_V2554-
PIX.0711.s.tif



V1505-PIX_V2554-
PIX.0730.s.tif



V1505-PLM_V2554-
PLM_A1197-PLM_M341-
GL.15.tif



V1505-PLM_V2554-
PLM_A1197-PLM.14.tif



V1505-PLM_V2554-
PLM_A1197-PLM.14.tif



V1505-PLM_V2554-PLM_M341-
GL.04.tif



V1505-PLM_V2554-PLM_M341-
GL.051.tif



V1505-PLM_V2554-PLM_M341-
GL.06.tif



V1505-PLM_V2554-PLM_M341-
GL.058.tif



V1505-PLM_V2554-
PLM.0360.s.tif



V1505-PLM_V2554-
PLM.0382.s.tif



V1505-PLM_V2554-
PLM.0565.s.tif



V1505-POC_V2554-POC_V972-
POC.061.tif



V1505-POC_V2554-POC.068.tif



V1505-POC_V2554-POC.088.tif



V1505-PPO_V2554-
PPO_A1197-FST.061.s.tif



V1505-PPO_V2554-
PPO_A1197-PPO.018.tif



V1505-PPO_V2554-
PPO.0041.s.tif



V1505-PPO_V2554-PPO.055.tif



V1505-PPO_V2554-
PPO.0685.s.tif



V1505-PPO_V2554-PPO.072.tif



V1505-PPS_V2554-
PPS_A1197-PPS.065.s.tif



V1505-PPS_V2554-PPS_V982-
PPS.18.s.tif



V1505-PPS_V2554-
PPS.0711.s.tif



V1505-PPS_V2554-
PPS.0733.s.tif



V1505-PSP_V2554-
PSP.0711.s.tif



V1505-PSP_V2554-
PSP.0730.s.tif



V1505-PTI_V2554-PTI.053.tif



V15C5-P~I_V2554-PTI.074.tif



V1505-PTI_V9003-
LCR_M11216-GL.009.tif



V1505-PWP_V2393-PWP.031.tif



V1505-PWP_V2393-
PWP.034.s.tif



V1505-PWP_V2393-PWP.039.tif



V1505-PWP_V2393-
PWP.044.s.tif



V1505-PWP_V2554-PWP.001.tif



V1505-PWP_V2554-PWP.032.tif



V1505-RDD_V2554-
RDD_A1197-RDD.07.s.tif



V1505-RDD_V2554-
RDD.0041.s.tif



V1505-RDD_V2554-
RDD.0360.s.tif



V1505-SGN_V2554-
SGN_V972-SGN.044.tif



V15C5-SGN_V2554-
SGN_V972-SGN.069.tif



V1505-SGN_V2554-SGN.47.tif



V1505-SGN_V2554-SGN.59.tif



V15C5-SGR_V2414-SGR.141.tif



V15C5-SGR_V2414-SGR.161.tif



V1505-SGR_V2554-SGR_A1197-SGR.022.tif



V1505-SGR_V2554-SGR_V962-SGR.007.tif



V1505-SGR_V2554-SGR.0730.s.tif



V1505-SNP_V2554-SNP.0697.s.tif



V1505-SNP_V2554-SNP.730.s.tif



V15C5-STA_V2554-RWS.033.tif



V1505-STA_V2554-RWS.068.tif



V1505-STK_V2554-STK_A1197-STK.04.s.tif



V1505-STK_V2554-STK.0271.s.tif



V1505-STK_V2554-STK.0360.s.tif



V1505-STK_V2554-STK.0382.s.tif



V15C5-STK_V2554-STK.1067.s.tif



V1505-STK_V2554-STK.1155.s.tif



V1505-SUL_V2554-
SUL.0730.s.tif



V1505-TCD_V2554-TCD_V972-
TCD.18.s.tif



V1505-TCD_V2554-
TCD.0730.s.tif



V1505-TCD_V2554-
TCD.1155.s.tif



V1505-TLL_A1197-TLL_M331-
EA.005.s.tif



V1505-TLL_V2554-
TLL.0711.s.tif



V1505-TLL_V2554-
TLL.0730.s.tif



V1505-TPP_V2554-
TPP.271.s.tif



V1505-TPP_V2554-
TPP.280.s.tif



V1505-TQQ_V2554-
TQQ_A1197-TQQ_M321-
BL.05.tif



V1505-TQQ_V2554-
TQQ.0041.s.tif



V1505-TQQ_V2554-
TQQ.0685.s.tif



V1505-TQQ_V2554-
TQQ.352.s.tif



V1505-TQQ_V2554-TQQ.tif



V1505-WHT_A1162-WH.02.tif



V1505-WHT_L20016-
BLK.11.s.tif



V1505-WHT_I 200 IG-
BLK.19.s.tif



V1505-WHT_V2554-
WHT_A1197-PER.029.s.tif



V1505-WHT_V2554-
WHT_A1197-WHT.029.s.tif



V1505-WHT_V2554-
WHT_A1197-WHT.20.s.tif



V1505-WHT_V2554-
WHT.0271.s.tif



V1505-WHT_V2554-
WHT.0280.s.tif



V1505-WHT_V2554-
WHT.0360.s.tif



V1505-WML_V2554-
WML_A1197-WML.006.s.tif



V1505-WML_V2554-
WML_A1197-WML.034.s.tif



V1505-WML_V2554-
WML.001.tif



V1505-WML_V2554-
WML.0711.s.tif



V1505-WML_V2554-
WML.0730.s.tif



V1505-YWW_A1162-YL.29.s.tif



V1505-YWW_A1162-YL.30.s.tif



V1505-YWW_A1197-
YWW_V982-YWW.2.tif



V1505-YWW_V2554-
YWW_V982-YWW.13.s.tif



V1505-YWW_V2554-YWW_V982-YWW.18.s.tif



V1533-AAA_V2433-AAA.009.tif



V1533-AAA_V2433-AAA.029.tif



V1533-AAA_V2433-AAA.033.tif



V1533-AAA_V2433-AAA.170.tif



V1533-AAA_V2433-AAA.183.tif



V1536-BRL_V2995-BRL.021.s.tif



V1536-BRL_V2995-BRL.034.s.tif



V1536-OLY_V2995-OLY.021.s.tif



V1536-OLY_V2995-OLY.034.s.tif



V1536-OLY_V2995-OLY.132.s.tif



V1546-BSA_V6382-BSA.093.s.tif



V1546-BSA_V6382-BSA.126.s.tif



V1546-BWH_V6382-BWH.067.s.tif



V1546-BWH_V6382-BWH.126.s.tif



V1546-BWH_V6382-WHT.056.s.tif



V1546-CBK_V6382-
BKK.056.s.tif



V1546-CBK_V6382-
CBK.067.s.tif



V1546-CBK_V6382-
CBK.126.s.tif



V1546-PNB_V6382-
PNB.093.s.tif



V1546-PNB_V6382-
PNB.126.s.tif



V1546-SOC_V6382-
SOC.056.s.tif



V1546-SOC_V6382-
SOC.126.s.tif



V1546-TBK_V6382-
PNB.056.s.tif



V1546-TBK_V6382-
TBK.056.s.tif



V1546-TBK_V6382-
TBK.126.s.tif



V1556-LUA_V2575-LUA.009.tif



V1556-LUA_V2575-LUA.046.tif



V1592-AAA_V2393-AAA.042.tif



V1592-AAA_V2393-AAA.070.tif



V1592-AAA_V2552-
AAA_M341-AAA.009.tif



V1592-AAA_V2552-
AAA_M341-AAA.021.tif



V1592-AAA_V2552-AAA.232.tif



V1592-AAA.44.tif



V1602-AAA_A1112-BKK.27.tif



