# EXHIBIT B

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|



| | | TXU001987646 |
| | | TXU001987646 |

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
|  | | TXU001987646 |
| | | TXU001987646 |

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|



|  |  | TXU001987646 |

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
|  | | TXU001987646 |
| | | TXU001987646 |

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|



|  |  | TXU001987646 |
|  |  | TXU001987646 |

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
|  | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
|  | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|



The Venus RN # for all three rows is TXU001987646.

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|



TXU001987646

TXU001987646

TXU001987646

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
|  | | |
| | | TXU001987646 |

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
| | | TXU001987646 |
| | | TXU001987646 |
| | | TXU001987646 |



| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|



TXU001987646

TXU001987646

TX 8-161-774

| Infringing Photograph with Wish Style and Price | Venus Image with Venus Style and Price | Venus RN # |
|---|---|---|
|  | | TX 8-161-774 |