# EXHIBIT C

| Name | Time/Date | Facebook Comments |
|---|---|---|
| Lorna Cote | 2016-06-03T04:54:26-05:00 | I was wondering if they are one of those Chinese companies. I see they are solely out of Florida but that can be faked.   What didn't you like about them? |
| Victoria Leonard | 2016-06-01T04:45:56-05:00 | Venus is legit. I'm certain you have them confused with some of the foreign companies like Wish, Modlily, Wedress. This is a good company with quality clothing. I've never had any complaints. |
| Nikki Burke Witt | 2016-05-27T14:33:45-05:00 | You have them mixed up with the Chinese knockoff companies.  The clothes are not near the quality and they steal all of Venus' images so you think you are getting the same.  They definitely are very bad knockoffs. Venus is a great company to order from, I have a ton of their products! |
| Tara Bonner Neely | 2016-03-16T15:56:32-05:00 | Sharon Morgan, those other sites using Venus' model pics are the ones you should question. They aren't giving you the same quality and selling some cheaper made version for pennies, aren't true to fit, and while you wait on your $9 for months & months. I've used Venus for years and years. Never an issue with product, delivery, customer service, or a return. |
| Bonnie Mahon | 2016-05-04T16:32:30-05:00 | Too high? I have seen the same clothes for less on all those fake Chinese sites like Rosegal, Nastydress, Wish, etc. Not the same, even though the pic is the same - runs super small and inferior quality. Everything I have bought from Venus is higher quality than I expected when I got it, and fits true to size. |
| Selene Corrales | 2016-04-12T22:10:47-05:00 | *WARNING* BUYER BEWARE FRAUDULENT COMPANY  Before you consider a purchase know that this company does not sell the items in the pictures. They steal ads from big name companies. If you order anything, odds are you won't even receive your items, and if you do then they are made from the cheapest, dirty material and have lowest quality sewing.   DO NOT Purchase anything from the following companies : Zaful ROSEWHOLESALE  DRESSLILY  SAMMYDRESS Rosegal Fashion Mia Twinkledeals Trendgals NastyDress LovelyWholesale EricDress TB Dress Modlily Shoespie Rotita Rosewe (AKA Fashion Show Collections)   They are professional chain of scammers based in China! This scamming chain of suppliers is all one company called YIGOU INTERNATIONAL . They're being investigated by PayPal due to the large number of refunds PayPal has had to issue. |
| Rhonda Hamilton Gaber | 2016-04-28T16:22:37-05:00 | Venus has been in business for many years. Their swimsuits are awesome and good quality. Don't be fooled by those Chinese sights that steal Venus's pictures. |
| Sara Gaona | 2016-03-20T12:37:08-05:00 | Is this clothing company legit?  Unlike the Chinese ones... |
| April Lahr | 2016-03-12T17:32:43-06:00 | WONDER IF ITS AN AMERICAN COMPANY OR CHINESE FACTORY?? |
| Ginnie A. Tammany | 2016-04-20T10:19:38-05:00 | This is not a fraudulent company. I have ordered things from here plus they do returns if you don't like something! This is not a place from China! |

| Name | Time/Date | Facebook Comments |
|---|---|---|
| Shelly Olivia | 2016-03-18T16:03:16-05:00 | Buyer beware!!!!  A friend ordered 400.00 from this company in China , was sent the wrong order, and never received refund.  I too got the wrong order and asked for a refund, but told me they would give me 15.00 coupon on my next order!!!!  They are stupid if they think I would ever order again.  They don't understand ENGRISH!!!!  When google ratings and reviews on venus, no email address and physical address is an empty lot!!!!   Did I mention I was defrauded of 200.00....my donation to China Missle fund again the USA!!!! making a joke, but I AM pissed. |
| Jeanne Frederick Schafer | 2016-05-01T14:11:44-05:00 | Venus is a good company. I've always loved my things from there as well. It's all the modlily, and dresslily and that whole chain of them who are ripping off the venus catalog and making cheap reproductions. |