# EXHIBIT D

Janice Kirschwing

| | |
|---|---|
| From: | Elisa Brydum <Elisa@wish.com> |
| Sent: | Wednesday, March 30, 2016 5:00 PM |
| To: | Janice Kirschwing |
| Subject: | Re: Venus Fashion, Inc. images |

Greetings,

Wish is adamant against counterfeits so we thank you for bringing this to our attention. These links have been removed. We would like to invite you to become a brand partner in order to combine efforts with Wish to remove counterfeits. By becoming a Brand Partner with Wish you will be able to report infringing items that will be reviewed and processed in a timely fashion. This program will accelerate the take down request process. You can create your own account here: http://merchant.wish.com/brand-partner/signup

If you have any questions whatsoever, please feel free to let us know. We look forward to joining forces with you to help remove counterfeits.

Regards,
Elisa

On Thu, Mar 24, 2016 at 9:57 AM, Janice Kirschwing <JKirschwing@venus.com> wrote:

> Dear Elisa,
>
> Thank you for removing the links that we requested. We have found additional Venus copyrighted images on your website. (see attached).
>
> you need to let whoever is providing you with these images know that we will not tolerate any unauthorized use of our copyrighted images.
>
> We appreciate your assistance.

From: Elisa Brydum [mailto:Elisa@wish.com]
Sent: Monday, March 21, 2016 3:57 PM
To: Janice Kirschwing <JKirschwing@venus.com>
Subject: Re: Venus Fashion, Inc. images

Greetings,

Wish is adamant against counterfeits so we thank you for bringing this to our attention. These links have been removed. We would like to invite you to become a brand partner in order to combine efforts with Wish to remove counterfeits. By becoming a Brand Partner with Wish you will be able to report infringing items that will be reviewed and processed in a timely fashion. This program will accelerate the take down request process. You can create your own account here: http://merchant.wish.com/brand-partner/signup

1

If you have any questions whatsoever, please feel free to let us know. We look forward to joining forces with you to help remove counterfeits.

Regards,

Elisa

On Mon, Mar 21, 2016 at 12:10 PM, Janice Kirschwing <JKirschwing@venus.com> wrote:

To whom it may concern:

We have been advised that you are using many of our images on your website. All of our images are copyrighted through our catalogs and our website.

Per your instructions, I am attaching a copy of the authorized agent letter for Robin Sheffler, corporate officer, at Venus Fashion, Inc. Our corporate headquarters are located at 11711 Marco Beach Drive, Jacksonville, Florida 32224. Also attached are some of the images that we have found on wish.com.

The copyright registration number for many of these items registered through the US Copyright Office is: TX0008161774.

You can contact Ms. Sheffler directly at 904-645-6000, #3 or by email at rsheffler@venus.com.

**Janice Kirschwing**

**Executive Assistant**

# VENUS

Venus Fashion, Inc.

11711 Marco Beach Drive

Jacksonville, Florida 32224

904-645-6000, #3

904-596-9125-direct

2

904.645.5370-fax

jkirschwing@venus.com

3

**Janice Kirschwing**

**To:** Elisa Brydum
**Subject:** RE: Venus Fashion, Inc. images
**Attachments:** Venus images-wish.com.docx

Dear Elisa,

Thank you for removing the links that we requested. We have found additional Venus copyrighted images on your website. (see attached).

you need to let whoever is providing you with these images know that we will not tolerate any unauthorized use of our copyrighted images.

We appreciate your assistance.

**From:** Elisa Brydum [mailto:Elisa@wish.com]
**Sent:** Monday, March 21, 2016 3:57 PM
**To:** Janice Kirschwing <JKirschwing@venus.com>
**Subject:** Re: Venus Fashion, Inc. images

Greetings,

Wish is adamant against counterfeits so we thank you for bringing this to our attention. These links have been removed. We would like to invite you to become a brand partner in order to combine efforts with Wish to remove counterfeits. By becoming a Brand Partner with Wish you will be able to report infringing items that will be reviewed and processed in a timely fashion. This program will accelerate the take down request process. You can create your own account here: http://merchant.wish.com/brand-partner/signup

If you have any questions whatsoever, please feel free to let us know. We look forward to joining forces with you to help remove counterfeits.

