# EXHIBIT E

# wish

Search...

Hello, Aaron!

29

| Latest | Recently Viewed | Fashion | Tops | Accessories | Phone Upgrades | Shoes | Bottoms | Underwear | Wat |


5 6 : 4 8
Hourly Deal!
-91%
$27  $320
5k+ bought this


5 6 : 4 8
Hourly Deal!
-93%
$6  $98
1k+ bought this


-83%
$1  $6
5k+ bought this


Polarized Sunglasses
Men's
-84%
$5  $9
100+ bought this


-83%
2  $12
0k+ bought this


-90%
Only 18 left!
$1  $10
5k+ bought this


-80%
$5  $25
100+ bought this


POLARIZED
-82%
$18  $105
10+ bought this


Only 11 left!
$1  $5
1k+ bought this


Color : Multicolor    Color : Red

Color : White    Color : Black
-87%
$5  $39
100+ bought this


Case Designed for SAMSUNG galaxy
$2  $3
100+ bought this

Color : Red
-84%
$9  $59
100+ bought this


-73%
$8  $30
10k+ bought this


-91%
Only 2 left!
$6  $70
50+ bought this


-89%
$6  $58
100+ bought this


SMART LED CABLE
charging    full
-86%
$2  $15
10k+ bought this

Customer Support

Need Help?  Contact  Careers  Engineering  Privacy Policy  Terms of Service  Return Policy  Suppliers  Trademark Protection    Like 3M





$4 ~~$7~~
100+ bought this

$10 ~~$26~~
5k+ bought this

$7 ~~$8~~
20k+ bought this

$10 ~~$99~~
100+ bought this









$12 ~~$68~~
100+ bought this

$8 ~~$38~~
100+ bought this

$15 ~~$148~~
5k+ bought this

$7 ~~$40~~
10k+ bought this









$15 ~~$70~~
50k+ bought this

$5 ~~$100~~
1k+ bought this

$7 ~~$7~~
1k+ bought this

$10 ~~$88~~
1k+ bought this









$4 ~~$27~~
5k+ bought this

$12 ~~$536~~
1k+ bought this

$8 ~~$49~~
10k+ bought this

$14 ~~$40~~
100+ bought this









$5 ~~$59~~
1k+ bought this

$9 ~~$130~~
1k+ bought this

$8 ~~$28~~
100+ bought this

$2 ~~$99~~
5k+ bought this









Wish - Shopping Made Fun



Only 21 left!

$4 ~~$50~~
20k+ bought this



$22 ~~$150~~
100+ bought this



$1 ~~$6~~
5k+ bought this



$3 ~~$12~~
10k+ bought this



$2 ~~$17~~
100+ bought this



Only 27 left!

$3 ~~$15~~
50k+ bought this



$2 ~~$3~~
20k+ bought this



$15 ~~$180~~
10k+ bought this



Only 27 left!

$1 ~~$28~~
5k+ bought this



$1 ~~$10~~
20k+ bought this



$2 ~~$3~~
5k+ bought this



$6 ~~$90~~
10k+ bought this



$26 ~~$89~~
1k+ bought this



Only 8 left!

$13 ~~$170~~
1k+ bought this



$6 ~~$98~~
1k+ bought this



$2 ~~$12~~
5k+ bought this











$1 ~~$14~~
20k+ bought this



Only 17 left!

$7 ~~$20~~
10k+ bought this



Sim   Camera

$13 ~~$40~~
50k+ bought this



$3 ~~$12~~
5k+ bought this



Only 3 left!

$8 ~~$77~~
1k+ bought this



$15 ~~$252~~
5k+ bought this



$10 ~~$138~~
20k+ bought this



$12 ~~$590~~
10k+ bought this




$1 ~~$2~~
20k+ bought this



$1 ~~$9~~
20k+ bought this



Only 13 left!

$1 ~~$9~~
100k+ bought this



$1 ~~$30~~
20k+ bought this



$9 ~~$98~~
1k+ bought this



$6 ~~$110~~
10k+ bought this

$2 ~~$6~~
50k+ bought this

Show More