# EXHIBIT F

For Merchants (/)

Login (https://merchant.wish.com/login)

Language:

# The fastest way to sell your products

Your products will be seen by millions of consumers who use Wish for shopping every day

Try For Free (/signup)

## Zero Effort. Zero Risk.

### Start making sales right away
Wish will show your products to over 32 million consumers in the United States and Europe.

### There are no fees unless you sell
Wish works on a revenue sharing model. We get paid when you do. You will not be charged until you make your first sale.

### Effective mobile commerce
Hundreds of thousands of consumers spend thirty minutes browsing products on Wish every day. Sell your products directly to consumers on their mobile devices.

### Reach relevant consumers
We will show your products to relevant consumers based on their demographics, purchase behavior, and wishlists.

### Step 1
Upload your products

### Step 2
Millions of relevant consumers see your products

### Step 3
Quickly generate lots of sales

"For Merchants (/)"   Login (https://merchant.wish.com/login)

"Wish merchant platform is a game changer and how commerce should be conducted in the future."

"Once you get orders on Wish, you will wonder why all merchants out there don't use Wish."

- Ray

- Sam

Wish Aims to Outsmart the Business of Online Shopping (http://allthingsd.com/20130131/ambitious-startup-wish-aims-to-outsmart-the-business-of-online-shopping/)

Wish: Gunning For Mobile Commerce Dominance (http://www.forbes.com/sites/tomtaulli/2013/06/04/wish-gunning-for-mobile-commerce-dominance/)

Wish.com Hopes Its AdWords For Shopping Will Stick (http://techcrunch.com/2013/05/31/with-over-12m-users-wish-com-hopes-its-adwords-for-shopping-will-stick/)

Try For Free (/signup)

Partners (https://merchant.wish.com/partners)   Terms of Service (https://merchant.wish.com/terms-of-service)   Merchant Policies (https://merchant.wish.com/policy/home)   Trademark Protection (https://merchant.wish.com/brand-partner)   API<sup>Updated</sup> (https://merchant.wish.com/documentation/api/v2)   Mobile Apps (https://merchant.wish.com/mobile)   © 2016 ContextLogic Inc.