# EXHIBIT G

# Charfoos, Aaron

| | |
|---|---|
| **From:** | Charfoos, Aaron |
| **Sent:** | Wednesday, June 1, 2016 11:03 AM |
| **To:** | elisa@wish.com; brand-protection@wish.com |
| **Cc:** | Dalebroux, Jeffrey M.; Stanton, Patrick; Fingerhut, Eric |
| **Subject:** | Venus Letter to Wish re Copyright Infringement |
| **Attachments:** | 4838-3042-6418.1 - Venus correspondence with Wish.com.pdf; 4841-1603-2306.1 - Wish.com Letter - June 1 2016.pdf |

Dear Elisa and Wish.com,

    Please see the attached letter regarding Wish.com's continued infringement of Venus's copyrighted materials.

Very truly yours,
Aaron Charfoos



| **Aaron D. Charfoos**<br>Member<br>ACharfoos@dykema.com | +1 312-627-2573 Direct<br>312-876-1700 Main<br>855-233-1802 Fax<br>312-804-2413 Mobile | 10 South Wacker Drive, Suite 2300<br>Chicago, Illinois  60606<br>www.dykema.com |
|---|---|---|

1



Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
WWW.DYKEMA.COM

Tel: (312) 876-1700
Fax: (312) 876-1155

**Aaron D. Charfoos**
Direct Dial: (312) 627-2573
Direct Fax: (855) 233-1802
Email: ACharfoos@dykema.com

June 1, 2016

**Via Email and Overnight**

Wish.com/ContextLogic, LLC
20 California St. 4th Floor
San Francisco, CA 94111
USA

Re:   Infringement of Venus Fashion, Inc. Intellectual Property

To whom it may concern:

We represent Venus Fashion, Inc., ("Venus") which owns federally registered copyrights for the images that are used on Venus's catalogs and website (hereafter referred to as the "Images") (See attached). The copyright registration number for many of these images is TX0008161774.

Venus has recently learned that Wish.com (which is developed and operated by ContextLogic LLC), and Wish.com's suppliers, have copied many of the Images directly from Venus, in a number of cases multiple times, and unlawfully displayed the Images on Wish.com's website, www.wish.com, on Facebook, on its app, on the iTunes store and in other locations. Indeed, Wish.com is using infringing Images to entice consumers to download the app from the iTunes store. In addition, it also appears that Wish.com, and its suppliers, have altered some Images. Such uses of the copyrighted Images for commercial use is a clear violation of the federal Copyright Act regardless of whether Wish.com or its suppliers committed these acts.

We have included copies of screen shots on which Wish.com displays the copyrighted Images belonging to Venus. Wish.com's display attempts to pass off these images belonging to Venus as images belonging to Wish.com and its suppliers and attempts to deceive consumers into believing that Venus has authorized Wish.com and its suppliers' unlawful use of its copyrighted Images. In addition, Venus's Robin Sheffler and Janice Kirschwing, previously notified Wish.com's Elisa Brydum that it was infringing on Venus's intellectual property rights (see correspondence attached). Despite this notice, Wish.com continues to display, and continues to allow its suppliers to display, the very Images that Venus previously identified – and many more.

Wish.com and its suppliers' unauthorized and willful use of copyrighted Images belonging to Venus constitutes copyright infringement and contributory copyright infringement under the

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C.

4838-5774-5202.1
ID\CHARFOOS, AARON - 106704\000092

# Dykema

Wish.com/ContextLogic, LLC
June 1, 2016
Page 2

Copyright Law, Title 17 of the United States Code, unfair competition under various state statutes including the Uniform Deceptive Trade Practices Act, unfair competition, false designation of origin, false advertising and passing off under Section 43(a) of the Lanham Act, Title 15 of the United States Code, fraud, and Violations of the Digital Millennium Copyright Act (DMCA).

The federal copyright law provides to Venus as the creator of copyrighted images, the exclusive rights to reproduce and distribute images of the work, as well as the right to create works derived from the Images. *See* 17 U.S.C. § 106. Since copyright is a strict liability cause of action, Wish.com and its suppliers' reproduction and distribution of Venus's images without permission is a violation of Venus's rights, whether or not you intended to profit from the use or even were without knowledge that the Images were someone else's intellectual property. The fact that Wish.com and its suppliers has repeatedly taken Venus's images for reproduction and dissemination makes Wish.com's infringement willful, providing Venus enhanced damages and remedies.

