# EXHIBIT H

# Charfoos, Aaron

| | |
|---|---|
| **From:** | Elisa Brydum <Elisa@wish.com> |
| **Sent:** | Friday, June 3, 2016 3:38 PM |
| **To:** | Charfoos, Aaron |
| **Cc:** | Dalebroux, Jeffrey M.; Stanton, Patrick; Fingerhut, Eric |
| **Subject:** | Re: Venus Letter to Wish re Copyright Infringement |

Hello Aaron,

Thank you for your prompt reply. Here at Wish, we understand the severity of your concerns and we are doing what we to address your concerns.

With that said, please see and confirm that the items you have referenced have indeed been taken off the site.

Regarding your images showing at the Wish Sign In page - we acknowledge your pictures are showing on your sign in page. Please understand that the sign in page is customized to each user's search results. So, of course acknowledging that you have been searching for items with your pictures, it is only due to the algorithm of our company that your sign in page is showing those pictures consistently.

Please note that as we continue to do our sweep and improving our brand protection system, those items will be taken down/removed from your customized experience - since that is what Wish aims to provide a "personalized shopping experience" for each user.

To help us remove the items quickly, please review our brand partner protection program. From here, you will be able to submit the items that infringe upon your pictures through our system that you find on our site. We can review and remove the items through this program for you as soon as the submissions occur.

Also for items that the concerned party would like to have removed immediately please provide us the complete URL address of the item. A screenshot does not allow us to access the item to remove it from public access.

Due to this situation, please refer to this quick guideline to assist you in providing us the information to give you immediate assistance.



Please also note that we at Wish are doing what we can to address your concerns and we will continue our sweeps to ensure the items are taken down the third parties that have uploaded them. We hope to continue to work together to resolve this situation.

With that said, please let me know when you would like to schedule a phone call next week. I will be more than happy to answer any and all questions. In the meantime, when you have provided me with any additional URL addresses, I will immediately remove any listing with Venus' pictures.

Best regards,
Elisa

On Thu, Jun 2, 2016 at 7:09 PM, Charfoos, Aaron <ACharfoos@dykema.com> wrote:

Elisa,


Thank you for your response and taking Wish.com's infringement seriously.  While we certainly are happy to begin a dialogue, we continue to have serious concerns with Wish.com's brand protection program for several reasons.  First, as of today two of the six links that you represented would be taken down are still up and operating.  I have included screen shots of the Images in the attached documents but the two links are:

https://www.wish.com/c/56d920575fe0721365639690?th_s=1&rel_p=4&abs_p=4&original_q=women%20sexy%20halter%20top%20push%20up%20bikini%20set

https://www.wish.com/search/strapless%20solid%20color%20t-shirt#cid=570f49f31a950f5cccae8365

Second, as you can also see from the attached document, it appears that Wish.com has moved several of Venus's images from the web pages I identified and now is posting them on its sign in page.  Finally, we have received

2

reports that Wish.com is also using Venus's images on Facebook to not only sell merchandise on Wish.com but also to drive customers to the iTunes store to download the Wish.com app.

Although your email below suggests that the infringing Images were posted on Wish.com by third parties, using Venus's images on sign in pages and on Wish.com's Facebook account clearly suggests that Wish.com is also knowingly posting Venus's Images along with its suppliers.

Wish.com must do more than simply state that it will address this infringement and invite Venus to join Wish.com's brand protection program because it appears that even when Venus identifies the infringing Images Wish.com still cannot effectively stop the infringement.  Venus will not, and cannot, tolerate this infringement.  Therefore, Venus expects that Wish.com will respond to each of the demands in our letter by June 8, 2016.  Second, once Venus receives Wish.com's response, we would like to schedule a call with representatives from Wish.com to understand, in detail, Wish.com's brand protection program and identify how it can better remove infringing Images.

We look forward to your response by June 8.

Very truly yours,

Aaron Charfoos


**From:** Elisa Brydum [mailto:Elisa@wish.com]
**Sent:** Wednesday, June 1, 2016 3:40 PM

**To:** Charfoos, Aaron
**Cc:** Dalebroux, Jeffrey M.; Stanton, Patrick; Fingerhut, Eric
**Subject:** Re: Venus Letter to Wish re Copyright Infringement

Hi Aaron,

Thank you for sharing your concerns about our current brand protection program. Any feedback you have regarding our current policies is helpful in improving our intellectual property protection system.

I just wanted to let you know we are currently building a catalog of images based on your previous takedown requests. Using those images, we are creating an image match system that will finger print the images and automatically prevent merchants from uploading those products again. We are excited for the upcoming launch of this feature and hope that it will further positive relationships with you and other brand owners.

Please do not hesitate to contact me if you would like to schedule a phone call to discuss these issues further, we would love to know more about your ideas to help improve our brand partner program.

