# EXHIBIT I



Help / Domains

**24/7 Support (480) 505-8877**     💬 Chat With Us

Search Domains 🔍

# Move a domain to another GoDaddy account

If you want to move a domain name from one account with us to another, you're in the right place to get started — it's called an Account Change. If you need to move a domain name to a different registrar, see Transferring Domain Names to Another Registrar.

After you complete the following steps, we send the owner of the receiving account an email with instructions to confirm the move. The recipient must confirm the domain name move within 10 days. After that time, the transaction times out and you must reinitiate it. For instructions on confirming a domain name move, see Accepting domain account changes.

> A domain name must be in active status to change accounts. If a domain is in active status but *past* its expiration date, it will not allow the account change to be initiated. Domains that change accounts will have a 10-day transfer lock for fraud protection.

1. Log in to your GoDaddy account.
2. Next to **Domains**, click **Manage**.
   How you now access the DNS manager will depend on the view of your account. Follow the steps below that apply to your account view, then **continue with step 3**.

## Card View

In Card View, your account will look something like this:



- Select the domain name you want to move, click ⚙▾ (**Settings**) and select **Domain Settings**.

- Under **Additional Settings**, click **Transfer domain to another GoDaddy account**.

## List View

In List View, your account will look something like this:



- Select the domain name you want to move:



- From the **More** icon, select **Begin Account Change** from the menu.

3. In the **Begin Account Change** window, enter and re-enter the **Email address** of the recipient.

4. If you know the receipient's customer number, select **I have...** and then enter the account login information.

> If you don't know the new registrant's login information, leave this field blank, and then select **Enter new details**.

5. In **Domain's contact information**, select one of the following:

> The new registrant's **Customer # or login name** might be required or optional depending on what you select here. For **Enter new details**, it's optional. For all other options, it's required. If entered, the value must match information on file in the

receiving account.

- **Enter new details** — Enter contact information for the new registrant.

- **Use details from specified customer account** — Use contact information from the account you entered in step 6. (This won't work until the specified customer has setup their settings page to include all necessary information.)

- **Do not change** — Retain the contact information currently assigned to the domain name you're moving.

> If moving a country-code top-level domain name (ccTLD), you might have to select this option and have the new registrant contact our support department to update the contact information. For more information, see About ccTLDs (Country-Code Domain Names).

6. Select **Keep the current nameservers for this domain** to retain the current nameservers for the domain name. If you don't select this option, we park the domain name when the new registrant activates it in the new account.

> Any nameserver change will bring a live site down. Additionally, the domain name loses any custom DNS when it moves to the new account.

7. Click **Next**.

8. If you selected **Enter new details**, complete the following, and then click **Next**:

- **Organization** (Optional) — The organization with which the new registrant is affiliated, if any

- **I certify that the specified organization...** (Optional) — Indicates you agree that the organization will be the legal registrant

- **First name and Last name** — The new registrant's first and last name

- **Address 1 and 2** — The new registrant's street address

- **Country** — The country in which the new registrant resides

- **City, State, Postal Code** — The new registrant's city, state, and ZIP code

- **Phone** — The new registrant's phone number

- **Fax** (Optional) — The new registrant's fax number

> We display a list of the services that we'll cancel after you move the domain name

from your account. You can't reverse a cancellation after you agree to the move. There will be a 10-day transfer lock after the domain is moved into a new account.

9. Read the **Domain Name Change of Registrant Agreement**, and, if you agree to the terms, select **I have read and agree to the Domain Name Change....**

   When you change the Organization or the First name or the Last name (in the absence of an Organization entry), you must agree to a 60-day lockdown to continue. If you have a .au domain name, a 60-day lock will not apply.

10. If you want to transfer your domain name during the 60-day period, decline the Change of Registrant and transfer your domain name before updating the Organization, First name, or Last name fields. Otherwise, select **I understand that, if I want to transfer this domain....**

11. Click **Finish**.

# Next step

- [Accept a domain into your account](#).

---

Was This Article Helpful?

| Yes | No |
|:---:|:---:|

## Community Related



[Google Domain with GoDaddy hosting](#)

*2 Replies*

*Latest posted 4 weeks ago*



[transferring .com.au domain to goDaddy problems](#)

*1 Replies*

*Latest posted 3 months ago*



Domain Buy Service - transferring my domain into GoDaddy

*1 Replies*

*Latest posted 3 days ago*

FAILED TO LINK DOMAIN There was an error in linking your GoDaddy domain.

*1 Replies*

*Latest posted 4 days ago*

Domain email I received (IS THIS A SCAM?)

*3 Replies*

*Latest posted a week ago*

Don't see what you are looking for? Search the Community

# Related Articles

Transfer domain names to GoDaddy ▶

Accepting domain account changes ▶

Troubleshooting Domain Name Transfers to GoDaddy ▶

Declining a Domain Name Account Change ▶

Get an authorization code to transfer my domain to GoDaddy ▶

About .DELIVERY Domain Names ▶

About .BERLIN Domain Names ▶

About .COACH Domain Names ▶

