FILED

2016 JUL 14 PM 3: 57

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VENUS FASHION, INC.,

    Plaintiff,

v.

CONTEXTLOGIC INC., and
WISH, INC.,

    Defendants.

_____/

Civil Action No.: 3:16-cv 907-J-39 MCR
Honorable:

### Motion For Aaron D. Charfoos To Appear *Pro Hac Vice*

Pursuant to Local Rule 2.02 of the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Aaron D. Charfoos of the law firm of Dykema Gossett PLLC, 10 S. Wacker Drive, Suite 2300, Chicago, IL 60606, for purposes of appearance in this case as co-counsel on behalf of Plaintiff, Venus Fashion, Inc., and in support states as follows:

    1.    In accordance with Local Rule 2.02(a), a Special Admission Attorney Certification form and payment of the requisite fee is being submitted to the Clerk of the Court simultaneously herewith, as well as the filing of a Written Designation and Consent-to-Act by Non-Resident Attorney. These documents are incorporated herein by reference.

    2.    Aaron D. Charfoos is an attorney licensed in the State of Illinois and has been a member in good standing of the State Bar of Illinois since November 7, 2002.

    3.    Peter A. Chiabotti and David E. Otero, attorneys at the law firm of Akerman LLP, have been designated as local counsel for Plaintiff.

{38687966;1}

4. Aaron D. Charfoos has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other state nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Aaron D. Charfoos is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the professional members of the Florida Bar

WHEREFORE, Peter A. Chiabotti and David E. Otero move this Court to enter an Order authorizing Aaron D. Charfoos to appear before this Court on behalf of Plaintiff for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to him at acharfoos@dykema.com.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The foregoing Motion is being filed before Defendants have made an appearance.

Dated: July 14, 2016                Respectfully submitted,

/s/ Peter A. Chiabotti
David Otero
Florida Bar No. 651370
AKERMAN LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730
Email: david.otero@akerman.com

Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
220 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
Email: peter.chiabotti@akerman.com

*Attorneys for Plaintiff Venus Fashion, Inc.*