AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

COPY

VENUS FASHION, INC. )
)
)
)
*Plaintiff(s)* )
v. )
CONTEXTLOGIC INC. )
and )
WISH, INC. )
)
)
*Defendant(s)* )

3:16-CV-907-J-39MCR

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CONTEXTLOGIC INC.
c/o its Registered Agent, Piotr Szulczewski
One Sansome, 40th Floor
San Francisco, CA 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
peter.chiabotti@akerman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 14, 2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| VENUS FASHION, INC. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CONTEXTLOGIC INC. | ) |
| and | ) |
| WISH, INC. | ) |
| | ) |
| *Defendant(s)* | ) |

*COPY*

3:16-cv-907-J-39MCR

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Wish, Inc.
c/o its Registered Agent, Lianqun Zhang
820 Harmony Place
Milpitas, CA 95035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
peter.chiabotti@akerman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 14, 2016                                  _____
*Signature of Clerk or Deputy Clerk*