FILED

UNITED STATES DISTRICT COURT 2016 JUL 14  PM 3:57
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

VENUS FASHION, INC.,

      Plaintiff,

v.

CONTEXTLOGIC INC., and
WISH, INC.,

      Defendants.

_____/

3:16-cv-907-J-39MCR

Civil Action No.:
Honorable:

## LOCAL RULE 2.02(a) WRITTEN DESIGNATION AND
## CONSENT-TO-ACT BY NON-RESIDENT ATTORNEY

Pursuant to Local Rule 2.02(a) for the United States District Court for the Middle District

of Florida, non-resident attorney Aaron D. Charfoos hereby files this Written Designation and

Consent-to-Act and states as follows:

    1.    Aaron D. Charfoos is an attorney with the law firm of Dykema Gossett PLLC, 10

S. Wacker Drive, Suite 2300, Chicago, IL 60606; Telephone: (312) 876-1700; Fax: (312) 876-

1155; e-mail: acharfoos@dykema.com.

    2.    Aaron D. Charfoos is a member in good standing of the State Bar of Illinois and

has never been disciplined by this court, nor by any other courts or bars whatsoever.

    3.    Aaron D. Charfoos has not appeared frequently or regularly in cases pending

before the United States District Court for the Middle District of Florida.

    4.    Aaron D. Charfoos hereby designates the following members of the bar of the

United States District Court for the Middle District of Florida, who reside in Florida, to receive

all notices and papers for him and who shall be responsible for the progress of the case, including

the trial in case of his default: Peter A. Chiabotti, Akerman LLP, 777 South Flagler Drive, Suite

{38688900;1}

1100 West Tower, West Palm Beach, FL   33401 and David E. Otero, Akerman LLP, 50 N. Laura Street, Suite 3100, Jacksonville, FL 32202.

5.      Peter A. Chiabotti and David E. Otero are resident members in good standing of the Florida Bar and this Court, and accept the designation pursuant to Local Rule 2.02(a) and all responsibilities assigned therein.

6.      Aaron D. Charfoos is familiar with the local rules of this Court and the Code of Professional Responsibility and other ethical limitations and requirements governing the professional behavior of members of The Florida Bar.

7.      Aaron D. Charfoos certifies that he has complied with the fee and e-mail registration requirements of Local Rule 2.02(a).

Dated: July 14, 2016                    Respectfully submitted,

                                        */s/ Peter A. Chiabotti*
                                        Allan Gabriel
                                        *Pro Hac Vice Pending*
                                        Dykema Gossett PLLC
                                        333 South Grand Avenue
                                        Suite 2100
                                        Los Angeles, CA 90071
                                        Telephone: 213-457-1800
                                        Facsimile: 213-457-1850
                                        agabriel@dykema.com

                                        Aaron D. Charfoos
                                        *Pro Hac Vice Pending*
                                        Dykema Gossett PLLC
                                        10 S. Wacker Drive
                                        Suite 2300
                                        Chicago, IL 60606
                                        Telephone: (312) 876-1700
                                        Facsimile: (312) 876-1155
                                        acharfoos@dykema.com

                                        David Otero
                                        Florida Bar No. 651370
                                        AKERMAN LLP
                                        50 N. Laura Street, Suite 3100
                                        Jacksonville, FL 32202
                                        Telephone: (904) 798-3700
                                        Facsimile: (904) 798-3730
                                        Email: david.otero@akerman.com

                                        Peter A. Chiabotti
                                        Florida Bar No. 0602671
                                        AKERMAN LLP
                                        220 Lakeview Avenue, Suite 400
                                        West Palm Beach, FL 33401
                                        Telephone: (561) 653-5000
                                        Facsimile: (561) 659-6313
                                        Email: peter.chiabotti@akerman.com

                                        *Attorneys for Plaintiff Venus Fashion, Inc.*