UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VENUS FASHION, INC.,

    Plaintiff,

v.                                   CASE NO. 3:16-cv-907-J-39MCR

CONTEXTLOGIC INC., and
WISH, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Appear *Pro Hac Vice* (the "Motion") (Doc. 3), seeking an order authorizing Aaron Charfoos to appear in this action *pro hac vice* on behalf of Plaintiff. However, the Motion does not state whether the attorney "is a member in good standing of the bar of any District Court of the United States," as required by Local Rule 2.02(a).

Accordingly, it is **ORDERED**:

The Motion (**Doc. 3**) is **DENIED without prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, on July 15, 2016.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record