UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VENUS FASHION, INC.,

    Plaintiff,

vs.                                    Case No.: 3:16-cv-00907-BJD-MCR

CONTEXTLOGIC, INC., and
WISH, INC.,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DICLOSURE STATEMENT OF CONTEXTLOGIC, INC.**

    Defendant Contextlogic, Inc. hereby discloses the following pursuant to this Court's interested persons order:

    1)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Defendant, Contextlogic, Inc. has no parent corporation and no publicly held company owns 10% or more of its stock.

    2)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None known.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    None known.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge, which has been reassigned to Unassigned Judge TJC, and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 8, 2016.

            DURANT, SCHOEPPEL,
            DECUNTO & RATCHFORD, P.A.

            /s/ Dwight D. Lueck_____
            C. Popham Decunto (Trial Counsel)
            Florida Bar No. 0650021
            Email: pdecunto@ds-law.net
            Stephen H. Durant
            Florida Bar Number: 180050
            Email: sdurant@ds-law.net
            6550 St. Augustine Rd., Suite 105
            Jacksonville, Florida 32217
            (904) 652-2600; (904) 652-2010 Fax

            Dwight Lueck (Trial Counsel)
            Indiana No. 14294-49
            Barnes & Thornburg LLP
            11 South Meridian Street
            Indianapolis, IN 42604-3535
            Telephone: 317-236-1313
            Facsimile: 317-231-7433
            Email: Dwight.Lueck@btlaw.com

*Pro Hac Vice*
*Attorneys for Defendant, Contextlogic, Inc.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 8, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Aaron D. Charfoos, Esquire, Allan Gabriel, Esquire, David E. Otero, Esquire, and Peter A. Chiabotti, Esquire, *Attorneys for Plaintiff*, at acharfoos@dykema.com, agabriel@dykema.com, david.otero@akerman.com, and peter.chiabotti@akerman.com.

                                              /s/ Dwight D. Lueck_____
                                                          Attorney