V1602-AAA_A1112-
BNN_M331-NA.02.tif



V1602-AAA_A1112-
BNN_M331-NA.09.tif



V1602-AAA_A1112-TQQ.01.tif



V1602-AAA_A1112-TQQ.022.tif



V1602-AAA_A1112-TQQ.062.tif



V1602-AAA_A1112-TQQ.07.tif



V1602-AAA_L209-BK.05.tif



V1602-AAA_L209-BK.12.tif



V1602-AAA_L209-WH.43.tif



V1602-AAA_L209-WH.50.tif



V1602-AAA_L245-NA.02.tif



V1602-AAA_L245-NA.05.tif



V1602-AAA_V2393-AAA.042.tif


V1602-AAA_V2393-AAA.057.tif


V1602-AAA_V2393-AAA.311.tif


V1602-AAA_V2393-AAA.356.s.tif


V1602-AAA_V2393-AAA.385.s.tif


V1602-AAA_V2414-AAA.067.tif


V1602-AAA_V2414-AAA.084.tif


V1602-AAA_V2414-AAA.148.tif


V1602-AAA_V2543-AAA.542.tif


V1602-AAA_V2543-AAA.565.tif


V1602-AAA_V2543-AAA.583.tif


V1602-AAA_V2543-AAA.605.tif


V1602-AAA_V2543-AAA.645.tif


V1602-AAA_V2543-AAA.667.tif


V1602-AAA_V2543-AAA.682.tif


V1602-AAA_V2554-AAA.002.tif


V1602-AAA_V2554-AAA.004.tif



V1602-AAA_V2554-AAA.073.tif



V1602-AAA_V2684-
AAA_M341-GL.006.tif



V1602-AAA_V2684-
AAA_M341-GL.025.tif



V1602-AAA_V2684-AAA.004.tif



V1602-AAA_V2882-AAA_V982-
AAA.030.tif



V1602-AAA_V2882-AAA.005.tif



V1602-AAA_V2882-AAA.034.tif



V1602-AAA_V2882-AAA.142.tif



V1602-AAA_V5592-AAA.094.tif



V1602-AAA_V5592-AAA.128.tif



V1602-AAA_V5592-AAA.145.tif



V1602-AAA_V923-PPS_M331-
EA.006.tif



V1602-AAA_V923-PPS_M331-
EA.077.tif



V1602-AAA_V923-TLL_M331-
EA.008.tif



V1602-AAA_V923-TLL.012.tif



V1602-AAA_V923-WML.024.tif



V1602-AAA_V923-WML.036.tif



V1602-AAA_W2119-NVY.008.tif



V1602-AAA_W2119-NVY.012.tif



V1602-AAA_W2119-RED.001.tif



V1602-AAA_W2119-RED.003.tif



V1602-AAA_W2120-AAA.001.tif



V1602-AAA_W2120-AAA.029.tif



V1602-AAA.02.tif



V1602-AAA.08.tif



V1602-AQR_L1646-PKMU.037.tif



V1602-AQR_L1646-PKMU.127.tif



V1602-AQR_V2393-AQR.042.s.tif



V1602-AQR_V2393-AQR.057.s.tif



V1602-AQR_V2393-AQR.465.s.tif



V1602-AQR_V2414-AQR.067.s.tif



V1602-AQR_V2414-AQR.084.s.tif



V1602-AQR_V2543-
AQR.542.s.tif



V1602-AQR_V2543-
AQR.565.s.tif



V1602-AQR_V2554-
AQR_M341-SL.005.s.tif



V1602-AQR_V2554-
AQR.077.s.tif



V1602-AQR_V2554-
AQR.176.s.tif



V1602-AQR_V2684-
AQR.018.s.tif



V1602-AQR_V2684-
AQR.056.s.tif



V1602-AQR_V2882-
AQR_V982-AQR.006.s.tif



V1602-AQR_V2882-
AQR_V982-AQR.067.s.tif



V1602-AQR_V91016-
AQR_M331-SE_LP114-
NA.012.tif



V1602-AQR_V91016-
AQR_M331-SE.074.s.tif



V1602-AQR_V923-
AQR.005.s.tif



V1602-AQR_V923-
AQR.006.s.tif



V1602-BDI_V2393-
BDI.002.s.tif



V1602-BDI_V2393-
BDI.127.s.tif



V1602-BKK_L20416-
BKWH.13.s.tif



V1602-BKK_GM003-
GRMU.046.tif



V1602-BKK_GM003-
GRMU.091.tif



V1602-BKK_L1036-BK.030.tif



V1602-BKK_L1036-TL.008.tif



V1602-BKK_L254-AAA.05.tif



V1602-BKK_L254-AAA.13.tif



V1602-BKK_V2036-
BSA.049.s.tif



V1602-BKK_V2036-
BSA.071.s.tif



V1602-BKK_V2036-
BSA.238.s.tif



V1602-BKK_V2036-
BSA.268.s.tif



V1602-BKK_V2036-
BWH.049.s.tif



V1602-BKK_V2036-
BWH.071.s.tif



V1602-BKK_V2036-
BWH.209.s.tif



V1602-BKK_V2036-
BWH.268.s.tif



V1602-BKK_V2036-
CBK.238.s.tif



V1602-BKK_V2036-
CBK.268.s.tif



V1602-BKK_V2036-
PNB.049.s.tif



V1602-BKK_V2036-
PNB.071.s.tif



V1602-BKK_V2036-
PNB.146.s.tif



V1602-BKK_V2036-
PNB.192.s.tif



V1602-BKK_V2036-
PNB.238.s.tif



V1602-BKK_V2036-
PNB.268.s.tif



V1602-BKK_V2036-
TBK.006.s.tif



V1602-BKK_V2036-
TBK.049.s.tif



V1602-BKK_V2036-
TBK.071.s.tif



V1602-BKK_V2036-
TBK.209.s.tif



V1602-BKK_V2036-
TBK.268.s.tif



V1602-BKK_V2211G-
BKK.035.s.tif



V1602-BKK_V2211G-
BKK.040.s.tif



V1602-BKK_V2393-
BKK.002.s.tif



V1602-BKK_V2393-
BKK.057.s.tif



V1602-BKK_V2414-BKK_M341-
GL.04.s.tif


V1602-BKK-V2 4-
BKK.003.s.tif


V1602-BKK_V2543-
BKK.097.s.tif


V1602-BKK_V2543-
BKK.231.s.tif


V1602-BKK_V2543-
BKK.244.s.tif


V1602-BKK_V2543-
ICF.097.s.tif


V1602-BKK_V2554-
BKK.002.s.tif


V1602-BKK_V2554-
BKK.016.s.tif


V1602-BKK_V2554-
BKK.029.s.tif


V1602-BKK_V2554-BKK.58.tif


V1602-BKK_V2684-BKK_M341-
SL.006.s.tif


V1602-BKK_V2684-BKK_M341-
SL.025.s.tif


V1602-BKK_V2684-
BKK.004.s.tif


V1602-BKK_V2882-
BKK.004.s.tif


V1602-BKK_V2882-
BKK.042.s.tif


V1602-BKK_V2882-
BKK.064.s.tif


V1602-BKK_V2995-BKK.020.tif


V1602-BKK_V2995-BKK.023.tif


V1602-BKK_V2995-BKK.051.tif


V1602-BKK_V2995-BKK.073.tif


V1602-BKK_V91016-BKK.021.tif


V1602-BKK_V91016-BKK.046.tif


V1602-BKK_V923-BKK.34.tif


V1602-BKK_V923-BKK.55.tif


V1602-BNN_V2554-BNN.002.s.tif


V1602-BPM_V2543-BPM.097.s.tif