Regards,
Elisa

On Mon, Mar 21, 2016 at 12:10 PM, Janice Kirschwing <JKirschwing@venus.com> wrote:

To whom it may concern:

We have been advised that you are using many of our images on your website. All of our images are copyrighted through our catalogs and our website.

Per your instructions, I am attaching a copy of the authorized agent letter for Robin Sheffler, corporate officer, at Venus Fashion, Inc. Our corporate headquarters are located at 11711 Marco Beach Drive, Jacksonville, Florida 32224. Also attached are some of the images that we have found on wish.com.

The copyright registration number for many of these items registered through the US Copyright Office is: TX0008161774.

1

Janice Kirschwing

**To:** BRAND-PROTECTION@WISH.COM
**Subject:** Venus Fashion, Inc. images
**Attachments:** Authorized agent for Venus Fashion, Inc..pdf; Venus images on Wish.com.docx

To whom it may concern:

We have been advised that you are using many of our images on your website. All of our images are copyrighted through our catalogs and our website.

Per your instructions, I am attaching a copy of the authorized agent letter for Robin Sheffler, corporate officer, at Venus Fashion, Inc. Our corporate headquarters are located at 11711 Marco Beach Drive, Jacksonville, Florida 32224. Also attached are some of the images that we have found on wish.com.

The copyright registration number for many of these items registered through the US Copyright Office is: TX0008161774.

You can contact Ms. Sheffler directly at 904-645-6000, #3 or by email at rsheffler@venus.com.

Janice Kirschwing
Executive Assistant

# VENUS

Venus Fashion, Inc.
11711 Marco Beach Drive
Jacksonville, Florida 32224
904-645-6000, #3
904-596-9125-direct
904-645-5370-fax
jkirschwing@venus.com

1

wish.com

## Copyright Infringement

Since we respect artist and content owner rights, it is Wish's policy to respond to alleged infringement notices that comply with the Digital Millennium Copyright Act of 1998 ("DMCA").

If you believe that your copyrighted work has been copied in a way that constitutes copyright infringement and is accessible on Wish, please notify Wish's copyright agent at brand-protection@wish.com. When filing your report, please provide the following information below:

- An electronic or physical signature of a person authorized to act on behalf of the copyright owner;
- Identification of the copyrighted work that you claim has been infringed;
- Identification of the material that is claimed to be infringing and where it is located on Wish;
- Information reasonably sufficient to permit Wish to contact you, such as your address, telephone number, and, e-mail address;
- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or law; and
- A statement, made under penalty of perjury, that the above information is accurate, and that you are the copyright owner or are authorized to act on behalf of the owner.

Once proper, bona fide infringement notification is received, it is our policy:

- To remove or disable access to the infringing material;
- To notify the content provider, member or user that we have removed or disabled access to the material;
- That repeat offenders will have the infringing material removed from the system and that we will terminate such content provider's, member's or user's access to the Wish.

# VENUS®

March 21, 2016

To Whom It May Concern:

This letter will certify that Robin Sheffler is a corporate officer with Venus Fashion, Inc. whose headquarters is located at 11711 Marco Beach Drive, Jacksonville, Florida 32224. She has full authority from the Board of Directors to act on behalf of the company.

*James M. Brewster* (signature)

James M. Brewster
CEO

JB/jk





| Overview | Related Products | Description | Store Ratings |

2



Stillup 5/24

3



4



Stillups 5/24

5





7



Darla Garrett
Venus Fashion, Inc.
Accounting
904-645-6000 Ext. 245

Still up 5/24

8