For infringing uses of registered works like ours, the Copyright Act provides for statutory damages ranging from $750 to $30,000 per work, and up to $150,000 per work for willful infringement. The lower end of the range is only available for innocent infringement, which does not apply here. In the event that we file a lawsuit, Wish.com would also be responsible for Venus's court costs and attorney's fees, *see* 17 U.S.C. § 505, often in excess of $300,000 for a full trial. We would seek the maximum permissible damages under the Act. In addition, we are permitted to seize and destroy all infringing copies of Wish.com's work and the devices by which Wish.com created the copies. 17 U.S.C. § 509.

Venus hereby demands that Wish.com immediately:

1.  Cease and desist from any further unauthorized use of Venus's copyrighted materials, including transmission or modification, and destroy all copies, including digital and electronic copies, of Venus's copyrighted materials within your possession, custody or control;

2.  Remove Venus's copyrighted Images from the www.wish.com website and all other websites including social media set up or maintained by Wish.com, ContextLogic, LLC or any affiliated person or entity;

3.  Destroy all advertising materials, brochures, garments, or other materials that display Venus's copyrighted materials;

4.  Direct your printer to immediately stop printing any product that display Venus's copyrighted materials, to the extent there are any;

# DYKEMA

Wish.com/ContextLogic, LLC
June 1, 2016
Page 3

5.  Remove Venus's copyrighted materials, including any photos, from the website from each person or business entity to whom Wish.com or ContextLogic, LLC provided the copyrighted Images;

6.  Provide the names and addresses, and other known contact information for each person or business entity who printed for, supplied to and purchased from Wish.com incorporating any design(s) depicted by the copyrighted Images; and

7.  Provide an accounting of all proceeds and profits from your sale of Wish.com incorporating the Images depicted by the copyrighted works.

Venus is committed to protecting these valuable design images from unlawful copying, displaying and distribution. Venus fully intends to seek all protections, remedies, and compensation available to it under the law.

To avoid the cost and inconvenience of litigation, we would agree to settle this matter with the payment of a one-time fee and your agreement to stop using the registered works and any substantially similar variations once you have provided Venus with a full accounting as required above. If we do not receive a signed and dated agreement to abide by the terms set forth above by June 8, 2016, we will be forced to consider pursuing legal remedies against you and your company.

We request that you respond promptly, but no later than June 8, 2016, with a proposal for satisfying the demands of Venus.

Sincerely,

**DYKEMA GOSSETT** PLLC

Aaron D. Charfoos

Attachments

# Dykema

Wish.com/ContextLogic, LLC
June 1, 2016
Page 4

### EXAMPLES OF INFRINGING IMAGES





# Dykema

Wish.com/ContextLogic, LLC
June 1, 2016
Page 5





# DYKEMA

Wish.com/ContextLogic, LLC
June 1, 2016
Page 6



# DYKEMA

Wish.com/ContextLogic, LLC
June 1, 2016
Page 7





California | Illinois | Michigan | Minnesota | Texas | Washington, D.C.

4838-5774-5202.1
ID\CHARFOOS, AARON - 106704\000092

Dykema

Wish.com/ContextLogic, LLC
June 1, 2016
Page 8





California | Illinois | Michigan | Minnesota | Texas | Washington, D.C.

4838-5774-5202.1
ID\CHARFOOS, AARON - 106704\000092



Wish.com/ContextLogic, LLC
June 1, 2016
Page 9

●●●○○ AT&T 🌐   9:06 AM   97% 🔋

‹ Search

### good news Caitlin, this item you want is on sale for $8 today...

March 25, 2016 at 9:21 PM

All Mail



**Hi Caitlin,**

good news Caitlin, this item you want is on sale for $8 today...



See Product

# Dykema

Wish.com/ContextLogic, LLC
June 1, 2016
Page 10





# DYKEMA

Wish.com/ContextLogic, LLC
June 1, 2016
Page 11





# DYKEMA

Wish.com/ContextLogic, LLC
June 1, 2016
Page 12





# DYKEMA

Wish.com/ContextLogic, LLC
June 1, 2016
Page 13





California | Illinois | Michigan | Minnesota | Texas | Washington, D.C.

4838-5774-5202.1
ID\CHARFOOS, AARON - 106704\000092

# DYKEMA

Wish.com/ContextLogic, LLC
June 1, 2016
Page 14





# DYKEMA

Wish.com/ContextLogic, LLC
June 1, 2016
Page 15



California | Illinois | Michigan | Minnesota | Texas | Washington, D.C.

4838-5774-5202.1
ID\CHARFOOS, AARON - 106704\000092