Regards,

Elisa

On Wed, Jun 1, 2016 at 12:59 PM, Elisa Brydum <Elisa@wish.com> wrote:

Hello Aaron,

Here is the contact information for the listing you've provided us:

Item: https://www.wish.com/c/573be06703765b5d0f6c7bbe

Merchant: Deal Women

Email: gffnih563@sina.com

Phone Number: +8613655603623

Address: 宝安区西乡街道桃源居四区29栋6楼
深圳市, 广东省, 518102
China

Item: https://www.wish.com/c/570f49f31a950f5cccae8365

Merchant: xiapang ruixiang

Email: xiaopangruixiang@163.com

Phone Number: +8618858875798

4

Address: 瑞安市塘下镇上戴村西大街南路89-1 4楼5室

温州市, 浙江省, 325204
China


Item: https://www.wish.com/c/56d920575fe0721365639690

Merchant: LJLSTORE

Email: 2762929811@qq.com

Phone Number: +8615217057493

Address: 塘厦138工业区宏业南二路2号1栋201室

东莞市, 广东省, 523710
China


Item: https://www.wish.com/c/566816b87df2502699e8ec88

Merchant: Familyofhitech

Email: wishnoone@gmail.com

Phone Number: +8613510507570

Address: RM 201, 2/F, Block 8, ZTE Industrial City,Chuangye RD.,Nanshan District

Shenzhen, Guangdong, 518054
China


Item: https://www.wish.com/c/5735b0728fcc9a5d6c115ddd

Merchant: Adilceazo

Email: lishuying13@outlook.com

Phone Number: +8613144893739

Address: 深圳市龙岗区如意路492号金秋大厦1栋3楼305室

深圳市, 广东省, 518000
China

Item: https://www.wish.com/c/570cc226be6f385cdf34f176

Merchant: hashio

Email: leminass@sina.com

Phone Number: +8617085680043

Address: 萧山市心路和建设一路交叉路口东方一品小区802

杭州市, 浙江省, 3100000
China


On Wed, Jun 1, 2016 at 12:46 PM, Charfoos, Aaron <ACharfoos@dykema.com> wrote:

Elisa,


      Thank you very much for your response and agreement to remove the infringing counterfeit pictures.  We do not have the complete website address for all of the pictures we included, but we believe that the screenshots should provide you with sufficient information to identify the infringing images.  Nevertheless, we were able to obtain the following addresses for some of the infringing products we listed in our letter:


https://www.wish.com/search/women%20sexy%20lace%20v-neck%20off%20shoulder%20top#cid=566816b87df2502699e8ec88

https://www.wish.com/c/573be06703765b5d0f6c7bbe?th_s=1&rel_p=0&abs_p=0&original_q=one%20piece%20summer%20sexy%20women%20strapless%20bikin%20b

https://www.wish.com/search/mini%20dress%20casual%20sleeveless%20floral#cid=5735b0728fcc9a5d6c115ddd

https://www.wish.com/search/fashion%20casual%20sleeveless%20shirts%20top%20blouse#cid=570cc226be6f385cdf34f176

https://www.wish.com/c/56d920575fe0721365639690?th_s=1&rel_p=4&abs_p=4&original_q=women%20sexy%20halter%20top%20push%20up%20bikini%20set

https://www.wish.com/search/strapless%20solid%20color%20t-shirt#cid=570f49f31a950f5cccae8365


      Unfortunately, we are concerned that simply taking down the infringing pictures and becoming a brand partner will not be, and have not been, sufficient steps to prevent further infringement by Wish.com.  As we detailed in our letter, a number of copyrighted Images have been on Wish.com's website since March 2016 despite earlier correspondence from Venus to you requesting that they be removed.

Therefore, in order to resolve this issue appropriately, please respond to each of the demands in our cease and desist letter, in particular identifying who is actually posting the infringing images on Wish.com's website. We look forward to your response by June 8, 2016.

Very truly yours,

Aaron Charfoos

**From:** Elisa Brydum [mailto:Elisa@wish.com]
**Sent:** Wednesday, June 1, 2016 1:53 PM
**To:** Charfoos, Aaron
**Cc:** Dalebroux, Jeffrey M.; Stanton, Patrick; Fingerhut, Eric
**Subject:** Re: Venus Letter to Wish re Copyright Infringement

Hi Aaron,

Wish is adamant against counterfeits so we thank you for bringing this to our attention.

Unfortunately, without the full addresses of these reported products I can't find the listings to take them down. Could you please supply me with the exact address of those items? The addresses in the screenshots are not complete.

We would also like to invite you to become a brand partner in order to combine efforts with Wish to remove counterfeits. By becoming a Brand Partner with Wish you will be able to report infringing items that will be reviewed and processed in a timely fashion. This program will accelerate the take down request process.  You can create your own account here: http://merchant.wish.com/brand-partner/signup

If you have any questions whatsoever, please feel free to let us know. We look forward to joining forces with you to help remove counterfeits.

Regards,

Elisa

On Wed, Jun 1, 2016 at 9:02 AM, Charfoos, Aaron <ACharfoos@dykema.com> wrote:

Dear Elisa and Wish.com,

7

Please see the attached letter regarding Wish.com's continued infringement of Venus's copyrighted materials.

Very truly yours,

Aaron Charfoos



| **Aaron D. Charfoos**<br>Member<br>ACharfoos@dykema.com | +1 312-627-2573 Direct<br>312-876-1700 Main<br>855-233-1802 Fax<br>312-804-2413 Mobile | 10 South Wacker Drive, Suite 2300<br>Chicago, Illinois  60606<br>www.dykema.com |

\*\*\* Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

8