V1602-BTD_V2543-BTD.018.s.tif


V1602-BTD_V2543-BTD.097.s.tif


V1602-BWD_V2543-BWD.091.tif


V1602-BWD_V2543-BWD.502.s.tif


V1602-BZE_V2543-BZE.097.s.tif


V1602-CBK_V2036-CBK.091.s.tif


V1602-COB_L20216-WHT.03.s.tif



V1602-COB_V2711G-
COB.035.s.tif



V1602-COB_V2711G-
COB.040.s.tif



V1602-COB_V2393-
COB.042.s.tif



V1602-COB_V2393-
COB.104.s.tif



V1602-COB_V2393-
COB.110.s.tif



V1602-COB_V2393-
COB.395.s.tif



V1602-COB_V2414-
COB_M341-GL.04.s.tif



V1602-COB_V2414-
COB_M341-GL.08.s.tif



V1602-COB_V2414-
COB_M341-SL.04.s.tif



V1602-COB_V2414-
COB.003.s.tif



V1602-COB_V2414-
MDP_M341-GL.04.s.tif



V1602-COB_V2543-
COB.231.s.tif



V1602-COB_V2543-
COB.244.s.tif



V1602-COB_V2554-
COB.002.s.tif



V1602-COB_V2554-
COB.016.s.tif



V1602-COB_V2554-
COB.029.s.tif



V1602-COB_V2554-COB.37.tif



V1602-COB_V2684-COB_M341-SL.006.s.tif



V1602-COB_V2684-COB_M341-SL.025.s.tif



V1602-COB_V2684-COB.004.s.tif



V1602-COB_V2882-COB_V982-COB.006.s.tif



V1602-COB_V2882-COB.004.s.tif



V1602-COB_V2882-COB.042.s.tif



V1602-COB_V2882-COB.332.s.tif



V1602-COB_V2995-COB.032.s.tif



V1602-COB_V2995-COB.051.s.tif



V1602-COB_V2995-COB.069.s.tif



V1602-COB_V2995-COB.074.s.tif



V1602-COB_V2995-COB.086.s.tif



V1602-COB_V2995-COB.108.s.tif



V1602-COB_V91016-AQR_M331-SE_LP114-NA.012.tif



V1602-COB_V91016-COB.052.tif



V1602-COB_V9101G-
COB.108.tif



V1602-DIS_V2397-
DIS.127.s.tif



V1602-DIS_V2393-
DIS.464.s.tif



V1602-FST_V2397-
FST.002.s.tif



V1602-FST_V2393-
FST.057.s.tif



V1602-FST_V2414-
FST.067.s.tif



V1602-FST_V2414-
FST.115.s.tif



V1602-FST_V2543-
FST.542.s.tif



V1602-FST_V2543-
FST.565.s.tif



V1602-FST_V2554-
FST.029.s.tif



V1602-FST_V2554-
FST.077.s.tif



V1602-FST_V2684-
FST.042.s.tif



V1602-FST_V2684-
FST.056.s.tif



V1602-FST_V2882-
FST.332.s.tif



V1602-FST_V2882-
FST.382.s.tif



V1602-GTR_V2393-
GTR.042.s.tif


V1602-GTR_V2393-
GTR.104.s.tif


V1602-GTR_V2393-
GTR.110.s.tif


V1602-JGT_V2397-
JGT.042.s.tif


V1602-JGT_V2393-
JGT.311.s.tif


V1602-MAN_V2543-
MAN.097.s.tif


V1602-MOR_V2543-
MOR.097.s.tif


V1602-NTB_V2543-NTB.005.s.tif


V1602-NTB_V2543-NTB.062.tif


V1602-NTB_V2554-
NTB.073.s.tif


V1602-NVW_V2543-
NVW.033.tif


V1602-NVW_V2543-
NVW.088.tif


V1602-OCC_V2393-
OCC.042.s.tif


V1602-OCC_V2393-
OCC.311.s.tif


V1602-OCC_V2554-
OCC.176.s.tif


V1602-PAL_V2543-
PAL.097.s.tif


V1602-PCH_V2554-
PCH.002.s.tif



V1602-PER_GM003-
BLMU.029.s.tif



V1602-PER_GM003-
BLMU.079.s.tif



V1602-PER_V2397-
PER.042.s.tif



V1602-PER_V2393-
PER.311.s.tif



V1602-PER_V2414-
PER.067.s.tif



V1602-PER_V2414-
PER.084.s.tif



V1602-PER_V2542-
PER.231.s.tif



V1602-PER_V2543-
PER.018.s.tif



V1602-PER_V2554-
PER.048.s.tif



V1602-PER_V2554-
PER.077.s.tif



V1602-PER_V2684-
PER.056.s.tif



V1602-PER_V2684-
PER.076.s.tif



V1602-PER_V2882-
PER.005.s.tif



V1602-PER_V2882-
PER.034.s.tif



V1602-PLM_V2393-
PLM.002.s.tif



V1602-PLM_V2393-
PLM.104.s.tif



V1602-PLM_V2397-
PLM.110.s.tif



V1602-PLM_V2414-PLM_M341-
GL.04.s.tif



V1602-PLM_V2414-PLM_M341-
GL.08.s.tif



V1602-PLM_V2414-
PLM.003.s.tif



V1602-PLM_V2543-
PLM.018.s.tif



V1602-PLM_V2543-
PLM.097.s.tif



V1602-PLM_V2543-
PLM.231.s.tif



V1602-PLM_V2543-
PLM.244.s.tif



V1602-PLM_V2554-
PLM.002.s.tif



V1602-PLM_V2554-
PLM.016.s.tif



V1602-PLM_V2554-
PLM.048.s.tif



V1602-PLM_V2684-
PLM.042.s.tif



V1602-PLM_V2684-
PLM.056.s.tif



V1602-PLM_V2882-
PLM.004.s.tif



V1602-PLM_V2882-
PLM.042.s.tif



V1602-POC_V2393-
POC.042.s.tif



V1602-POC_V2393-POC.110.s.tif



V1602-PPO_V2711G-PPO.035.s.tif



V1602-PPO_V2711G-PPO.040.s.tif



V1602-PPO_V2393-PPO.104.s.tif



V1602-PPO_V2393-PPO.110.s.tif



V1602-PPO_V2414-PPO.067.s.tif



V1602-PPO_V2414-PPO.084.s.tif



V1602-PPO_V2543-PPO.542.s.tif



V1602-PPO_V2543-PPO.565.s.tif



V1602-PPO_V2554-PPO.176.s.tif



V1602-PPO_V2554-PPO.213.s.tif



V1602-PPO_V2684-PPO.018.s.tif



V1602-PPO_V2684-PPO.056.s.tif



V1602-PPO_V2882-PPO_V982-PPO.006.s.tif



V1602-PPO_V2882-PPO_V982-PPO.067.s.tif



V1602-PPO_V2995-PPO.032.s.tif


V1602-PPO_V2995-
PPO.051.s.tif


V1602-PPS_V2216-
PPS.034.s.tif


V1602-PPS_V2216-
PPS.040.s.tif


V1602-PPS_V2393-
PPS.002.s.tif


V1602-PPS_V2393-
PPS.042.s.tif


V1602-PPS_V2393-
PPS.291.s.tif


V1602-PPS_V2393-
PPS.311.s.tif


V1602-PPS_V2414-PPS_M341-
GL.15.s.tif


V1602-PPS_V2414-
PPS.003.s.tif


V1602-PPS_V2543-
BBR.542.s.tif


V1602-PPS_V2543-
PPS.542.s.tif


V1602-PPS_V2543-
PPS.565.s.tif


V1602-PPS_V2554-
PPS.016.s.tif


V1602-PPS_V2554-
PPS.048.s.tif


V1602-PPS_V2554-
PPS.232.s.tif


V1602-PPS_V2684-PPS_M341-
GL.006.s.tif



V1602-PPS_V2684-PPS_M341-GL.025.s.tif



V1602-PPS_V2684-PPS.004.s.tif



V1602-PPS_V2882-PPS_V962-PPS.006.s-t.tif



V1602-PPS_V2882-PPS_V962-PPS.006.s.tif



V1602-PPS_V2882-PPS.005.s.tif



V1602-PPS_V2882-PPS.142.s.tif



V1602-PPS_V2995-PPS.086.s.tif



V1602-PPS_V2995-PPS.102.s.tif



V1602-PPS_V923-PPS_M331-EA.006.s.tif



V1602-PPS_V923-PPS_M331-EA.077.s.tif



V1602-PPT_V2543-PPT.117.s.tif



V1602-PPT_V2543-PPT.502.s.tif



V1602-PSP_V2393-PSP.002.s.tif



V1602-PSP_V2393-PSP.127.s.tif



V1602-PWP_V2543-PWP.097.s.tif



V1602-RDD_A1162-RD.07.s.tif



V1602-RDD_L20716-
WHT.03.s.tif



V1602-RDD_V27116-
RDD.034.s.tif



V1602-RDD_V27116-
RDD.040.s.tif



V1602-RDD_V2397-
RDD.002.s.tif



V1602-RDD_V2393-
RDD.042.s.tif



V1602-RDD_V2393-
RDD.057.s.tif



V1602-RDD_V2414-
RDD_M341-GL.04.s.tif



V1602-RDD_V2414-
RDD.003.s.tif



V1602-RDD_V2543-
RDD.231.s.tif



V1602-RDD_V2543-
RDD.244.s.tif



V1602-RDD_V2554-
RDD.002.s.tif



V1602-RDD_V2554-
RDD.016.s.tif



V1602-RDD_V2554-
RDD.029.s.tif



V1602-RDD_V2684-
RDD_M341-GL.006.s.tif



V1602-RDD_V2684-
RDD_M341-GL.025.s.tif



V1602-RDD_V2684-
RDD.004.s.tif


V1602-RDD_V2882-
RDD_V982-RDD.006.s.tif


V1602-RDD_V2882-
RDD.004.s.tif


V1602-RDD_V2882-
RDD.042.s.tif


V1602-RDD_V2882-
RDD.332.s.tif


V1602-RDD_V2995-
RDD.086.s.tif


V1602-RDD_V2995-
RDD.106.s.tif


V1602-RDD_V923-RDD.45.tif


V1602-RDD_V923-RDD.97.tif


V1602-RTD_V2543-
RTD_LP114-NA.040.tif


V1602-RTD_V2543-
RTD_LP114-NA.106.tif


V1602-RTD_V2554-
RTD.029.s.tif


V1602-SGR_V2393-
SGR.042.s.tif


V1602-SGR_V2393-
SGR.311.s.tif


V1602-SGR_V2414-
SGR_M341-SL.04.s.tif


V1602-SGR_V2414-
SGR.321.s.tif


V1602-SGR_V2543-
SGR.018.s.tif


V1602-SGR_V2541-
SGR.097.s.tif


V1602-SGR_V2554-
SGR_M341-SL.005.s.tif


V1602-SGR_V2574-
SGR.077.s.tif


V1602-SGR_V2554-
SGR.176.s.tif


V1602-SGR_V2684-
SGR.056.s.tif


V1602-SGR_V2882-
SGR.005.s.tif


V1602-SGR_V2882-
SGR.142.s.tif


V1602-SNP_V2543-
SNP.018.s.tif


V1602-SNP_V2543-
SNP.097.s.tif


V1602-SPG_V2543-SPG.031.tif


V1602-STK_L20416-
BKPK.004.tif


V1602-STK_L20416-
BKPK.026.tif


V1602-STK_V22116-
STK.034.s.tif


V1602-STK_V22116-
STK.040.s.tif


V1602-STK_V2393-
STK.002.5.tif


V1602-STK_V2393-
STK.057.s.tif


V1602-STK_V2414-STK_M341-GL.04.s.tif


V1602-STK_V2414-STK_M341-GL.15.s.tif


V1602-STK_V2414-STK.003.s.tif


V1602-STK_V2543-STK.018.s.tif


V1602-STK_V2543-STK.097.s.tif


V1602-STK_V2543-STK.244.s.tif


V1602-STK_V2554-STK_V923-STK.001.s.tif


V1602-STK_V2554-STK_V923-STK.045.s.tif


V1602-STK_V2554-STK.002.s.tif


V1602-STK_V2554-STK.029.s.tif


V1602-STK_V2554-STK.176.s.tif


V1602-STK_V2684-STK.018.s.tif


V1602-STK_V2684-STK.056.s.tif


V1602-STK_V2882-STK.004.s.tif


V1602-STK_V2882-STK.042.5.tif


V1602-STK_V2882-STK.326.s.tif



V1602-STK_V2995-
STK.032.s.tif



V1602-STK_V2995-
STK.051.s.tif



V1602-SUL_V2393-
SUL.042.s.tif



V1602-SUL_V2393-
SUL.311.s.tif



V1602-SUL_V2414-SUL_M341-
SL.04.s.tif



V1602-SUL_V2554-
SUL.176.s.tif



V1602-TCD_V2393-
TCD.042.s.tif



V1602-TCD_V2393-
TCD.311.s.tif



V1602-TLL_V2393-
TLL.104.s.tif



V1602-TLL_V2393-
TLL.110.s.tif



V1602-TLL_V2414-TLL_M341-
GL.15.s.tif



V1602-TLL_V2414-
TLL.003.s.tif



V1602-TLL_V2543-
TLL.542.s.tif



V1602-TLL_V2543-
TLL.565.s.tif



V1602-TLL_V2554-
TLL.004.s.tif



V1602-TLL_V2554-
TLL.176.s.tif


V1602-TLL_V2684-TLL_M341-GL.006.s.tif


V1602-TLL_V2684-TLL_M341-GL.025.s.tif


V1602-TLL_V2684-TLL.004.s.tif


V1602-TLL_V2882-TLL_V952-TLL.006.s.tif


V1602-TLL_V2882-TLL_V932-TLL.067.s.tif


V1602-TLL_V2882-TLL.332.s.tif


V1602-TPP_V2543-TPP.097.s.tif


V1602-TQQ_L20416-BKTQ.010.tif


V1602-TQQ_L20416-BKTQ.039.tif


V1602-TQQ_A1162-TQ.03.tif


V1602-TQQ_A1162-TQ.46.tif


V1602-TQQ_V22116-TQQ.035.s.tif


V1602-TQQ_V22116-TQQ.040.s.tif


V1602-TQQ_V2393-TQQ.002.scvr.tif


V1602-TQQ_V2393-TQQ.002.s.tif


V1602-TQQ_V2393-TQQ.057.s.tif



V1602-TQQ_V2414-
TQQ_M341-GL.04.s.tif



V1602-TQQ_V2414-
TQQ.003.s.tif



V1602-TQQ_V2543-
TQQ.018.s.tif



V1602-TQQ_V2543-
TQQ.097.s.tif



V1602-TQQ_V2543-
TQQ.231.s.tif



V1602-TQQ_V2543-
TQQ.244.s.tif



V1602-TQQ_V2554-
BKK.029.s.tif



V1602-TQQ_V2554-
TQQ.002.s.tif



V1602-TQQ_V2554-
TQQ.016.s.tif



V1602-TQQ_V2554-
TQQ.029.s.tif



V1602-TQQ_V2554-
TQQ.048.s.tif



V1602-TQQ_V2554-TQQ.073.tif



V1602-TQQ_V2684-
TQQ_M341-SL.006.s.tif



V1602-TQQ_V2684-
TQQ.004.s.tif



V1602-TQQ_V2882-
TQQ.004.s.tif



V1602-TQQ_V2882-
TQQ.064.s.tif



V1602-TQQ_V2882-
TQQ.326.s.tif



V1602-TQQ_V2882-
TQQ.332.s.tif



V1602-TQQ_V2995-
TQQ.032.s.tif



V1602-TQQ_V2995-
TQQ.051.s.tif



V1602-TQQ_V2995-
TQQ.069.s.tif



V1602-TQQ_V2995-
TQQ.074.s.tif



V1602-TQQ_VS1016-
TQQ.003.tif



V1602-TQQ_V91016-
TQQ.051.tif



V1602-TTD_V2543-
TTD-542.s.tif



V1602-TTD_V2543-
TTD.018.s.tif



V1602-TTD_V2543-
TTD.097.s.tif



V1602-TTD_V2543-
TTD.565.s.tif



V1602-TTP_V2543-
TPP.018.s.tif



V1602-WHT_L1036-
PU.006.s.tif



V1602-WHT_L1036-WA.054.tif



V1602-WHT_L20216-
BLK.008.s.tif


V1602-WHT_L2021G-BLK.012.s.tif


V1602-WHT_L2021G-NVY.008.tif


V1602-WHT_L2021G-NVY.012.s.tif


V1602-WHT_L2021G-RED.001.tif


V1602-WHT_L2021G-RED.003.tif


V1602-WHT_V2393-WHT.042.s.tif


V1602-WHT_V2393-WHT.291.s.tif


V1602-WHT_V2393-WHT.311.s.tif


V1602-WHT_V2414-WHT_M341-GL.04.s.tif


V1602-WHT_V2414-WHT.003.s.tif


V1602-WHT_V2543-WHT.018.s.tif


V1602-WHT_V2543-WHT.097.s.tif


V1602-WHT_V2543-WHT.244.s.tif


V1602-WHT_V2554-WHT.002.s.tif


V1602-WHT_V2554-WHT.015.s.tif


V1602-WHT_V2554-WHT.029.s.tif



V1602-WHT_V2684-
WHT_M341-GL.006.s.tif



V1602-WHT_V2684-
WHT.004.s.tif



V1602-WHT_V2852-
WHT.005.s.tif



V1602-WHT_V2882-
WHT.142.s.tif



V1602-WHT_V2882-
WHT.326.s.tif



V1602-WHT_V9101G-
WHT.044.tif



V1602-WHT_V9101G-
WHT.115.tif



V1602-WHT_V923-LIL_M341-
SL.19.s.tif



V1602-WML_V2211G-
WML.035.s.tif



V1602-WML_V2211G-
WML.040.s.tif



V1602-WML_V2393-
WML.002.s.tif



V1602-WML_V2393-
WML.042.s.tif



V1602-WML_V2393-
WML.311.s.tif



V1602-WML_V2414-
WML_M341-GL.08.s.tif



V1602-WML_V2414-
WML.003.tif



V1602-WML_V2543-
WML.542.s.tif



V1602-WML_V2543-
WML.565.s.tif



V1602-WML_V2554-
WML.004.s.tif



V1602-WML_V2554-
WML.016.s.tif



V1602-WML_V2554-
WML.121.s.tif



V1602-WML_V2684-
WML_M341-GL.006.s.tif



V1602-WML_V2684-
WML.004.s.tif



V1602-WML_V2882-
WML.005.s.tif



V1602-WML_V2882-
WML.142.s.tif



V1602-WML_V2882-
WML.326.s.tif



V1602-WML_V2595-
WML.032.s.tif



V1602-WML_V2595-
WML.051.s.tif



V1602-WML_V2595-
WML.069.s.tif



V1602-WML_V2595-
WML.074.s.tif



V1602-WML_V91016-
WML.104.tif



V1602-WML_V91016-
WML.119.tif



V1602-WML_V923-WML.024.tif



V1602-WML_V023-WML.036.tif



V1602-WTD_V2541-WTD.542.s.tif



V1602-WTD_V2543-WTD.565.s.tif



V1602-YWW_V2393-YWW.291.s.tif



V1602-YWW_V2393-YWW.311.s.tif



V1602-YWW_V2414-YWW_M341-GL.04.s.tif



V1602-YWW_V2414-YWW.003.s.tif



V1602-YWW_V2543-YWW.231.s.tif



V1602-YWW_V2543-YWW.244.s.tif



V1602-YWW_V2554-YWW.002.s.tif



V1602-YWW_V2554-YWW.176.s.tif



V1602-YWW_V2684-YWW.042.s.tif



V1602-YWW_V2684-YWW.056.s.tif



V1602-YWW_V2882-YWW_V982-YWW.006.s.tif



V1602-YWW_V2882-YWW_V982-YWW.067.s.tif



V1626-BKK_V207G-BKK.074.s.tif


V1626-COB_V2076-COB.042.s.tif


V1626-COB_V2076-COB.074.s.tif


V1635-AAA_V2634-AAA.014.tif


V1635-AAA_V2634-AAA.030.tif


V1635-AAA_V2634-AAA.165.tif


V1635-AAA_V2634-AAA.182.tif


V1635-BSA_V22516-BSA.163.s.tif


V1635-BSA_V22516-BSA.169.s.tif


V1635-BSA_V2634-BSA.01.tif


V1635-BSA_V2634-BSA.013.tif


V1635-BSA_V2634-BSA.014.s.tif


V1635-BSA_V2634-BSA.030.tif


V1635-BSA_V2634-BSA.053.tif


V1635-BSA_V2634-BSA.165.s.tif


V1635-BWH_V22516-BWH.082.s.tif


V1635-BWH_V2634-BWH.01.s.tif



V1635-BWH_V2634-BWH.01.tif



V1635-BWH_V2634-BWH.014.s.tif



V1635-BWH_V2634-BWH.165.s.tif



V1635-CBK_V2251G-CBK.082.s.tif



V1635-CBK_V2634-CBK.01.s.tif



V1635-CBK_V2634-CBK.269.s.tif



V1635-CBK_V2634-CBK.285.s.tif



V1635-PNB_V2251G-PNB.163.s.tif



V1635-PNB_V2251G-PNB.169.s.tif



V1635-PNB_V2634-PNB.01.s.tif



V1635-PNB_V2634-PNB.01.tif



V1635-PNB_V2634-PNB.265.s.tif



V1635-PNB_V2634-PNB.285.s.tif



V1635-SOC_V2251G-SOC.147.s.tif



V1635-SOC_V2251G-SOC.169.s.tif



V1635-SOC_V2634-SOC.265.s.tif



V1635-SOC_V2634-SOC.285.s.tif



V1635-TBK_V2751G-TBK.147.s.tif



V1635-TBK_V2751G-TBK.169.s.tif



V1635-TBK_V2634-TBK.01.s.tif



V1635-TBK_V2634-TBK.01.tif



V1635-TBK_V2634-TBK.269.s.tif



V1635-TBK_V2634-TBK.285.s.tif



V1636-AQR_V2575-AQR.016.s.ext.tif



V1636-AQR_V2575-AQR.016.s.tif



V1636-AQR_V2575-AQR.046.s.tif



V1636-BKK_V2575-BKK.005.s.ext.tif



V1636-BKK_V2575-BKK.005.s.tif



V1636-BKK_V2575-BKK.046.s.tif



V1636-BLZ_V2575-BKK.005.s.tif



V1636-BLZ_V2575-BKK.071.tif



V1636-BLZ_V2575-BKK.086.tif



V1636-COB_V2575-
COB.046.s.tif



V1636-GZT_V2575-
BKK.005.s.tif



V1636-GZT_V2575-BKK.009.tif



V1636-MSW_V2575-
BKK.005.s.tif



V1636-MSW_V2575-
BKK.046.s.tif



V1636-POC_V2575-
POC.046.s.tif



V1636-POC_V2575-
POC.157.s.tif



V1636-POC_V2575-
POC.222.s.tif



V1636-PZT_V2575-
BKK.005.s.tif



V1636-PZT_V2575-BKK.039.tif



V1636-PZT_V2575-BKK.046.tif



V1636-RAN_V2575-
BKK.005.s.tif



V1636-RAN_V2575-
BKK.046.s.tif



V1636-RDD_V2575-
RDD.016.s.tif



V1636-RDD_V2575-
RDD.046.s.tif



V1636-STK_V2575-
STK.005.s.tif


V1636-TCD_V2575-
BKK.005.s.tif


V1636-TCD_V2575-
TCD.005.s.tif


V1636-TCD_V2575-
TCD.046.s.tif


V1636-TCD_V2575-
TDC.005.s.tif


V1636-TQQ_V2575-
TQQ.005.s.tif


V1636-TQQ_V2575-
TQQ.046.s.tif


V1636-WHT_V2575-
WHT.022.s.tif


V1636-WHT_V2575-
WHT.046.s.tif


V1645-AAA_V2543-AAA.001.tif


V1645-AAA_V2543-AAA.052.tif


V1645-AAA_V2684-AAA.012.tif


V1645-AAA_V2684-AAA.025.tif


V1645-AAA_V2684-AAA.064.tif


V1645-AAA_V2684-AAA.071.tif


V1645-AAA_V2394-AAA.017.tif


V1645-AAA_V2394-AAA.054.tif



V1645-AMU_V2684-AMU.19.tif



V1645-AMU_V2684-AMU.45.tif



V1645-AMU_V2584-BKK.025.s.tif



V1645-AQR_V2543-AQR.001.s.tif



V1645-AQR_V2543-AQR.052.s.tif



V1645-AQR_V2684-AQR.003.s.tif



V1645-AQR_V2684-AQR.012.s.tif



V1645-BKK_V2543-BKK.001.s.tif



V1645-BKK_V2543-BKK.026.s.tif



V1645-BKK_V2543-BKK.052.s.tif



V1645-BKK_V2684-BKK.003.s.tif



V1645-BKK_V2684-BKK.012.s.tif



V1645-COB_V2543-COB.001.s.tif



V1645-COB_V2543-COB.02.tif



V1645-COB_V2543-COB.052.s.tif



V1645-COB_V2684-COB.003.s.tif



V1645-COB_V2684-
COB.012.s.tif



V1645-COB_V2684-
MDP.025.s.tif



V1645-FST_V2543-
FST.026.s.tif



V1645-FST_V2543-
FST.052.s.tif



V1645-FST_V2543-
PER.026.s.tif



V1645-FST_V2543-
TLL.026.s.tif



V1645-FST_V2684-
FST.003.s.tif



V1645-FST_V2684-
FST.012.s.tif



V1645-HVB_V2684-
HVB.025.s.tif



V1645-HVB_V2684-
HVB.042.s.tif



V1645-HVB_V2684-
HVB.071.s.tif



V1645-MVB_V2684-
MVB.025.s.tif



V1645-MVB_V2684-
MVB.071.s.tif



V1645-PER_V2543-
PER.026.s.tif



V1645-PER_V2543-
PER.052.s.tif



V1645-PER_V2684-
PER.042.s.tif


V1645-PER_V2684-
PER.071.s.tif


V1645-PLM_V2543-
PLM.026.s.tif


V1645-PLM_V2543-
PLM.052.s.tif


V1645-PLM_V2684-
PLM.025.s.tif


V1645-PLM_V2684-
PLM.064.s.tif


V1645-PLM_V2684-
PLM.071.s.tif


V1645-PPO_V2543-
PPO.001.s.tif


V1645-PPO_V2543-
PPO.052.s.tif


V1645-PPO_V2684-
PPO.003.s.tif


V1645-PPO_V2684-
PPO.012.s.tif


V1645-PPS_V2543-
PPS.001.s.tif


V1645-PPS_V2543-
PPS.052.s.tif


V1645-PPS_V2684-
PPS.003.s.tif


V1645-PPS_V2684-
PPS.012.s.tif


V1645-RDD_V2543-
RDD.001.s.tif


V1645-RDD_V2543-
RDD.052.s.tif



V1645-RDD_V2681-CPY.025.s.tif



V1645-RDD_V2681-RDD.003.s.tif



V1645-RDD_V2681-RDD.012.s.tif



V1645-SGR_V2543-SGR.026.s.tif



V1645-SGR_V2543-SGR.052.s.tif



V1645-SGR_V2684-SGR.042.s.tif



V1645-SGR_V2684-SGR.071.s.tif



V1645-STK_V2543-STK.026.s.tif



V1645-STK_V2543-STK.052.s.tif



V1645-STK_V2684-STK.025.s.tif



V1645-STK_V2684-STK.064.s.tif



V1645-STK_V2684-STK.071.s.tif



V1645-TLL_V2543-TLL.026.s.tif



V1645-TLL_V2543-TLL.052.s.tif



V1645-TLL_V2684-TLL.003.s.tif



V1645-TLL_V2684-TLL.012.s.tif



V1645-TQQ_V2543-
TQQ.001.s.tif



V1645-TQQ_V2543-
TQQ.052.s.tif



V1645-TQQ_V2684-
TQQ.025.s.tif



V1645-TQQ_V2684-
TQQ.064.s.tif



V1645-TQQ_V2684-
TQQ.071.s.tif



V1645-WHT_V2543-
WHT.001.s.tif



V1645-WHT_V2543-
WHT.026.s.tif



V1645-WHT_V2543-
WHT.052.s.tif



V1645-WHT_V2684-
WHT.003.s.tif



V1645-WHT_V2684-
WHT.012.s.tif



V1645-WML_V2543-
WML.001.s.tif



V1645-WML_V2543-
WML.026.s.tif



V1645-WML_V2543-
WML.052.s.tif



V1645-WML_V2684-
WML.003.s.tif



V1645-WML_V2684-
WML.012.s.tif



V1645-YWW_V2543-
YWW.001.s.tif



V1645-YWW_V2543-
YWW.052.s.tif



V1645-YWW_V2G61-
YWW.025.s.tif



V1645-YWW_V2G61-
YWW.064.s.tif



V1645-YWW_V2G61-
YWW.071.s.tif



V1652-AAA_V2572-AAA.172.tif



V1652-AAA_V2572-AAA.188.tif



V1652-AAA_V2572-AAA.198.tif



V1652-AAA_V2594-AAA.019.tif



V1652-AAA_V2594-AAA.099.tif



V1652-AAA_V2772-AAA.18.tif



V1655-AAA_V2794-AAA.009.tif



V1655-BKK_V2575-BKK_V982-
BKK.14.s.tif



V1655-BKK_V2575-
BKK.045.s.tif



V1655-BKK_V2575-BKK.1.s.tif



V1655-BKK_V2575-
BKK.113.s.tif



V1655-BKK_V2995-
BKK.028.s.tif



V1655-BKK_V2995-
BKK.076.s.tif



V1655-COB_V2575-
COB_V982-COB.14.s.tif



V1655-COB_V2575-COB.1.s.tif



V1655-COB_V2995-
COB.011.s.tif



V1655-COB_V2995-
COB.076.s.tif



V1655-FST_V2575-
FST.203.s.tif



V1655-FST_V2575-
FST.214.s.tif



V1655-GTR_V2575-
GTR.203.s.tif



V1655-GTR_V2575-
GTR.214.s.tif



V1655-JGT_V2575-
JGT.001.s.tif



V1655-JGT_V2575-
JGT.008.s.tif



V1655-LUA_V2575-
LUA.211.s.tif



V1655-LUA_V2575-
LUA.214.s.tif



V1655-MNU_V2575-
MNU.203.s.tif



V1655-MNU_V2575-
MNU.214.s.tif



V1655-NTB_V2575-
NTB_A1197-BKK.039.tif



V1655-NTB_V2575-NTB.052.tif



V1655-OCS_V2575-OCS.040.tif



V1655-OCS_V2575-OCS.064.tif



V1655-PER_V2575-PER.211.s.tif



V1655-PER_V2575-PER.214.s.tif



V1655-PNU_V2575-PNU.211.s.tif



V1655-PNU_V2575-PNU.214.s.tif



V1655-POC_V2575-POC.203.s.tif



V1655-POC_V2575-POC.214.s.tif



V1655-PPO_V2575-PPO.211.s.tif



V1655-PPO_V2575-PPO.214.s.tif



V1655-PPO_V2995-PPO.028.s.tif



V1655-PPO_V2995-PPO.076.s.tif



V1655-PPS_V2575-PPS.113.s.tif



V1655-PPS_V2575-PPS.203.s.tif



V1655-PPS_V2575-PPS.214.s.tif



V1655-PPS_V2575-
PPU.008.s.tif



V1655-PPS_V2575-
PPS.011.s.tif



V1655-PPS_V2575-
PPS.076.s.tif



V1655-PSP_V2575-
PSP.203.s.tif



V1655-PSP_V2575-
PSP.214.s.tif



V1655-RDD_V2575-
RDD_V982-RDD.14.s.tif



V1655-RDD_V2575-
RDD.001.s.tif



V1655-RDD_V2575-
RDD.113.s.tif



V1655-RDD_V2575-
RDD.028.s.tif



V1655-RDD_V2575-
RDD.076.s.tif



V1655-SNP_V2575-
SNP.203.s.tif



V1655-SNP_V2575-
SNP.214.s.tif



V1655-STK_V2575-
STK.211.s.tif



V1655-STK_V2575-
STK.214.s.tif



V1655-STK_V2575-
STK.028.s.tif



V1655-STK_V2575-
STK.076.s.tif



V1655-TCD_V2575-TCD.011.tif



V1655-TCD_V2575-TCD.086.tif



V1655-TCD_V2575-TCD.100.tif



V1655-TPP_V2575-TPP.211.s.tif



V1655-TPP_V2575-TPP.214.s.tif



V1655-TQQ_V2572-BSY.008.s.tif



V1655-TQQ_V2575-TQQ_V982-TQQ.14.s.tif



V1655-TQQ_V2575-TQQ.1.s.tif



V1655-TQQ_V2995-TQQ.028.s.tif



V1655-TQQ_V2995-TQQ.076.s.tif



V1655-WHT_V2575-WHT.113.s.tif



V1655-WML_V2575-WML_V982-WML.14.s.tif



V1655-WML_V2575-WML.1.s.tif



V1655-WML_V2575-WML.113.s.tif



V1655-WML_V2995-WML.011.s.tif



V1655-WML_V2995-WML.076.s.tif



V1696-AQR_V2575-
AQR.207.s.tif



V1696-AQR_V2575-
AQR.238.s.tif



V1696-BKK_V2575-BKK.031.tif



V1696-BKK_V2575-BKK.050.tif



V1696-BKK_V2775-
BKK.006.s.tif



V1696-COB_V2575-
COB.207.s.tif



V1696-COB_V2575-
COB.238.s.tif



V1696-HVB_V2575-
HVB.096.s.tif



V1696-HVB_V2573-
HVB.238.s.tif



V1696-HVB_V2775-
HVB.006.s.tif



V1696-MVB_V2573-
MVB.238.s.tif



V1696-MVB_V2775-
MVB.006.s.tif



V1696-PPS_V2775-
PPS.006.s.tif



V1696-RDD_V2575-
RDD.187.s.tif



V1696-RDD_V2575-
RDD.238.s.tif



V1696-TQQ_V2775-
TQQ.006.s.tif



V1696-WML_V2575-
WML.006.s.tif



V1696-WML_V2575-
WML.033.s.tif



V1696-WML_V2575-
WML.238.s.tif



V1696-WML_V2775-
WML.006.s.Bkg1.tif



V1696-WML_V2775-
WML.006.s.tif



V1713-AAA_V2414-AAA.005.tif



V1713-AAA_V2414-AAA.238.tif



V1713-AAA_V2414-AAA.243.tif



V1713-AAA_V2494-AAA.01.tif



V1713-AAA_V2502-AAA.001.tif



V1713-AAA_V2502-AAA.017.tif



V1713-AAA_V2502-AAA.049.tif



V1713-AAA_V2502-AAA.269.tif



V1713-AAA_V2502-AAA.285.tif



V1713-BLZ_V2502-BLZ.008.tif



V1713-BLZ_V2502-BLZ.076.tif



V1713-BLZ_V2502-
BLZ.383.s.tif



V1713-BTD_V2414-
BKK.006.s.tif



V1713-BTD_V2414-
BKK.013.s.tif



V1713-BTD_V2414-
BTD.006.s.tif



V1713-BTD_V2414-
BTD.013.s.tif



V1713-GZT_V2502-GZT.002.tif



V1713-GZT_V2502-GZT.053.tif



V1713-GZT_V2502-GZT.074.tif



V1713-GZT_V2502-
GZT.383.s.tif



V1713-PZT_V2502-PZT.150.tif



V1713-PZT_V2502-PZT.161.tif



V1713-PZT_V2502-
PZT.383.s.tif



V1713-RTD_V2414-
RTD.006.s.tif



V1713-RTD_V2414-
RTD.013.s.tif



V1713-RTD_V2414-
TQQ.006.s.tif



V1713-RTD_V2414-
TQQ.013.s.tif


V1713-TTD_V2414-
TQQ.230.s.tif


V1713-TTD_V2414-
TQQ.240.s.tif


V1713-TTD_V2414-
TTD.006.s.tif


V1713-TTD_V2414-TTD.013
s.tif


V1713-WTD_V2414-
WML.009.s.tif


V1713-WTD_V2414-
WML.020.s.tif


V1713-WTD_V2414-
WTD.009.s.tif


V1713-WTD_V2414-
WTD.020.s.tif


V1714-AAA_V2494-
AAA.01.RGB.tif


V1714-AAA_V2494-AAA.017.tif


V1714-AAA_V2494-AAA.05.tif


V1714-AAA_V2494-AAA.069.tif


V1714-AAA_V2494-AAA.087.tif


V1714-AAA_V2494-AAA.145.tif


V1714-AAA_V2552-
AAA_M326-GL.006.tif


V1714-AAA_V2552-AAA.009.tif



V1714-AAA_V2744-AAA.012.tif



V1714-AAA_V2744-AAA.025.tif



V17416-EOT_V2414-EOT.053.tif



V17416-EOT_V2414-EOT.093.tif



V17416-PTL_V2414-PTL.021.tif



V17416-PTL_V2414-PTL.076.tif



V1749-AUS_V2749-AUS.25.s.tif



V1749-AUS_V2749-AUS.46.s.tif



V1749-BWH_V2749-BKK.46.tif



V1749-BWH_V2749-BKK.7.tif



V1749-PER_V2749-PER.25.tif



V1749-PER_V2749-PER.46.tif



V1749-PWL_V2749-PWL.25.tif



V1749-PWL_V2749-PWL.46.tif



V1749-SOC_V2749-SOC.25.s.tif



V1749-SOC_V2749-SOC.46.s.tif



V17516-BKK_V2554-
BKK.017.s.tif



V17516-BKK_V2554-
BKK.086.s.tif



V17516-BKK_V2575-
BKK.043.s.tif



V17516-BKK_V2575-
BKK.088.s.tif



V17516-COB_V2554-
COB.118.s.tif



V17516-COB_V2554-
COB.154.s.tif



V17516-COB_V2575-
COB.043.s.tif



V17516-COB_V2575-
COB.088.s.tif



V17516-PPO_V2554-
PPO.118.s.tif



V17516-PPO_V2554-
PPO.154.s.tif



V17516-PPO_V2575-
PPO.043.s.tif



V17516-PPO_V2575-
PPO.088.s.tif



V17516-PPS_V2554-
PPS.017.s.tif



V17516-PPS_V2554-
PPS.086.s.tif



V17516-PPS_V2575-
PPS.043.5.tif



V17516-PPS_V2575-
PPS.088.s.tif



V17516-RDD_V2554-
RDD.017.s.tif



V17516-RDD_V2554-
RDD.086.s.tif



V17516-RDD_V2575-
RDD.043.s.tif



V17516-RDD_V2575-
RDD.088.s.tif



V17516-STK_V2554-
STK.118.s.tif



V17516-STK_V2554-
STK.154.s.tif



V17516-STK_V2575-
STK.043.s.tif



V17516-STK_V2575-
STK.088.s.tif



V17516-TQQ_V2554-
TQQ.017.s.tif



V17516-TQQ_V2554-
TQQ.086.s.tif



V17516-TQQ_V2575-
TQQ.043.s.tif



V17516-TQQ_V2575-
TQQ.088.s.tif



V17516-WML_V2554-
WML.017.s.tif



V17516-WML_V2554-
WML.086.s.tif



V17516-WML_V2575-
WML.043.s.tif



V17516-WML_V2575-
WML.088.s.tif



V18816-NVW_V2575-
NVW.049.tif



V18816-NVW_V2575-
NVW.059.tif



V19016-AAA_V2414-
AAA.066.tif



V19016-AAA_V2414-
AAA.102.tif



V19016-AAA_V2414-
AAA.186.tif



V19016-BKK_L326-NA.015.s.tif



V19016-BKK_L326-NA.067.s.tif



V19016-BKK_L326-NA.086.s.tif



V19016-BKK_L326-NA.144.s.tif



V19016-BKK_V2414-
BKK.025.s.tif



V19016-BKK_V2414-
BKK.066.s.tif



V19016-BKK_V2414-
BKK.102.s.tif



V19016-BKK_V2414-
BKK.177.s.tif



V19016-BKK_V2414-
BKK.186.s.tif



V19016-BKK_V2414-
COB.186.s.tif



V19016-BKK_V2554-
BKK.011.s.tif



V19016-BKK_V2554-
BKK.048.s.tif



V19016-BKK_V2554-
BKK.059.s.tif



V19016-BKK_V2554-
BKK.133.s.tif



V19016-COB_V2414-
COB.186.s.tif



V19016-COB_V2414-
SGR.186.s.tif



V19016-COB_V2554-
COB.030.s.tif



V19016-COB_V2554-
COB.048.s.tif



V19016-COB_V2554-
COB.064.s.tif



V19016-COB_V2554-
COB.133.s.tif



V19016-MNU_V2354-
MNU.029.tif



V19016-MNU_V2354-
MNU.035.tif



V19016-MNU_V2354-
MNU.074.tif



V19016-PNU_V2554-
PNU.027.tif



V19016-PNU_V2554-
PNU.061.tif



V19016-PNU_V2554-
PNU.073.tif



V19016-PPO_V2414-
PPO.186.s.tif


V19016-PPO_V2551-
PPO.030.s.tif


V19016-PPO_V2551-
PPO.048.s.tif


V19016-PPO_V2551-
PPO.064.s.tif


V19016-PPO_V2551-
PPO.133.s.tif


V19016-PPS_V2414-
PPS.025.s.tif


V19016-PPS_V2414-
PPS.066.s.tif


V19016-PPS_V2414-
PPS.102.s.tif


V19016-PPS_V2414-
PPS.177.s.tif


V19016-PPS_V2414-
PPS.186.s.tif


V19016-PPS_V2554-
PPS.011.s.tif


V19016-PPS_V2554-
PPS.048.s.tif


V19016-PPS_V2554-
PPS.059.s.tif


V19016-PPS_V2554-
PPS.133.s.tif


V19016-RDD_V2414-
RDD.186.s.tif


V19016-RDD_V2554-
RDD.030.s.tif


V19016-RDD_V2554-
RDD.048.s.tif


V19016-RDD_V2554-
RDD.064.s.tif


V19016-RDD_V2554-
RDD.133.s.tif


V19016-STK_V2414-
STK.186.s.tif


V19016-STK_V2554-
STK.030.s.tif


V19016-STK_V2554-
STK.048.s.tif


V19016-STK_V2554-
STK.064.s.tif


V19016-STK_V2554-
STK.133.s.tif


V19016-TQQ_V2414-
TQQ.025.s.tif


V19016-TQQ_V2414-
TQQ.066.s.tif


V19016-TQQ_V2414-
TQQ.102.s.tif


V19016-TQQ_V2414-
TQQ.177.s.tif


V19016-TQQ_V2414-
TQQ.186.s.tif


V19016-TQQ_V2554-
TQQ.011.s.tif


V19016-TQQ_V2554-
TQQ.048.s.tif


V19016-TQQ_V2554-
TQQ.059.s.tif


V19016-TQQ_V2554-
TQQ.133.s.tif


V19016-WML_V2414-
WML.025.s.tif


V19016-WML_V2414-
WML.066.s.tif


V19016-WML_V2414-
WML.102.s.tif


V19016-WML_V2414-
WML.177.s.tif


V19016-WML_V2414-
WML.186.s.tif


V19016-WML_V2554-
AQR.011.s.tif


V19016-WML_V2554-
WML.011.s.tif


V19016-WML_V2554-
WML.048.s.tif


V19016-WML_V2554-
WML.059.s.tif


V19016-WML_V2554-
WML.133.s.tif


V216_Z21105_Denim.tif


V3026-TWB.031.s.tif


V3026-TWB.058.s.tif


V3036-BKK.028.s.tif


V3036-BKK.096.s.tif


V3066-BKK.078.s.tif



V3066-BKK.113.s.tif



V3066-COB.043.s.tif



V3066-COB.113.s.tif



V3066-FST.078.s.tif



V3066-FST.113.s.tif



V3066-PER.078.s.tif



V3066-PER.113.s.tif



V3066-PPD.078.s.tif



V3066-PPD.113.s.tif



V3066-PPS.043.s.tif



V3066-PPS.113.s.tif



V3066-RDD.043.s.tif



V3066-RDD.113.s.tif



V3066-STK.078.s.tif



V3066-STK.113.s.tif



V3066-TQQ.078.s.tif